# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ROSETSKY<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA, INC. | CIVIL ACTION NO. 07-3167<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>National Board of Medical Examiners of the USA Inc.<br>3750 Market St.<br>Philadelphia PA 19104 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Rufus A. Jennings, Esq.
Timothy M. Kolman & Assoc.
225 N. Flowers Mill Road
Langhorne, PA 19047

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: August 2, 2007 |
|---|---|
| (By) Deputy Clerk<br><br>*Janet Vecchione*<br>Janet Vecchione | |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 9th 2007 |
| NAME OF SERVER Brandon Segal | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: Patricia Weaver Signed for Service at 3750 Market St. Phila PA 19104 at 3:10pm

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/9/07
Date

Signature of Server

Seagull Legal Services
168 Meadowfield Dr.
Southampton, Pa. 18966

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.