UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**

JUDGE

10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

267-299-7399

August 30, 2007

RUFUS A. JENNINGS
TIMOTHY M. KOLMAN & ASSOC
225 N. FLOWERS MILL ROAD
LANGHORNE, PA 19047

BEBE H. KIVITZ
TROIANI/KIVITZ, L.L.P.
38 NORTH WATERLOO ROAD
DEVON, PA 19333

Re: 07-3167, Rosetsky v. National Board of Medical Examiners of the U.S.A.

Dear Counsel:

  Judge Dalzell has set the referenced case for a Rule 16 conference at 2:00 p.m. on Friday, September 7, 2007, in his chambers.

  As you will see from the Scheduling Policy Statement, which you will receive by mail, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

  At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

            Very truly yours,


            Eileen Adler
            Courtroom Deputy

ec
Enc.