```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE ROSETSKY                  :    CIVIL ACTION
                                :
         v.                     :
                                :
NATIONAL BOARD OF MEDICAL       :
EXAMINERS OF THE UNITED STATES  :
OF AMERICA                      :    NO. 07-3167
```

ORDER

AND NOW, this 7th day of September, 2007, after today's pretrial conference, it is hereby ORDERED that:

1. By November 16, 2007, parties shall COMPLETE all discovery;

2. By November 26, 2007, parties shall FILE any motion(s) for summary judgment;

3. By December 10, 2007, parties shall FILE their response(s) to the motion(s) for summary judgment; and

4. Scheduling of trial shall ABIDE our resolution of any motion for summary judgment.

BY THE COURT:

/s/ Stewart Dalzell, J.