```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE ROSETSKY              :    CIVIL ACTION
                            :
        v.                  :
                            :
NATIONAL BOARD OF MEDICAL   :
EXAMINERS OF THE UNITED STATES:
OF AMERICA                  :    NO. 07-3167
```

ORDER

AND NOW, this 15th day of November, 2007, upon consideration of plaintiff Diane Rosetsky's motion for extension of time to complete discovery (docket entry #8), defendant's response, and this Court finding no good cause to extend discovery, it is hereby ORDERED that plaintiff's motion is DENIED.

BY THE COURT:

/s/ Stewart Dalzell, J.