# EXHIBIT "1"



**National Board of Medical Examiners®**
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500

September 21, 2005

Ms. Diane Rosetsky
931 Thrush Lane
Huntingdon Valley, PA 19006

Dear Diane:

I am pleased to offer you the temporary, full-time position of Test Development Associate I, Speical Projects in Test Development at the National Board of Medical Examiners (NBME) reporting to Kathy Holtzman. Your start date will be September 27, 2005. Your hourly salary rate will be $28.00. This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for additional pay at your regular hourly rate for time actually worked between 35 and 40 hours. Time actually worked in excess of 40 hours per week is paid at one and a half times your regular hourly rate. Please note that any overtime work in excess of your regular 35 hour work week must be pre-approved by your supervisor. The duration of the job is from September 27, 2005 to on or around March 27, 2006.

In order to comply with the Immigration Reform and Control Act of 1986 (IRCA), we need to verify your eligibility for employment in the United States. Enclosed is a list of acceptable documents that can be presented to verify both your identity and employment eligibility. Please bring one acceptable document from List A <u>or</u> one from both List B and List C on your first day of work. If you are unable to provide the required documentation within three (3) business days, please contact me immediately as this could impact your date of commencement.

We greatly look forward to having you join NBME and become a member of our team for the next six months. However, we recognize that you retain the option, as does NBME, of ending your employment with the company at any time, with or without notice and with or without cause. As such, your employment with NBME is at-will and neither this letter nor any other oral or written representations may be considered a contract.

The National Board has policies requiring approval in advance by the President for any employment or performance of consulting external to the NBME. In addition, the National Board has policies concerning confidentiality and intellectual property as described in the enclosed copies of the Employee Innovation and Proprietary Information Agreement.

Please indicate acceptance of this offer by signing one copy of this letter, one copy of the Employee Innovation and Proprietary Information Agreement, and other enclosed forms

Diane Rosetsky
Letter of Hire
Page 2

and returning them to Human Resources.  For payroll processing, please bring your Social Security card with you on your first day of work.  Failure to provide your Social Security card may cause delays in the processing of your new hire paperwork.

We are looking forward to seeing you on September 27, 2005 at 9:00 a.m. in the Human Resources office for a short orientation and a review of policies and benefits.  If you have any questions in the meantime, please feel free to call the Human Resources Department.

Again, welcome aboard!

Sincerely,

Meredith Friedman
Human Resources Generalist

MF/ab

Enclosures:     Authorization for Direct Deposit form
                Employee Innovation and Proprietary Information Agreement
                I-9 and W-4 forms
                Letter of Hire
                Personal and Confidential Data Sheet


I understand and accept this offer and the terms of employment set forth above.

_____                    _____9/27/05_____
Signature of Diane Rosetsky                         Date

Diane Rosetsky

## EMPLOYEE INNOVATION AND PROPRIETARY

## INFORMATION AGREEMENT

In consideration of my employment and/or continued employment by the National Board of Medical Examiners (NBME), and of compensation paid and payable, the NBME and I hereby mutually agree that:

1.   <u>Confidential Information</u>:  I shall not reveal to any third party, except other staff as authorized, without the NBME's written consent, either during or after the term of my employment, any trade secrets or other confidential information disclosed to me or acquired by me in the course of my employment by the NBME.  I further agree not to disclose to or utilize in my work with the NBME any trade secrets or confidential information of others, including any prior employers, not rightfully in the possession of the NBME.  Trade secrets and other confidential information include, but shall not be limited to, (i) examination items, whether live or under development, and all related materials (for example: multiple choice questions, Primum® CCS cases, clinical skills cases, training materials, performance data such as video/audio tapes of examinee-patient encounters, scores, scoring materials, equating and calibration scales, medical school and examinee data); (ii) details and substance of meetings and discussions not open to the general public, including agendas and meeting materials; (iii) information about business policies, practices, strategies or plans (for example: products, programs and services existing, under development, or planned; existing or potential alliances, markets, vendors, customers, consultants); (iv) intellectual property (for example:  patents, patent applications, and secure and/or copyrighted material); (v) technology, designs, drawings, engineering, hardware and software configurations, computer programs, licenses, and agreements with third parties; (vi) pricing information, financial projections, budgets and finances of the NBME; and (vii) any other material or information that is identified by NBME or third parties as being confidential or that, by the nature of the circumstances surrounding its disclosure, should be treated as confidential.

1

Diane Rosetsky

2.      <u>Documents, Memoranda, Notes</u>:  All notes, records, reports, programs, plans, unpublished memoranda or other documents belonging to the NBME, but held by me, concerning any information relating to the NBME business, whether confidential or not, are the property of the NBME and will be promptly returned and delivered to the NBME upon my leaving the employ of the NBME.  Except when authorized by the NBME in the course of my work, I shall not remove any of the above named items, or reproductions of such items, or any other property of the NBME from the NBME's offices.

3.      <u>Certain Discoveries</u>:  All discoveries, inventions, improvements, formulas, ideas, devices, writings, plans, programs, concepts, practices, theories, or other intellectual properties, whether or not subject to patent or copyright laws, for which the NBME's equipment, supplies, facilities, trade secret information or other property were used or which were developed in whole or in part during the time which I owe to the NBME by virtue of my employment by the NBME, or which are reasonably related to the NBME's business or actual or demonstrably anticipated research or development, or which result from any work performed by me for the NBME, are the sole and exclusive property of the NBME without further compensation, and I agree promptly to notify and fully disclose to the NBME the nature of all such properties whether conceived solely by me or jointly with others.

All such intellectual properties which I may disclose to anyone, or which I may bring to completion, or for which I may apply for patent or trademark registration, within the six months after the termination of my employment with the NBME, shall be presumed to have been made or conceived during the period of my employment under this agreement, and as to such properties I agree to assign to the NBME or its designees the entire right, title and interest therein;  Provided, that if I in fact make or conceive of any such property or discovery subsequent to my employment and independent of knowledge acquired during my employment, then the same shall belong to me and be my sole and exclusive property.  I assume the responsibility of establishing that I made or conceived any such property or discovery after the termination of my employment and independent of knowledge acquired during my employment.

Diane Rosetsky

I agree that I will undertake in good faith, at the request and expense of the NBME to make, as necessary, application for domestic and foreign patents, to assist in securing, defending or enforcing any such title and right thereto, and to assist in any other litigation concerning the NBME, its subsidiaries or affiliates.

4.     <u>Exam Preparation Activities</u>:     During my employment and for three (3) years following the conclusion of my employment, I agree not to participate in the preparation of materials and/or to participate as an instructor for courses designed to or purporting to prepare individuals for medical licensing, medical certification, or other similar examinations.

5.     <u>Affiliation</u>:  I agree that I will not allow my affiliation with the NBME to be used for commercial exploitation, publicity, or advertisement, at any time during or following the conclusion of my employment with the NBME.

6.     <u>Status</u>:  I certify that I am not presently enrolled in a MD or DO degree program or a candidate for medical licensure and, should I become a medical student or candidate for licensure at any time during my employment (or within the three (3) years following the conclusion of my employment), I will promptly notify the NBME of that fact.

7.     <u>Duration</u>:  This agreement may not be modified or terminated, in whole or in part, except in writing signed by an authorized representative of the NBME.

NATIONAL BOARD OF MEDICAL EXAMINERS

_____
Meredith Friedman

_____
Diane Rosetsky

September 21, 2005
_____
Date

9/27/05
_____
Date

3

# EXHIBIT "2"



**National Board of Medical Examiners®**
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500

December 16, 2005

Ms. Diane Rosetsky
931 Thrush Lane
Huntingdon Valley, PA 19006

Dear Diane:

I am pleased to offer you the full-time position of Program Assistant in Test Development at the National Board of Medical Examiners (NBME) reporting to Kathy Holtzman. Your start date will be December 19, 2005. However, your seniority date will be September 27, 2005. Your hourly salary rate will be $27.47, which is equivalent to an annual rate of $50,000 for a 35 hour work week. This position is considered a non-exempt position for purposes of federal wage-hour law, which means that you will be eligible for additional pay at your regular hourly rate for time actually worked between 35 and 40 hours. Time actually worked in excess of 40 hours per week is paid at one and a half times your regular hourly rate. Please note that any overtime work in excess of your regular 35 hour work week must be pre-approved by your supervisor. You are eligible to receive 10 vacation days per calendar year. Per our vacation policy outlined in the Employee Policy Guide, your 2.5 day vacation allowance for 2005 will become available for use on December 27, 2005. Your 2006 vacation allowance will become available for use on January 1, 2006.

In addition to your compensation, you will be eligible to receive the benefits that are offered to all full-time NBME employees. You will receive more detailed information once your employment begins.

In order to comply with the Immigration Reform and Control Act of 1986 (IRCA), we need to verify your eligibility for employment in the United States. Enclosed is a list of acceptable documents that can be presented to verify both your identity and employment eligibility. Please bring one acceptable document from List A or one from both List B and List C on your first day of work. If you are unable to provide the required documentation within three (3) business days, please contact me immediately as this could impact your date of commencement.

We greatly look forward to having you join NBME and become a member of our team. However, we recognize that you retain the option, as does NBME, of ending your employment with the company at any time, with or without notice and with or without cause. As such, your employment with NBME is at-will and neither this letter nor any other oral or written representations may be considered a contract.

The National Board has policies requiring approval in advance by the President for any employment or performance of consulting external to the NBME. In addition, the

Diane Rosetsky
Letter of Hire
Page 2

National Board has policies concerning confidentiality and intellectual property as described in the enclosed copies of the Employee Innovation and Proprietary Information Agreement. You signed the Employee Innovation and Proprietary Information Agreement on September 25, 2005 and should be aware that you continue to be bound by those terms and conditions.

Please indicate acceptance of this offer by signing one copy of this letter and bringing it to Human Resources. For payroll processing, please bring your Social Security card with you on your first day of work. Failure to provide your Social Security card may cause delays in the processing of your new hire paperwork.

We are looking forward to seeing you on December 19, 2005 at 2:00 PM in the Human Resources office for a short orientation and a review of policies and benefits. If you have any questions in the meantime, please feel free to call the Human Resources Department.

Again, welcome aboard!

Sincerely,

Meredith Friedman
Human Resources Generalist

MF/ab

Enclosures:   Letter of Hire


I understand and accept this offer and the terms of employment set forth above.


Signature of Diane Rosetsky                        Date   12/16/05

# EXHIBIT "3"



# NATIONAL BOARD OF MEDICAL EXAMINERS®

3750 Market Street, Philadelphia, Pennsylvania 19104

## EMPLOYMENT APPLICATION
## AN EQUAL OPPORTUNITY EMPLOYER

**(PLEASE PRINT)**

## PERSONAL

Name _Diane Rosetsky_  Today's Date _9/16/05_

Address _931 THRUSH LN. HUNTINGDON Valley PA 19006_
Street    City    State    Zip

Email Address _Diane1120@comcast.net_ Social Security No. _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_

Home Phone No. _215 947 657_ /Cell Phone No. _215-287-1609_ Work Phone No. _____

Position applied for: _Test Assoc._

| | | |
|---|---|---|
| Are you legally authorized to work in the United States of America? | ☒ yes | ☐ no |
| Will you now or in the future require sponsorship for employment visa status? (e.g. H-1B visa status)? | ☐ yes | ☒ no |
| If you are under 18 years of age, can you provide required proof of your eligibility to work? | ☐ yes | ☐ no |
| Have you ever filed an application with NBME before? | ☐ yes | ☒ no |
| Have you ever worked for NBME before? | ☐ yes | ☒ no |

If yes, please give dates of employment and positions held: _____

Have you ever been convicted of a crime or violation other than a minor traffic infraction? ☐ yes ☒ no
If yes, please explain: (Please note that a conviction is not an automatic bar to employment. All circumstances will be considered.) _____

Are you able to perform the essential requirements of the job? ☒ yes ☐ no
If no, are there reasonable accommodations that can be made to allow you to perform the essential functions of the job? (If you have any question as to what functions are applicable to the position for which you are applying, please ask the interviewer before you answer this question) _____

## POSITION

Describe in detail the kind of work you want to do _Writing, editing or proof reading of testing materials, or technical documentation necessary for quality testing._

Referred by: _____
If advertisement or agency, please give source. If a NBME employee referred you, please give employee's name.

What are your salary requirements? _$50-60,000_

Date available: _Immediately_

Do you have any relatives or friends who work for NBME? ☐ yes ☒ no
If yes, who? _____

Do you have any relatives in medical schools and/or residency programs? ☐ yes ☒ no
If yes, who and their relationship to you? _____

Give your full employment record. Start with your current or most recent employment. Information must be printed on application **even if attaching a resume**. Account for the last 10 years. (If additional space is required, request additional sheet.)

**EMPLOYMENT HISTORY**

| Company | | Address | | Telephone |
|---|---|---|---|---|
| UNIVERSITY of PA, SOM | | 36th & HAMILTON Walk | | 215-898-0132 |

| From | To | Job Title | | Last Supervisor |
|---|---|---|---|---|
| 6/04 | 10/04 | StaFF Assist. C | | Liz Bien |

| Starting Salary | Final Salary | Reason for Leaving | May we contact this employer? ☒ yes ☐ no |
|---|---|---|---|
| $45,000 + | $45,000+ | Position eliminated | |

Describe in general the work performed   Expedition of multidisciplinary Grants for biomedical research. Built & designed database to generate tables for NIH grants.

| Company | Address | Telephone |
|---|---|---|
| Jeanes / FoxChase CC | Central Ave, Phila. | |

| From | To | Job Title | Last Supervisor |
|---|---|---|---|
| 1986 | 1987 | Manager | Sharon Blair |

| Starting Salary | Final Salary | Reason for Leaving | May we contact this employer? ☐ yes ☒ no |
|---|---|---|---|
| ? | | Returned to School | |

Describe in general the work performed   Managed Pathology transcript service in a clinical setting.

| Company | Address | Telephone |
|---|---|---|
| The Wistar Institute | 36th & Spruce | |

| From | To | Job Title | Last Supervisor |
|---|---|---|---|
| 1979 | 1985 | Assist Man/Exec Assist. | Dr Cheston |

| Starting Salary | Final Salary | Reason for Leaving | May we contact this employer? ☒ yes ☐ no |
|---|---|---|---|
| ? | | Moved | |

Describe in general the work performed   Held various positions -
- Assistant Manager of Grants/Editorial Office
- Executive Assistant to Associate Director

| | Company | Address | Telephone |
|---|---|---|---|
| **EMPLOYMENT HISTORY (CON'T)** | Cozen O'Connor | 19th + Market | 665-4783 |

| From | To | Job Title | Last Supervisor |
|---|---|---|---|
| 4/05 | 8/05 | Temp | Sylvia Kaufmann |

| Starting Salary | Final Salary | Reason for Leaving | May we contact this employer? ☐ yes ☐ no |
|---|---|---|---|
| Hourly | | Temp | |

Describe in general the work performed   Database management —
Conflict searches.

| **EDUCATION** | | Name and Location | No. of Yrs. Attended | Degree/Diploma | |
|---|---|---|---|---|---|
| | High school | Washington-Phila | | Diploma | |
| | College | Penn | 4 | BA | Major Subject / Minor Subject English |
| | Graduate School | Arcadia | 3 | M. Ed. | Thesis Title Education |
| | Technical, Business or Other | Manor College | 2 | Certificate | Faculty Advisor Paralegal |

**LIST THREE PROFESSIONAL REFERENCES — PERSONS FAMILIAR WITH YOUR WORK.**

Name   Michael Ruggiero                                      215-
Address   The Wistar Institute          Telephone   898-3701
Position   Controller          Company _____   Yrs. Known   20

Name   Elizabeth Buen
Address   Penn - 36th + Hamilton Walk   Telephone   215-898-0132
Position   Director          Company   Penn Jam          Yrs. Known   ~ 6 mns

Name   Sylvia Kaufmann                                      4783
Address   19th + Market          Telephone   215-665-
Position   Manager          Company   Cozen O'Connor   Yrs. Known   5

List your publications or attach list _____

_____

_____

_____

## NOTIFICATION AND AGREEMENT
*PLEASE READ BEFORE SIGNING*

I CERTIFY THAT ALL ANSWERS GIVEN BY ME ARE TRUE, ACCURATE AND COMPLETE. I UNDERSTAND THAT THE FALSIFICATION, MISREPRESENTATION OR OMISSION OF FACT ON THIS APPLICATION (OR ANY OTHER ACCOMPANY-ING OR REQUIRED DOCUMENTS) WILL BE CAUSE FOR DENIAL OF EMPLOYMENT OR IMMEDIATE TERMINATION OF EMPLOYMENT, REGARDLESS OF WHEN OR HOW DISCOVERED.

It is the policy of the company to afford equal opportunity to all employees and applicants for employment without regard to age, race, religion, color, sex, national origin, marital status, expunged juvenile records, or pregnancy, and to afford equal opportunities to disabled veterans, veterans of the Vietnam era, and individuals with a disability, any and other characteristic protected by Federal, State or Local law.

I authorize the investigation of all statements and information contained in this application. I release from all liability anyone supplying such information and I also release the employer from all liability that might result from making an investigation.

If hired, I agree to abide by all of the company rules and regulation, and understand that, if employed, my employment relation-ship is "at will" and may be terminated with or without cause, and with or without notice, at any time, at the option of either the company or me, I further understand that no representation, whether oral or written by any representative or agent of the Company, at any time, can constitute a contract of employment.

I understand that the Company and all Plan Administrators shall have the maximum discretion permitted by law to administer, interpret, modify, discontinue, enhance or otherwise change all policies, procedures, benefits or other terms or conditions of employment. No representative or agent of the company, has the authority to enter into any agreement for employment for any specified period of time or to make any change in any policy, procedure, benefit or other term or condition of employment other than in a document signed by the President, or to make any agreement contrary to the foregoing.

I acknowledge that I have read and understand the above statements and hereby grant permission to confirm the information supplied on this application by me.

SIGNATURE _____   DATE 9/16/05 _____

Revised May 2005

# EXHIBIT "4"



UNIVERSITY OF
PENNSYLVANIA
SCHOOL OF MEDICINE

Office of Research Program Development

*Rosetsky, Diane*
*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*

CONFIDENTIAL

September 22, 2004

Diane Rosetsky
931 Thrush Lane
Huntington Valley, PA 19006

Dear Diane

In following up on our conversation of September 22, 2004 this letter is to inform you that your position with Research Program Development is being terminated effective September 30, 2004

As we discussed, the quality of your interpersonal interactions and the ability to work cooperatively with a diverse constituency, did not meet the standards of this office.

Please return your keys, University I. D. card, and any other University property to me  You should contact the Penn Benefits Center (1-888-736-6236) to discuss your benefits coverage

Sincerely,

*Elizabeth Bien*

Elizabeth Bien

cc  Human Resources

RECEIVED

SEP 2 7 2004
HUMAN RESOURCES
RECORDS OFFICE

SEP 23 AM 9:12

10/05/2007 14:58 FAX  2157465222          Case 2:07-cv-03652-SD   Document 14-1   Filed 11/26/07   Page 17 of 42   ☑032/039
09/23/2007   TREE 12   2158586693          RESEARCH PROGRAM DEV                                        PAGE  02
Diane Rosetsky, 01:18 AM 9/23/2004 -0400, Thoughts on todays meeting                                  Page 1 of 2

X-Original-To: biene@mail.med.upenn.edu
Delivered-To: biene@pobox.upenn.edu
X-VirusChecked: Checked                                              **CONFIDENTIAL**
X-Env-Sender: Diane1120@comcast.net
X-Msg-Ref: server-6.tower-46.messagelabs.com!109591520213097571
X-StarScan-Version: 5.2.10; banners=-,-,-
X-Originating-IP [204.127.202.64]
From: "Diane Rosetsky" <Diane1120@comcast.net>
To: <biene@mail.med.upenn.edu>
Subject: Thoughts on todays meeting
Date: Thu, 23 Sep 2004 01:18:57 -0400
X-Mailer: Microsoft Outlook Express 6.00.2800.1409
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on pobox.upenn.edu
X-Spam-Status: No, hits=-3.8 required=5.0 tests=BAYES_00,FROM_ENDS_IN_NUMS,
        HTML_MESSAGE autolearn=no version=2.63
X-Spam-Level:

Dear Liz,

The only way I was going to get to sleep tonight was to get all of the thoughts spinning around in my head about today, written down - to put into words what I perceive of the situation.

I spent two months down in an office alone most of the time, working on what I thought would be a great asset to your office. I worked on it at night and on the weekends. I tried hard not to make any waves. I even managed to get along with the Palestinian supporter that I was sharing the office with, as I try to find redeeming qualities in everyone. Then some unknown person, who I have come to realize probably mistook my trying to talk to my husband on my cell- which never works properly from 100 miles away- as yelling. You must believe me when I tell you that there was no yelling or argument. It's unfortunate that this same woman who complained about Lisa printing- just decided that we were invading "her" space-and to take it out on us anyway she could.-all the while making lots of noise of her own.

My suggestion to Chambrel that we might use a search engine was only proposed in an effort to be helpful- not to complain. Everyone that uses computers have different skill levels- I also have found myself not using applications to their fullest advantage and appreciate when someone shows me something new. I was only offering my prior knowledge of using advanced search engines. When she told me that she already suggested that to Dr. Gaulton, I understood and performed the task as she said was required. There was no reason for you not to trust my work-for I believe I have been most reliable. And I still do not see what was so terrible in mentioning the search capability.

As far as Vail is concerned, the moment I mentioned an application that she had no knowledge of - she was taken back that someone just might know something that she didn't. She insisted we did not need this database-but Mary has commented that it really a great thing now that we have it. She wasted precious time nitpicking on my work to assert her authority. Still I went along with it and said nothing, I never once made a negative comment to her; but I felt her intimidation by my technology skills. Vail came in late constantly, sat with her bare feet up on the desk with a walk man on her head and hair that needed washing and combing- typing away on the instant messenger, but apparently you found her immature, unprofessional behavior innocuous.

On the other hand, my countenance has unfortunately been perceived by you as threatening. What you expressed to me today was that you just had "a feeling" that I was going to do something-not that I had actually done anything. I would think that my work performance has far outweighed any of the minor "incidents" - which I strongly feel have no merit to them. I had hoped that my hard work, creativity, reliability and honesty would have been rewarded. I have no fear of learning new things- or of trying things and sometimes failing. I have always had a lot of motivation and drive- which has kept me going through allot of difficult times. I also try to share my knowledge, which I can now see can cause insecurities in others. I was only trying to be helpful-and not trying to make anyone feel inadequate.  I, however, am receptive to learning new things whereever, and from whomever I can learn them. I do not take offense when someone offers advice, and often do not hesitate to give it; and I think

10/05/2007 14:58 FAX 2157465222                                          ☒033/039
09/23/2007   09:12    2158980993        RESEARCH PROGRAM DEV        PAGE  03
Case 2:07-cv-03167-SD    Document 14-1    Filed 11/26/07    Page 18 of 42
Diane Rosetsky, 01:18 AM 9/23/2004 -0400, Thoughts on todays meeting    CONFIDENTIAL    Page 2 of 2

it ifs unfortunate that this may have been the source of anything negatively perceived during my employment at Penn.

The reality of this whole situation reminds of a predicament I was in when I worked at Wistar.  When I went to work for the Associate Director (Dr. Cheston), I had a "strained" relationship with him. Not one where we didn't like each other- but it was more on my part that I never sat down in his office and "kibbitzed" with him.  His previous assistant could always be seen with her feet up sitting next to him shooting the bull.  Although he never complained to me about anything and often complimented by work-I always felt too intimidated to be on a more personal level with him.  He was older with a hearing aide and gout, and there really was no reason for me to be put off by him.  He always offered to let me leave early and to have extra time off.  There was just always an invisible wall between us, that I actually created in my own mind.  After two years working for him, I still had never sat down in his office.

I haven't been following what I had actually learned in an interpersonal communications course that I took at Temple many years ago.  Alot of it involved body language and personal space.  One of the main tenets that I did not adhere to is sitting down in your office.  I have felt too intimidated to sit down, as I have felt this tension between us, the same as you have. When someone stands in front of you, and you are sitting- it is subconsciously interpreted as an attempt to dominate the person sitting.  I know you may not agree with this, and think it's nonsense- but it's been scientifically proven!  I feel confident that I will be just as capable of dealing with the faculty as I was all of the years I spent at Wistar.  And I hope we can try to establish a better rapport and dissolve whatever started this tension between us.

Diane

CONFIDENTIAL

X-Original-To: biene@mail.med.upenn.edu
Delivered-To: biene@pobox.upenn.edu
X-VirusChecked: Checked
X-Env-Sender: Diane1120@comcast.net
X-Msg-Ref: server-11.tower-46.messagelabs.com!1096032856!3119396
X-StarScan-Version: 5.2.10; banners=-,-,-
X-Originating-IP: [204.127.198.35]
From: "Diane Rosetsky" <Diane1120@comcast.net>
To: <biene@mail.med.upenn.edu>
Subject: Follow-up On the Database
Date: Fri, 24 Sep 2004 09:34:32 -0400
X-Mailer: Microsoft Outlook, Build 10.0.2627
X-Spam-Checker-Version: SpamAssassin 2.63 (2004-01-11) on pobox.upenn.edu
X-Spam-Status: No, hits=-3.7 required=5.0 tests=BAYES_00,FROM_ENDS_IN_NUMS,
     HTML_70_80, HTML_MESSAGE autolearn=no version=2.63
X-Spam-Level:

Dear Liz:

I think maybe you were right in that the two us would be better off not working together. It's a shame that the database- which is an extremely valuable tool for submitting training grants- is so close to being finished. It only needs two more functions- the search er gine needs to be developed and the NIH table needs to have a feature to convert it to a MS Word file. I would be willing to finish it as an outside consultant-not for the money's sake- but just to not let my months of hard work go to waste when it is such a useful application.

I would also appreciate it if you would send me a letter of recommendation to attach with my job applications. I realize you are not willing to compliment my interpersonal skills- but if it would just contain my work ethic and skills, I would be very appreciative.

Very truly yours,

Diane Rosetsky

Susan Croll, 10:24 AM ../13/2005 -0500, Re: FW: Training Grant Database                    Page 2

Executive Vice President for the Health System

Dean of the School of Medicine

University of Pennsylvania

3620 Hamilton Walk, Room 295 John Morgan Building

Philadelphia, PA 19104-6055

CONFIDENTIAL

Telephone: 215-898-6796

Facsimile: 215-573-2030

Email: AHRDean@mail.med.upenn.edu

Internet: http://www.med.upenn.edu

-----Original Message-----
From: Diane Rosetsky [mailto:Diane1120@comcast.net]
Sent: Wednesday, January 12, 2005 9:19 PM
To: ahrdean@mail.med.upenn.edu
Subject: Training Grant Database


Dear Dr. Rubenstein:


After much debate, I have decided to contact you regarding a training grant database, which was developed by me for the School of Medicine. I worked for the Research Program Development Office from June until October of 2004. During that tim created a database that generates tables for NIH grant submissions. While these tables took days and sometimes even week to construct, my application creates them with a keystroke. The database tracks all of the 85 training grants at the School of Medicine, along with the financial and project period information, and trainers. It has the capability to also track trainees and cross reference them with their trainers.


I created this tool because the School apparently did not have any centralized files for this information. Every time an NIH gra was submitted, the information had to be gathered from scattered sources. Unfortunately, the person that I was working for expressed concern over having a new application to master in the office. I never had the opportunity to show it to anyone, exc for an assistant to Dr. Brass. It needs a few more features to be finished, but my position was terminated and I do not believe that anyone is replacing me for this task. This is a very valuable tool for the school, and it is a shame if it is not being used.


I hope I have not intruded by contacting you in this manner, but I feel strongly this application could be very beneficial in the rig department. If you are interested in finding out more about this, please contact me. I have attached my resume, and am on file with the Human Resource department at the School of Medicine.


Very truly yours,

10/05/2007 14:59 FAX 2157485222                           @036/039
09/23/2007    09:12   2158980993     RESEARCH PROGRAM DEV   PAGE  06
Case 2:07-cv-03167-SD   Document 14-1   Filed 11/26/07   Page 21 of 42

Susan Croll, 10:24 AM 1/13/2005 -0500, Re: FW: Training Grant Database                    Page 3

CONFIDENTIAL

Diane Rosetsky

Susan R. Croll
Senior Executive Director
School of Medicine Administration
University of Pennsylvania School of Medicine
292 John Morgan Building
36th Street and Hamilton Walk
Philadelphia, PA 19104-6055

Phone: (215) 898-3607
Fax:  (215) 898-0994
e-mail: croll@mail.med.upenn.edu

Susan Croll, 10:24 AM 1/13/2005 -0500, Re: FW: Training Grant Database          Page 1

X-Original-To: biene@mail.med.upenn.edu
Delivered-To: biene@pobox.upenn.edu
X-VirusChecked: Checked
X-Env-Sender: croll@mail.med.upenn.edu
X-Msg-Ref: server-3.tower-87.messagelabs.com!1105629859!5048904!1
X-StarScan-Version: 5.4.5; banners=-,-,-
X-Originating-IP: [128.91.2.38]
X-Sender: croll@mail.med.upenn.edu
X-Mailer: QUALCOMM Windows Eudora Version 5.2.1
Date: Thu, 13 Jan 2005 10:24:18 -0500
To: "Arthur H. Rubenstein" <AHRDean@mail.med.upenn.edu>,
        <kops@mail.med.upenn.edu>
From: Susan Croll <croll@mail.med.upenn.edu>
Subject: Re: FW: Training Grant Database
Cc: Elizabeth R Bien <biene@mail.med.upenn.edu>,
        Gaulton@mail.med.upenn.edu
X-Spam-Checker-Version: SpamAssassin 3.0.0 (2004-09-13) on pobox.upenn.edu
X-Spam-Status: No, score=-11.9 required=5.0 tests=ALL_TRUSTED,HTML_40_50,
        HTML_MESSAGE autolearn=disabled version=3.0.0
X-Spam-Level:

Dear Arthur,

Ms. Rosetsky was an employee in the School's Office of Research Program Development (under the directorship of Liz Bien), who was removed from her position last fall.

Liz is out of the office today and tomorrow, but I am sure that she and Glen Gaulton are aware of the application that Ms. Rosetsky has written about and have determined how they want to handle it.

If you plan to respond at all to Ms. Rosetsky's email, you may want to await the advice from Glen/Liz (hopefully by early next week-- I have cc'd them on this message).

Susan

At 08:46 AM 1/13/2005 -0500, Arthur H. Rubenstein wrote:

Please advise.




Arthur




*******************************************************************

Arthur H. Rubenstein, MBBCh

Susan R. Passante, 06:36 PM 1/13/2005 -0500, Re: Training Grant Database                Page 1

X-Original-To: biene@mail.med.upenn.edu
Delivered-To: biene@pobox.upenn.edu
X-VirusChecked: Checked
X-Env-Sender: passarte@mail.med.upenn.edu
X-Msg-Ref: server-6.tower-95.messagelabs.com!1105659405!5985013!1
X-StarScan-Version: 5.4.5; banners=-,-,-
X-Originating-IP: [128.91.2.38]
X-Sender: passante@mail.med.upenn.edu
X-Mailer: QUALCOMM Windows Eudora Version 5.2.1
Date: Thu, 13 Jan 2005 18:36:08 -0500
To: AHRDean@mail.med.upenn.edu
From: "Susan R. Passante" <passante@mail.med.upenn.edu>
Subject: Re: Training Grant Database
Cc: rdugan@mail.med.upenn.edu, gaulton@mail.med.upenn.edu,
    kops@mail.med.upenn.edu, biene@mail.med.upenn.edu,
    mannecha@mail.med.upenn.edu, croll@mail.med.upenn.edu,
    narain@mail.med.upenn.edu
X-Spam-Checker-Version: SpamAssassin 3.0.0 (2004-09-13) on pobox.upenn.edu
X-Spam-Status: No, score=-11.5 required=5.0 tests=ALL_TRUSTED,HTML_20_30,
    HTML_MESSAGE autolearn=disabled version=3.0.0
X-Spam-Level:

CONFIDENTIAL

Dear Dr. Rubenstein:

Ms. Rosetsky was hired as a Staff Assistant in the office of Research Program Development; however, her performance did not meet the expectations of the position and she was terminated at the end of her introductory period on 9/30/2004.

During Diane's time in the office, she developed the training database that she described in her e-mail to you. Unfortunately, Ms. Rosetsky's database is designed for disassociated manual entry which does not allow for data integrity checking, nor does it rely on the infrastructure and security that is in place with other developed SOM applications. As such, IS recommends the development of a new training database and has been working on the critical infrastructure projects that will allow for an integrated, automated, secure system. Mary Alice Annecharico's group has been in contact with the offices of Biomedical Graduate Studies, Biomedical Postdoctoral Programs and Combined Degree Programs and is aware of this important need. As the leading institution in NIH training grants ($21M in FY03), the SOM would stand to benefit enormously from such a tool.

After consulting with Bob Dugan, we recommend against responding to Ms. Rosetsky's inquiry. Please let me know if I can be of further assistance.

Best wishes,
Sue


From: "Arthur H. Rubenstein" <AHRDean@mail.med.upenn.edu>
To: <kops@mail.med.upenn.edu>,
    "'Susan Croll'" <croll@mail.med.upenn.edu>
Subject: FW: Training Grant Database
Date: Thu, 13 Jan 2005 08:46:45 -0500
Organization: University of Pennsylvania
X-Mailer: Microsoft Outlook, Build 10.0.6626
Sensitivity: Company-Confidential
X-Spam-Checker-Version: SpamAssassin 3.0.0 (2004-09-13) on pobox.upenn.edu
X-Spam-Status: No, score=-12.0 required=5.0 tests=ALL_TRUSTED,HTML_MESSAGE

July 22, 2005                                                   CONFIDENTIAL

Mrs. Alan Gewirtz
716 Clarendon Rd
Narberth, PA  19072

Dear Mrs. Gewirtz:

I spent an entire summer –June to the end of September– working for you at the Research
Program Development Office - with no vacation. Although you knew early on that you
had no intention of retaining me, I was not notified until the end of September.  Not only
did I have no vacation but I also had no weekends or evenings to myself because I spent
much of my free time designing a database which generates NIH tables for submission of
research grants- a massive undertaking on my part.  I thought that this capability would
certainly be appreciated by both the medical school and your office.

I understand that you most likely interceded with my obtaining employment at the Wistar
Institute, in addition to the traducement that was inflicted during my employment with
you- and it will not be tolerated again.  The purpose of this communication is to advise
you to stop slandering and/or libel my character in any way, or I will take legal action
against you personally.  I am still in possession of the letter of recommendation that you
wrote, albeit not a very good one, and that is the only information that you should be
transmitting to potential employers inquiring about my qualifications.  I have discussed
this unfortunate situation with counsel and will have no problem addressing it through
legal channels if you cause further damage to my reputation and ability to obtain
employment.

Very truly yours,

Diane Rosetsky

Diane Rosetsky

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**™



7004 1350 0005 1806 9111

Mrs. Alan Gewirtz
716 Clarendon Rd.
Narberth, PA 19072

U.S. POSTAGE
PAID
BRYN MAWR, PA
19009
JUL 22, 05
AMOUNT
$4.42
00022487-03

Name MW
1st Notice 7-23-05
2nd Notice
Return

**EXHIBIT "5"**

**Diane Rosetsky**
931 Thrush Lane
Huntingdon Valley, PA 19006
Telephone: 215-947-6571
Fax: 215-947-5055
E-mail: Diane1120@comcast.net

**OBJECTIVE:** Seeking entry level position as a paralegal or litigation support specialist.

**EDUCATION:**

Paralegal Certification - 2003
Completed two year ABA-accredited program at Manor College, Jenkintown, PA

M.Ed. Elementary Education - 1994
Arcadia University (Beaver College)- Glenside, PA

B.A. English - 1984
University of Pennsylvania, Philadelphia, PA

Additional Coursework: ( Penn State- Abington) - HTML, Programming in C++

**EMPLOYMENT:**

1999-Present  Checks 54th Inc. Philadelphia, PA
Office Manager—Duties included filing of legal forms and civil complaints, background investigations, responsible for all correspondence and compliance concerning governmental regulations and requirements.

1987-1989  Fox Chase Cancer Center/Jeanes Hospital  Philadelphia, PA
Manager –Pathology Transcription Services- Supervision of four medical transcriptionists providing reports for Pathology Lab and Pathologists.

1976- 1987  The Wistar Institute of Anatomy and Biology (A biomedical research facility located at the University of Pennsylvania, Philadelphia, PA):

Assistant to Associate Director – Coordination of scientific staff seminars, conferences; administration of patent agreements, liaison to Institute Board of Managers.

Assistant Manager – Grants/Editorial Services – Central support service for staff of 80 biomedical research scientists. Responsibilities included expedition of government research grants and journal manuscripts.  Supervision of five wordprocessor operators, a grant coordinator and artist; editing and proofreading, organization of government site visits, provision of funding information and resources for staff.

**COMPUTER SKILLS:**

Windows 95, 98 and XP; Microsoft Office and Internet, CPT, Adobe Photoshop, MS Access, Excel, Powerpoint, HTML, Westlaw, LexisNexis.

**RELATED SKILLS:**

## DIANE ROSETSKY
### 931 Thrush Lane
### Huntingdon Valley, PA 19006
**Telephone: 215-947-6571/ Fax: 215-947-5055**
E-mail: Diane1120@comcast.net

**EDUCATION:**

*B.A.*-English –University of Pennsylvania-1984, Philadelphia, PA
*M.Ed.*-Education – Arcadia University (Beaver College)-1994, Glenside, PA
*Paralegal Certification*- ABA-accredited -Manor College-2004, Jenkintown, PA

**COMPUTER SKILLS:**

*Courses Completed*: Penn State- HTML, Programming in C++;
University of Pennsylvania- certification in MS Access I.
*Practical Experience*: Advanced skills in Windows 95, 98 and XP; MS Office and
Internet. Intermediate skills- Macintosh-OSX, SQL, Adobe Photoshop, Powerpoint,
Dreamweaver.
*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

**RELEVANT EMPLOYMENT:**

*University of Pennsylvania*- School of Medicine, Philadelphia, PA -Staff Assistant C in
Research Program Development. Developed grant database to track training grants,
and to generate required data tables for NIH grant submissions, using MS Access.
Assisted in the expedition of multidisciplinary grants. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia.,PA-Manager –Pathology
Transcription Services- Supervision of four medical transcriptionists providing reports
for Pathology Lab and Pathologists. Assisted in development of DOS-based patient
database. (1985-1987)

*The Wistar Institute of Anatomy and Biology*, Philadelphia, PA –
    Executive Assistant – Worked for the Associate Director.  Responsibilities
included coordination of scientific staff seminars and conferences; administration of
patent agreements, liaison to Institute Board of Managers, Institute reimbursements.
    Grants/Editorial Services – Assistant Manager– Central support service for staff
of 80 biomedical research scientists. Responsibilities included expedition of government
research grants and journal manuscripts. Supervision of five wordprocessor operators, a
grant coordinator and artist. Assisted with departmental budget.
    Grant Coordinator-Responsible for editing and proofreading, organization of
government site visits, and provision of funding source information for scientific staff,
assist with visa applications, and compilation of biographical sketch information(1979-
1985).

**OTHER EMPLOYMENT**

*Cozen O'Connor* – 19th & Market, Philadelphia, PA-Case Management Administration-
A central service which manages conflict searches, new matter intakes and database
maintenance for international law firm, using LegalKey, Elite and Docs Open
applications. Internet investigative searches.(April 2005- present)

**LANGUAGES:**
Proficient in English; Conversational Spanish

# EXHIBIT "6"

**APPLICATION FOR EMPLOYMENT**                                      DATE OF APPLICATION: _____



# COZEN
# O'CONNOR
## ATTORNEYS

### A PROFESSIONAL CORPORATION

*Equal access to programs, services and employment is available to all persons. Those applicants requiring accommodations to the application and/or interview process should contact a representative of the Human Resources Department. All questions must be answered completely. If you have a resume, please attach it.*

Name __ROSETSKY__  __DIANE__ _____  Social Security Number  198 - 44 - 2141
       Last        First        Middle

Have you ever worked under another name?

☑ Yes   If yes, give name __GOCHIN__ _____ __DIANE__ _____ __R__
☐ No                Last          First        Middle

Address __931 THRUSH LN__  __Huntingdon Valley__  __PA__  __19006__
          Street        City        State        Zip

Telephone Number (215) 947-6571 _____  May we contact you at work? ☐ Yes  ☐ No

If Yes, work number and best time to call ( ) _____  ☐ A.M. ☐ P.M.

Are you: over the age of 18? ☑ Yes  ☐ No   a previous employee?   ☐ Yes ☑ No

If yes, give dates:   From __/__/__   To __/__/__

Are you legally eligible for employment in this country? ☑ Yes  ☐ No
(Proof of U.S. Citizenship or immigration status will be required upon employment.)

Date available for work: __4/19/05__

Position applied for: __ __Case Management Clerical Assistant__

Type of employment desired   ☑ Full-Time  ☐ Part-Time  ☐ Temporary  ☐ Seasonal  ☐ Educational Co-Op

Will you work overtime if required? ☑ Yes  ☐ No

Referral Source  ☐ Advertisement  ☑ Employee  ☐ Relative

             ☐ Walk-in      ☐ Private Employment Agency  ☐ Other _____

Have you ever been bonded? ☐ Yes  ☑ No
Other than traffic violations, have you ever been convicted of a crime? ☐ Yes ☑ No

If yes, please explain _____

# EMPLOYMENT HISTORY

LIST YOUR LAST (3) EMPLOYERS, ASSIGNMENTS OR VOLUNTEER ACTIVITIES, STARTING WITH THE MOST RECENT, INCLUDING MILITARY EXPERIENCE. EXPLAIN ANY GAPS IN EMPLOYMENT IN COMMENTS SECTION BELOW. A RESUME MAY BE ATTACHED AS A SUPPLEMENT.

| Employer U of P - School of Medicine | Dates Employed | | Summarize the nature of the work performed and job responsibilities |
|---|---|---|---|
| | From 6/04 | To 10/04 | |
| Telephone (215) 898-0132 Address | | | |
| Job Title Staff Assistant | Hourly Rate/Salary Starting | | |
| Immediate Supervisor and Title Liz Bien | $ | Per | |
| Reason for Leaving Position Changed | Hourly Rate/Salary Final | | |
| | $ | Per | |
| May we contact for reference ☑ Yes ☐ No ☐ Later | | | |
| Employer Checks 54th | Dates Employed | | Summarize the nature of the work performed and job responsibilities |
| | From | To | |
| Telephone (215) 477-7150 | | | |
| Address 2451 N 54th St | | | |
| Job Title Manager/Owner | Hourly Rate/Salary Starting | | |
| Immediate Supervisor and Title | $ | Per | |
| Reason for Leaving | Hourly Rate/Salary Final | | |
| | $ | Per | |
| May we contact for reference ☑ Yes ☐ No ☐ Later | | | |
| Employer The Wistar Institute | Dates Employed | | Summarize the nature of the work performed and job responsibilities |
| Telephone (215) 898 3741 | From | To | |
| Address 36th & Spruce | 5/79 | 10/85 | |
| Job Title Assist Manager | Hourly Rate/Salary Starting | | |
| Immediate Supervisor and Title | $ | Per | |
| Reason for Leaving Moved | Hourly Rate/Salary Final | | |
| | $ | Per | |
| May we contact for reference ☑ Yes ☐ No ☐ Later | | | |

Comments (including explanation of any gaps in employment)

Home raising kids for 15 years

**Skills and Qualifications** - Summarize any special training, skills, licenses, certificates and/or characteristics of yourself that may qualify you as being able to perform job-related functions for the position for which you are applying Advanced

Computer skills, med. terminology.

## COZEN O'CONNOR
## EMPLOYEE HIRE, AND CHANGE OF STATUS AND TERMINATION FORM

[X] NEW HIRE      [ ] CHANGE NOTICE      [ ] TERMINATION

**CONFIDENTIAL**

**NAME (FIRST, LAST, MI):** Diane Rosetsky

**SOCIAL SECURITY NO:** 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

**MARITAL STATUS** [X] MARRIED   [ ] SINGLE   [ ] DIVORCED

**EFFECTIVE DATE:** Mon. 4/25/05

**ADDRESS:** 931 Thrush Lane, Huntingdon Valley, PA 19006

**LISTED ON INTRANET** [X] YES  [ ] No

**OFFICE LOCATION:** Phila.

**HOME PHONE:** 215-947-6571

**CELLULAR PHONE:** (  )

**DATE OF BIRTH:** 11/20/57

| | | FROM: | TO: |
|---|---|---|---|
| **POSITION/JOB** | PRACTICE GROUP | | |
| | DEPARTMENT Phila. Case Mgmt | FROM: Mon. 4/25/05 | TO: |
| | JOB TITLE | FROM: | TO: |
| **CHANGES** | HOURS Hourly | FROM: Mon. 4/25/05 | TO: |
| | PAY RATE $13.00/hr. | FROM: Mon. 4/25/05 | TO: |
| | VACATION LEAVE | FROM: | TO: |
| | SICK LEAVE | FROM: | TO: |
| | OTHER | FROM: | TO: |

**NEW POSITION** YES [X]  NO [ ]

REPLACEMENT FOR: n/a

NEW POSITION FIRM AUTHORIZATION: (Mid-term Temp. Assignment) (Approved by: GES)

FULL-TIME [ ]
PART-TIME – HOURLY [ ]
TEMPORARY – HOURLY [X]
OUTSIDE AGENCY TEMP. [ ]

SUPERVISOR: [signature]

BI-WEEKLY SALARY    SALARY RANGE                    CR

| | MIN | MID | MAX |
|---|---|---|---|

BILLING RATE (IF APPLICABLE)

I.D.#        *        [R1]        [R2]

**PRIOR YEARS EXPERIENCE**

| UNDERGRADUATE, GRADUATE AND LAW SCHOOL(S): | DEGREE: | YEAR OF GRADUATION: |
|---|---|---|
| | | |
| | | |
| | | |

**FOR ATTORNEY HIRE ONLY**

| STATE ADMISSION(S) BAR | YEAR OF ADMISSION | STATE BAR NO. |
|---|---|---|
| | | |
| | | |

| MEMBERSHIP ELIGIBILITY | YEAR |
|---|---|
| ASSOCIATE TO JUNIOR | |
| JUNIOR TO SENIOR | |

**TERMINATIONS** REASON:

| LAST DAY WORKED: | VACATION DAYS DUE: | SICK DAYS DUE: | SEVERANCE WKS. DUE: | OTHER PAY DUE: |
|---|---|---|---|---|

**APPROVALS** ORIGINATOR: [signature] Sylvia B. Kaufman  DATE: 4/15/05   HUMAN RESOURCES: [signature]  DATE: 4/18/05

**COMMENTS**   120907   010   000630   360

| ADP # | Loc. | Dept. | CC | Div. |
|---|---|---|---|---|

(To: Ann Kerr - 4/15/05)

## Kaufmann, Sylvia Brodsky

| | |
|---|---|
| **From:** | Kaufmann, Sylvia Brodsky |
| **Sent:** | Friday, April 08, 2005 4:26 AM |
| **To:** | 'Diane Rosetsky' |
| **Subject:** | FW: Resume |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Diane - my calendar is clear for 10:30 a.m. this coming Tuesday.  Following our meeting, I will also need to administer some clerical type tests as well as a typing test.  Plan on about 1-1/2 hours interviewing.  Please write back confirming your availability.  Thank you!

Sylvia B. Kaufmann, Manager
Case Management Department
Cozen O'Connor
Phone: 215-665-4783
E-Mail: skaufmann@cozen.com
Fax: 215-701-2283

-----Original Message-----
**From:** Diane Rosetsky [mailto:Diane1120@comcast.net]
**Sent:** Wednesday, April 06, 2005 10:39 PM
**To:** Kaufmann, Sylvia Brodsky
**Subject:** Resume

Hi Sylvia,

Here is my wonderful resume that is getting me nowhere!

Thanks

Diane

4/11/2005

# EXHIBIT "7"

UC-59
REV 11-82

**PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW**

**REFEREE'S DECISION**

| DECISION MAILING DATE | S.S. ACCT. NO. | APPEAL NO. | APPEAL DATE |
|---|---|---|---|
| November 25, 1985 | 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 | 85-1-E-1144 | November 4, 1985 |

CONCERNING THE CLAIM OF:

Diane Gochin
594 Remsen Road
Philadelphia, Pa. 19115

EMPLOYER

The Wistar Institute
3601 Spruce Street
Philadelphia, Pa. 1910[...]

RECEIVED
NOV 26 1985
Personnel Department

| DATE AND NATURE OF OFFICE OF EMPLOYMENT SECURITY'S DETERMINATION: | HEARING DATE AND LOCATION |
|---|---|
| 10-29-85 — Disapproved, Voluntary Quit, Section 402(b) | November 21, 1985 – 801 Arch St., Phila., Pa. |

| DATE OF APPLICATION FOR BENEFITS | COMPENSABLE WEEK ENDING DATE |
|---|---|
| 10-6-85 | |
| WAITING WEEK ENDING DATE | |
| 10-12-85 | 10-19-85; 10-26-85 |

HEARING APPEARANCES:

[X] CLAIMANT    [X] EMPLOYER

[ ] OES REPRESENTATIVE    [X] OTHERS (SEE BD-109)

[X] CLAIMANT APPEAL

[ ] EMPLOYER APPEAL

**FINDINGS OF FACT:**

1. Claimant was last employed by The Wistar Institute for 6½ years. Her final position was as Assistant to the Director of Development at an annual salary of $20,650. Her last day of work was October 4, 1985.

2. Claimant was scheduled for work Monday to Friday 9 A.M. to 5 P.M.

3. Claimant was generally dissatisfied with her salary and conditions of employment.

4. Claimant had several meetings with her superior in which she made known her dissatisfactions.

5. On September 23, 1985 claimant tendered her resignation to be effective October 4, 1985 because of dissatisfaction with her salary, job assignments, and conditions of employment in general.

6. Claimant was not laid off or discharged, and continuing work was available for her.

REASONING: Section 402(b) of the Law provides that a claimant shall be ineligible for compensation for any week in which her unemployment is due to voluntarily leaving work without cause of a necessitous and compelling nature.

Leaving one's employment because of dissatisfaction with salary, job assignments, and conditions of employment does not constitute cause of a compelling and necessitous nature under the provisions of the aforesaid section of the Law, and benefits are disallowed thereunder.

ORDER: The determination of the O.E.S. is AFFIRMED. Claim credit for waiting week ending 10-12-85, and benefits for compensable weeks ending 10-19-85 and 10-26-85 are DENIED.

ROSE M. DeFALCIS, REFEREE

rd

NOTICE: You have the right to file a further appeal within 15 days after the mailing date of this decision. For more information, please read the enclosed card.

# SUMMARY OF INTERVIEW

SOCIAL SECURITY
ACCOUNT NUMBER `1 a 8 4 4 2 7 4 1`

CLAIMANT'S
NAME _____ Gochin

CLAIMANT'S STATEMENT ON FORM UC-45 OR UC-45A _____

ADDITIONAL CLAIMANT STATEMENT I worked at the Wistar Institute for 6½ years. (From May 1979 to October 1985.) During that time I held three different positions - the last was Assistant to a new development officer who was hired in April of 1985. I began working with him at that time with the understanding that I would temporarily do secretarial work, but was to learn the field of development in a higher capacity. I am no longer working there because another girl who had worked there previously, and who was actually brought in to assist me, was given the more responsible position in the office. When I complained of this (because the clerical work I was being given was of a sort which I am obviously over-qualified for), I was told there was probably no longer any job of interest for me at the institute. Although I was not told when to leave - I was told to leave. After teaching myself how to run a computer database and developing it into a useful system for their development office, I was expected to do clerical inputting - the new girl who I understood was hired to do this clerical work was now doing my job which was the organization of fundraising receptions, attendance of committee meetings, etc. I am available now for full time work.

I certify that the above statements are true to the best of my knowledge and I am aware that there are penalties provided for making false statements.

DATE 10/21/85

CLAIMANT'S SIGNATURE Diane R Gochin

LOCAL OFFICE NUMBER 0122

LOCAL OFFICE REPRESENTATIVE S. Rabba

UC-990 REV 3-82   COMMONWEALTH OF PENNSYLVANIA   DEPARTMENT OF LABOR AND INDUSTRY   OFFICE OF EMPLOYMENT SECURITY

(OVER)

DATE OF INTERVIEW 9/26/85                    TERMINATION DATE 10/4/85

NAME _Diane Gochin_                          DEPARTMENT _Development_

JOB TITLE _Administrative Asst._             SUPERVISOR _Meyer_

SALARY 20,657      HOURLY RATE _____      DATE OF LAST INCREASE 1-1-85

RACE CODE 1

---

1. The employee's decision to leave the Institute was based on the following. (Voluntary Termination)

   _____ Normal Retirement (30)
   _____ Early Retirement (31)
   _____ Accepted Another Job – Academic (40)
   _____ Accepted Another Job – Non-Academic (41)
   _____ Personal Reasons (42)
   _____ Return to School (42)
   _____ Medical Reasons (42)          _and other "fairness" issues._
   ✓_____ Dissatisfied with (Pay) and/or Benefits (43)
   _____ Quit Without Notice (44)
   _____ Relocation (45)
   _____ Supervision (46)

2. If the employee's termination was involuntary, what was the reason for the separation?

   N/A  Layoff _____

   _____ Position Discontinued (01)      _____ Completion of Contract
   _____ Temporary Layoff (02)           _____ Disciplinary Layoff (05
   _____ Lack of Funding (03)            _____ End of Appointment (06)

N/A

_____ Not Qualified (20)

_____ Unexcused Absence or Lateness (21)

_____ Unsatisfactory Performance (22)

_____ Misconduct – Violation of Institute Rules (23)

3. If the termination was involuntary, did the employee understand the circumstances surrounding the separation?

N/A

4. How did the employee rate supervision on the following points?

| | Almost Always | Usually | Sometimes | Never | No Opinion |
|---|---|---|---|---|---|
| Followed Policies/Procedures | | | | | ✓ |
| Delegated Responsibilities and Decision Making | | | | | ✓ |
| Training (Quality, Thoroughness) | | | | | ✓ |
| Provided Performance Recognition | | | | | ✓ |
| Demonstrated Fair and Equitable Treatment | | | | | ✓ |
| Encouraged Suggestions | | ✓ | | | |
| Resolved Problems | | | ✓ | | |

Additional Comments:

*Diane had no opinion on most issues because she did not spend much time in Development.*

5. How did the employee rate the following in relation to his/her job or department?

| | Excellent | Good | Fair | Poor | No Opinion |
|---|---|---|---|---|---|
| Cooperation: | | | | | |
| Within Department | | | ✓ | | |
| With Other Departments | | | ✓ | | |
| Communication: | | | | | |
| Within Department | | ✓ | | | |
| Within the Institute | | | | ✓ | |
| With Supervisor | | | ✓ | ✓ | |
| Potential for Professional Growth | | | | ✓ | |
| Opportunity for Advancement | | | ✓ | | |

6.  How did employee regard his/her workload?

_____ / Too Great

_____ ✓ About Right

_____ Varied

_____ Too Light

7.  How did the employee feel about salary and benefits provided by the Institute?

| | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Salary | | | ✓ | |
| Medical/Dental Insurance | ✓ | | | |
| Life Insurance | ✓ | | | |
| Pension Plan | ✓ | | | |
| Vacation | ✓ | | | |
| Holidays | ✓ | | | |
| Tuition Scholarships | ✓ | | | |

Additional Comments: *Diane was concerned with salary and promotions — she did not believe the systems were fair! Other benefits were very good.*

8.  In general, how was the employee's attitude toward his/her job at Wistar?

_____ Excellent – Very Satisfied

_____ Good

_____ / Fair

_____ ✓ Poor – Very Dissatisfied

9.  What did the employee like most about his/her job and/or the Institute? *— freedom to act.*

10. ~~What did the employee least like about his/her job and/or the Institute?~~

— *Districts*

— *many perceived fairness issues (advancement, salary etc.)*

— *mismanagement*

— *favoritism* — "*Who you know*"

— *abuses of system.*

11. What suggestions did the employee offer to improve his/her job and the Institute?

— *better review of employees' performance*

— *more fairness surrounding promotions and salary increases.*

12. Initially, what was the employee's reason for working at Wistar? Were aspirations/desires satisfied while employed by the Institut

— *Wistar's Environment* — *tuition benefits*

— *Yes* — *they were satisfied*

13. Would the employee recommend the Institute to a friend as a place to work?

_____ Yes, definitely

____✓____ Yes, with reservations (*fairness*)

_____ No

Why?

14. Will the employee be doing the same type of work in his/her new job?

_____ Yes

____✓____ No — *does not have another position*

15. If no, what type of work?

*N/a*

16. What does the new job offer that the employee's job at Wistar did not?

*N/a*

# PROCEDURES AND INFORMATION CHECKLIST

Medical/Dental Insurance – terminates at the end of the month; conversion available on Medical Insurance and HMO's, not Dental Insurance

Life Insurance – terminates at the end of the month; conversion available.

Disability – terminates last day worked.

Wistar Pension Plan – vested after ten (10) years.

University of Pennsylvania I.D. Card – returned to Personnel Office before last day of work.

Wistar I.D. Card – returned to Personnel Office on last day of work.

Wistar Library Books – returned to library before last day of work.

Institute Keys (office, desk, etc.) – returned to supervisor on last day of work.

Laboratory Supplies (coats, equipment, etc.) – returned to supervisor on last day of work.

Employee with University Parking Space – when applicable, gate card should be returned to Personnel Office on the last day worked. If employee is entitled to a parking fee refund, Personnel will make arrangements for a check to be issued by Payroll.

Tuition Scholarship Participants – funding by the Institute for a tuition scholarship ceases the last day worked. If course work is not completed by termination, employee is financially responsible for balance of the semester.

Paycheck – final paycheck will be ready on normal payday. The employee has the option of picking up paycheck or having it mailed by Payroll.

# THE WISTAR INSTITUTE

*My choice*

| FOR OFFICE USE ONLY | |
|---|---|
| Possible Work Locations | Possible Positions |
| | |

## APPLICATION FOR EMPLOYMENT

### (PLEASE PRINT PLAINLY)

| FOR OFFICE USE ONLY | |
|---|---|
| Work Location _____ | Rate _____ |
| Position _____ | Date _____ |

To Applicant: We deeply appreciate your interest in our organization and assure you that we are sincerely interested in your qualifications. A clear understanding of your background and work history will aid us in placing you in the position that best meets your qualifications and may assist us in possible future upgrading.

## PERSONAL

Date MAY 22, 1979

Name GOCHIN    DIANE    ROCHELLE
   Last      First      #E205 Middle

Social Security No. 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
923-7109 - Frida

Present address 920 EMERSON AVE  PHILA. PA. 19111    Telephone No. 342-5131
   No.    Street    City    State    Zip

Do you have any physical condition which may limit your ability to perform the particular job for which you are applying? NO If yes, describe such condition _____

What method of transportation will you use to get to work? Public or CAR

Position(s) applied for Secretary    Rate of pay expected $ 190. - $200.00 per week

Would you work Full-Time Yes Part-Time _____ Specify days and hours if part-time _____

Were you previously employed by us? NO If yes, when? _____

List any friends or relatives working for us _____
                                          Name(s)

If your application is considered favorably, on what date will you be available for work? immediately 19___

Are there any other experiences, skills, or qualifications which you feel would especially fit you for work with our organization? _____

## EDUCATION

| SCHOOL | NAME | LOCATION | Attended From Mo. | From Yr. | To Mo. | To Yr. | Graduated Yes | Graduated No | Degree Received | COURSE |
|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | GREENBERG | PHILA. | | | June | 69 | X | | | |
| HIGH | GEORGE WASHINGTON | PHILA. | Sept | '69 | June | '75 | X | | | |
| COLLEGE | Temple | | | | Dec | '78 | | X | | L.A. 29.00 |
| GRADUATE | Phila. Comm. Coll. | | Sept | '75 | May | '77 | | X | | L.A. (Pre-nursing) |

If highest degree was received within last five years list below technical courses taken and grades received, (Chemistry, Physics, Mathematics, Engineering, Biological Sciences, etc.) or submit college transcript.

| COURSE | GRADE | COURSE | GRADE | COURSE | GRADE | COURSE | GRADE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| OFFICE SKILLS | W.P.M. 59-11 error | BUSINESS MACHINES | YES | NO | | YES | NO |
|---|---|---|---|---|---|---|---|
| TYPING: | 65 | ELECTRIC TYPEWRITER | X | | XEROX | X | |
| SHORTHAND: | 60 50 will method | DICTAPHONE | X | | MIMEOGRAPH | | |
| | | ADDING MACHINE | | | OTHER | | |

*Thru Thomas Penn*
*Post Sent* -1-

**List below all present and past employment, beginning with your most recent**

**I**

| Name and Address of Company and Type of Business | From Mo. | Yr. | To Mo. | Yr. | Describe the work you did | Weekly Starting Salary | Weekly Last Salary | Reason for Leaving | Name of Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| COLONIAL FINANCIAL 7540 FRANKFORD AVE PHILA. PA  Telephone  624-2900 | 8 | 78 | 5 | 79 | Typing, credit computer, answer phones | 165. | 175. | Irradic hours | ALAN PORTNOY |

**II**

| Name and Address of Company and Type of Business | From Mo. | Yr. | To Mo. | Yr. | Describe the work you did | Weekly Starting Salary | Weekly Last Salary | Reason for Leaving | Name of Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| McCANN ASSOC. HUNTINGDON Valley, PA  Telephone | 6 | 77 | 8 | 78 | Typing, proof reading, posting data | 130. | 150. | Poor work conditions | PAT RUSSELL |

**III**

| Name and Address of Company and Type of Business | From Mo. | Yr. | To Mo. | Yr. | Describe the work you did | Weekly Starting Salary | Weekly Last Salary | Reason for Leaving | Name of Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Albert GILBERT CPA CHERRY HILL, NJ  Telephone | 12 | 75 | 6 | 77 | Secretary/ Recept. | | 100. | He moved, was in Phila. | |

**IV**

| Name and Address of Company and Type of Business | From Mo. | Yr. | To Mo. | Yr. | Describe the work you did | Weekly Starting Salary | Weekly Last Salary | Reason for Leaving | Name of Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Telephone | | | | | | | | | |

**V**

| Name and Address of Company and Type of Business | From Mo. | Yr. | To Mo. | Yr. | Describe the work you did | Weekly Starting Salary | Weekly Last Salary | Reason for Leaving | Name of Supervisor |
|---|---|---|---|---|---|---|---|---|---|
| Telephone | | | | | | | | | |

May we contact the employers listed above? _____ If not, indicate by No. which one(s) you do not wish us to contact _____

### PERSONAL REFERENCES (Not Former Employers or Relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| MARK ROSENFELD (Clothing Manuf.) | 729 B SOUTH ST.  PHILA. | 923-7109 |
| RENEE BRECHER (ELEM. TEACHER) | 9726 LARAMIE RD. PHILA | OR1-8683 |
| KATHLEEN DICKELMAN (INTERIOR DESIGNER) | 2751 STEVENS RD.  HUNTINGDON Valley, PA | WI7-6391 |

—2—