# EXHIBIT "9"

**Printer Friendly Version of** *_/Units/hr/Compensation/RoleProfiles.asp_*

# Role Profiles

All of the existing role profiles are now available on the Intranet.

 **Before accessing your role profile, please read the following information.**

- Role profiles are still a work in progress. In some cases there are role profiles that still need to be completed.
- For the positions of Administrative Support Coordinator, Staff Assistant and Support Assistant, the generic role profile is listed. If you are in one of these positions, you may want to access your specific role profile. Please contact Christy Walters (9542) or John Bird (9541) and a copy will be provided to you.
- After reviewing your profile, if you believe edits need to be made, please discuss those changes with your manager. Your manager will then contact Human Resources to arrange an update to your role profile.
- If you have any problems using the Intranet to access your role profile please click here to notify the Intranet Web Team.

 **To locate your role profile, click here.**

NBME 000948

# EXHIBIT "10"



**Home**          **Search**          **Up to NBME Enterprise Portal**

<u>Units: Human Resources</u>           **Printer Friendly Version**

## Position Editing Administration

| | |
|---|---|
| **Title:** | Test Development Associate I |
| **Unit:** | **P/S-Test Development** |
| | Please Select Unit |
| **Supervisor:** | Kathy Holtzman |
| **Salary Range:** | **TBD** |
| | - - - - |
| **Position Type:** | **Temporary Full Time** |
| | - - - - - - - - - - - - - - - - - - - |
| **Date Posted:** | 8/24/2005 |
| **Ad End Date:** | |
| **Tracking #:** | |
| **Initials:** | MF |
| **Direct Reports:** | 0 |
| **Indirect Reports:** | 0 |
| **Supervisor Position:** | **No** |
| | ○ Yes  ● No |

**Position Summary:**

**Primary duties include but are not limited to:**    **Edit Primary Duties**

☐ Do not display Primary Duties outside.

- Creates, updates, and/or disseminates documentation for new and existing technological procedures and routines; includes direct user support and training.
- Designs and incorporates interactive help features including wizards (smart guides), help screens, FAQ's, and tips and tricks making applications more user friendly.
- Assists with examination production of assigned programs: translation of items for international examinations, CBT and web-based examinations, ATA, resources files, paper and pencil publishing, and pictorial production.
- Work with staff across units to create and disseminate TD program plans.
- Assists in cataloging multimedia for use in test questions.
- Assists in creating and cataloging slides for presentations and workshops.
- Assist with other duties as assigned.

**Key deliverables include but are not limited:**    **Edit Key Deliverable**

☑ Do not display Key Deliverables outside.

***There is no data for Key Deliverables***

NBME    000949

**Requirements include but not limited to:**   `Edit Requirements`

☐ Do not display Requirements outside.

- Bachelor's degree
- Five years experience working in a technical environment, including working with multi-media.
- Familiarity with other computer languages (e.g., XML, HTML).
- Must have experience with software applications including text processing (e.g., Word, EPIC, XMLSPY) and multi-media development, manipulation, and presentation (E.g., Adobe Acrobat, Photoshop, Dreamweaver, and Flash).
- Excellent interpersonal, organizational, and communication skills including the ability to "translate" technical information.
- Strong writing skills.
- Ability to handle multiple tasks and deadlines simultaneously.
- Knowledge of test development helpful.
- Strong attention to detail and problem solving skills.
- Ability to learn and apply new technology quickly.

**Additional Notes/Comments:**

*Please Use* **Save_Position Button** *To Save Position Information*

☑ Ready to be posted.

☐ Should this be posted internally only?

☐ Is outside posting date the same as inside? **(must be checked each time if "yes")**

`Save Position`

NBME 000950

# EXHIBIT "11"

Printer Friendly Version of */applications/roleprofiles/DisplayTitle.asp*

## Role Profile Title: Test Development Program Assistant

**Duties**

| Duty/Activity | Percentage of Time |
|---|---|
| Acts as liaison between manager and unit staff/in-house staff and outside customers/vendors, etc. to expedite completion of projects, disseminate information, etc. | 10% |
| Builds/maintains databases, requiring the organizing and preparing of reports and documents that integrate several data sources, technology and software applications | 15% |
| Assists with management and/or monitoring of implementation of new technology, systems, and software within TDS to ensure successful transition and continued utilization. | 15% |
| Tracks/compiles budgets, and other materials. Assists in planning, developing procedures, etc. Leads managers in development of subunit budgets consistent with annual NBME and Unit goals. | 10% |
| Assists with development of processing routines to optimize operational test development activities, provide quality assurance, and/or facilitate decision-making. Manages projects as assigned. | 35% |
| Creates, updates, and/or disseminates documentation for new and existing procedures and routines; includes direct user support and training. Collaborates with other units in the design and/or testing of new technology and software; serves as TDS advocate. | 15% |

**Deliverables**

| Deliverables |
|---|
| Annual Test Development accounting cycle report. Monthly summaries for managers. |
| Quarterly report of Test Development activities. |
| Documentation is current and available for dissemination via appropriate media. |
| User needs are adequately identified and targeted action plans are defined or implemented with input from appropriate staff |
| TDS perspectives and needs are represented effectively in the development of new technologies. |
| Effective project plans are developed and implemented to optimize resource allocation and utilization. |

**Factor 1: Innovation**

This role requires me to develop ideas that result in the creation of new knowledge, processes, methods, services or products.

**Factor 2.1: Knowledge and Skill**

(A) Core technical abilities: 1) Advanced knowledge of Microsoft Office: Word, Access, Excel, Powerpoint, Outlook and Project; 2) Must have knowledge of at least one or more of the software applications supporting the following areas: multi-media development, manipulation, and presentation (e.g. Adobe Acrobat, Photoshop, Dreamweaver, Flash); 3) data analysis/warehousing (e.g., SPSS, SAS, HLM, Excel, Oracle Discoverer, SQL). (B) Excellent interpersonal and communication skills. Knowledge of and experience with scholarly research process. Ability to communicate effectively with personnel at all levels within Assessment Programs and other NBME units, and to develop working relationships that facilitate completion of specified activities. Ability to prioritize competing requests. C) Strong attention to detail and problem solving skills. (D)

NBME 000951

Ability to learn and apply new technology quickly, including the ability to "translate" technical information E) Skilled in basic medical terminology.

**Factor 2.2: Education**

Master's degree

**Factor 2.3: Required Certification/Accreditation (Professional)**

Not required
Designations(s):

**Why this is required or desirable:**
**Factor 2.4: Required Certification/Accreditation (Trade/Technical/Transportation)**

Not required
Designations(s):

**Why this is required or desirable:**
**Factor 2.5: Minimum experience required for someone to enter your role**

Minimum 1 year

**Factor 3.1: Information Analysis**
**(Problem-solving methods needed for role-related decisions)**

In analyzing information in this role, it is typically the case that only very general organizational procedures or guidelines are in place. For example, information needs to be interpreted, analyzed, and synthesized in completing the task of creating standard routines that work across programs. When interacting with other units to develop and/or implement new technologies, information gained from other staff and personal experience needs to be synthesized to provide adequate representation of test development unit. Proposal development for research studies requires synthesis of previous research finding and organizational needs.

**Factor 3.2: Freedom to Act**
**(in making role-related decisions)**

Depending upon the project or circumstance, the latitude for decision making ranges from very broad (autonomous) to narrow (requiring supervisory or management staff input). All activities, including pursuit of research interests, are guided by broad institutional policies and goals.

**Factor 3.3: Impact of Decisions on Customers**

There is direct impact on internal customer satisfaction and quality of test development produces if analysis routines, training procedures, or documentation do not meet their expectations. Substandard support may result in difficulties in other departments processing exam related information. Impact on external customers is less direct, but may still have a major impact. If inadequate procedures are in place, the product received by client may be noticeable substandard. In terms of research, proper performance is direct related to customer satisfaction (if customers are considered a journal editor or reviewer and satisfaction is indicated by acceptance of the article).

**Factor 4: Contacts and Communications**

| Contacts | Frequency | Purpose | Type |
|---|---|---|---|
| Professional colleagues | Yearly | Discuss recent technology innovations | External |
| Vendors or Contractors | Daily or weekly during project life cycle | Provide directions/clarifications or trouble shooting | External |
| Director of Test Development | Daily | Identify training/documentation/support needs, provide status reports, project planning | Internal |
| Editorial Staff | Daily during times of project implementation | Identify training/documentation/support needs, provide status reports, project planning | Internal |

NBME  000952

| Managing Editors/Managers | Weekly to Monthly | Identify training/documentation/support needs, provide status reports, project planning | Internal |
| TS Staff | Daily or weekly during project life cycle | Provide status reports, project planning | Internal |

**Factor 5.1: Responsibility for People and Performance**

**Factor 5.2: Number of Reports**

**Direct:**
**Indirect:**
**Factor 6.1: Organization Breadth**

This role is the only one in this department responsible for this major function or duty.
**Factor 6.2: Breadth of Supervisory/Management Responsibility**

None
**Factor 6.3: Responsibility for Operating Budgets**

This role requires the incumbent to develop and manage a specific part of an operating or project budget.

Top of Page

This profile was last modified 12/15/2005 2:37:36 PM by Diane Rosetsky

NBME 000953

# EXHIBIT "12"

## Kathy Holtzman

**From:**    Kathy Holtzman
**Sent:**    Thursday, December 08, 2005 10:00 AM
**To:**      Diane Rosetsky
**Subject:** RE: Phone Conversation Follow-up

If you made changes, please reprint it for me.

---

**From:** Diane Rosetsky
**Sent:** Thursday, December 08, 2005 9:23 AM
**To:** Kathy Holtzman
**Subject:** FW: Phone Conversation Follow-up

Apparently, this link will expire- so I decided to add the text to the template- but it is not published.  It is somewhere though.  If you click on the link from John Bird below and then select option #3- to edit the profile- you can look it up alphabetically (Test Development Program Assistant)  and make changes .

I did add one thing that I thought was important for the job (that was not in there yesterday) to Factor 2.1 Knowledge and Skills:- E) "Skilled in basic medical terminology"-

When it is approved or finalized, there is a check box to publish it to the web portal.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*215-590-9643*
*mailto:drosetsky@nmbe.org*

---

**From:** John Bird
**Sent:** Wednesday, December 07, 2005 11:52 AM
**To:** Diane Rosetsky
**Cc:** Kathy Holtzman
**Subject:** RE: Phone Conversation Follow-up

Hi Diane, here is the link to the role profile tool.  Let me know if there are any questions when using it.  Please tell me what position you will be creating or updating.

http://web.nbme.org/applications/roleprofiles/menu.asp

John

---

**From:** Diane Rosetsky
**Sent:** Wednesday, December 07, 2005 11:49 AM
**To:** John Bird
**Cc:** Kathy Holtzman
**Subject:** Phone Conversation Follow-up

Hello John,

NBME 003047

2/12/2007

# EXHIBIT "13"

## Kathy Holtzman

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Thursday, April 06, 2006 12:42 PM |
| **To:** | Kathy Holtzman |
| **Subject:** | Things are heating up. |

I think it's hotter here than it is in Florida.  I was just up in Erik Sojka office with Barbara. She came by informally and asked if I would come up with her.  I am sure Erik's head is now spinning from me spewing out everything that's been going on here with IT for the last 6 months. They tried putting me on the defensive- but I shot them down every time.  I was in fifth gear-and chaired the meeting.  Basically, he does not really know what type of permissions he can give me- he has to research it.  He says he *thinks* there are only two levels- what is considered a superuser, and then the level that everyone else is at- he will have to get back to us.

We also discussed the old stuff- like how the applications are being used and why. My theory is, and what I have been observing is- that TD is gradually beginning to use more and more of MS Office applications- and that this gradual approach is the best way to get people into it.  However, I also said- that learning something as complex as Project- it needs to be continually used to be really adept at it- would require one person up here to have full access. It's a waste of time having to go through Footprints (their new ticket system on the homepage) -- every time there is an issue.

So after this half hour discussion- it's still up in the air.  And Erik Sojka got a lesson about technology, and the evolution of the offfice end-users from some former, domestic goddess..

**Diane Rosetsky**
**Test Development**
**National Board of Medical Examiners**
**Phone: 215-590-9643  Fax: 215-590-9441**
**E-Mail: drosetsky@nbme.org**

NBME 000137

**Diane Rosetsky**

**From:** "Diane Rosetsky" <DRosetsky@NBME.org>
**To:** <diane1120@comcast.net>
**Sent:** Wednesday, November 22, 2006 9:45 AM
**Subject:** FW: Immaturity

---

**From:** Kathy Holtzman
**Sent:** Tuesday, April 11, 2006 10:58 PM
**To:** Diane Rosetsky
**Subject:** RE: Immaturity
**Importance:** High

I am having a hard time opening some emails. Is the one you are referring to Project Server Support? I will be home tomorrow and will call you on Wednesday. Just sit tight, okay? That means don't walk around discussing this with others and for now, don't get Dave involved. We may need to do that ultimately, but I would like for the two of us to strategize first, okay?

Hope you have a delicious and good Seder.

---

**From:** Diane Rosetsky
**Sent:** Tue 4/11/2006 9:29 PM
**To:** Kathy Holtzman
**Subject:** Immaturity

After reading this e-mail that I sent to you from Erik Sojka, it is obvious his decisions were based solely on not liking to be told what to do- whether or not he is wrong.  I have to wonder if Joe Crick is a more secure administrator and interested in doing the right thing, instead of trying to just ook like he is in charge.

Erik totally avoided explaining his reasons for his answer, and does appear to understand the structure of Active Directory.  Or if he does, he was too rude to be bothered composing an explanation.

That was a really juvenile and nauseating e-mail as far as I am concerned.

# Kathy Holtzman

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Wednesday, April 12, 2006 8:53 AM |
| **To:** | Kathy Holtzman |
| **Subject:** | Hierarchy |

Oh- Sojka doesn't work for Joe Crick- he works for the guy with the little white hot pants!

**Diane Rosetsky**
**Test Development**
**National Board of Medical Examiners**
**Phone: 215-590-9643  Fax: 215-590-9441**
**E-Mail: drosetsky@nbme.org**

NBME 002422

# EXHIBIT "14"

**Suzanne Williams**

| | |
|---|---|
| **From:** | Nanashee,Marie [mn27@drexel.edu] |
| **Sent:** | Tuesday, June 06, 2006 11:31 AM |
| **To:** | Diane Rosetsky |
| **Subject:** | RE: Interview |

Great.  See you then.

**Marie**

Marie Nanashee
Director of Administration and Finance
Drexel University
College of Nursing and Health Professions
245 N. 15th Street
Philadelphia, PA 19102
Office: 215 762-5137
Fax: 215-762-4261
email: mn27@drexel.edu

---

**From:** Diane Rosetsky [mailto:DRosetsky@NBME.org]
**Sent:** Tuesday, June 06, 2006 9:56 AM
**To:** marie.nanashee@drexel.edu
**Subject:** Interview

Hello Marie,

This is to confirm my appointment on Thursday, June 8 at 4:00- if this time is still acceptable.

Thank you.

Diane Rosetsky
**Test Development**
**National Board of Medical Examiners**
Phone: 215-590-9643  Fax: 215-590-9441
E-Mail: drosetsky@nbme.org

1/26/2007

**Suzanne Williams**

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Wednesday, June 21, 2006 8:53 AM |
| **To:** | 'tuhr8@temple.edu' |
| **Subject:** | TU-08906 Coordinator Test Position |
| **Attachments:** | June2006.pdf |

Dear Huma Resources:

I advertently failed to attach an updated resume for the  above position- with my application.  Please use the one attached to this e-mail.

Thank you.

Diane Rosetsky
Test Development
National Board of Medical Examiners
Phone: 215-590-9643  Fax: 215-590-9441
E-Mail: drosetsky@nbme.org

**Suzanne Williams**

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Tuesday, August 22, 2006 8:57 AM |
| **To:** | 'spoitras@HospitalMedicine.org' |
| **Subject:** | Project Coordinator Position-Salary Requirements |

Hello Mr. Poitras,

Sorry about forgetting to include this. I would be asking for approximately $65,000- Of course this would also depend on the benefits available (e.g. health insurance contribution, travel distance).

Thank you.

Diane Rosetsky


*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

**Suzanne Williams**

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Tuesday, August 22, 2006 8:57 AM |
| **To:** | 'spoitras@HospitalMedicine.org' |
| **Subject:** | Project Coordinator Position-Salary Requirements |

Hello Mr. Poitras,

Sorry about forgetting to include this.  I would be asking for approximately $65,000- Of course this would also depend or
the benefits available (e.g. health insurance contribution, travel distance).

Thank you.

Diane Rosetsky

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

NBME  001665

1/26/2007

**Suzanne Williams**

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Thursday, September 21, 2006 1:18 PM |
| **To:** | 'dschnitzer@ali-aba.org' |
| **Subject:** | SQL QUERY SPECIALIST (PN1869098) |

What is the pay they are offering for this position?

Thanks.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone: 215-590-9643*
*Fax: 215-590-9441*
*email: drosetsky@nbme.org*

**Suzanne Williams**

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Friday, October 20, 2006 7:38 PM |
| **To:** | diane1120@comcast.net |
| **Subject:** | FW: Re: Litigation Paralegal Position |
| **Attachments:** | Sept2006.doc; Litigation Paralegal position.doc |

---

**From:** Diane Rosetsky
**Sent:** Fri 10/20/2006 1:17 PM
**To:** 'generalcounsel@ogc.upenn.edu'
**Subject:** Re: Litigation Paralegal Position

Dear Sir/Madam:

I inadvertently did not attach a cover letter to my resume- and the system is not very forgiving- so please accept these attachments in application for the Litigation Paralegal position.

Thank you for your consideration.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

NBME 001627

October 20, 2006

General Counsel
President's Center
University of Pennsylvania

Re:  Litigation Paralegal

Please accept my application for the Litigation Paralegal position.  I have cumulative work experience in medical and research administration of over ten years.  Along with this practical experience, I graduated with a 4.0 from an ABA-accredited paralegal training program, have an undergraduate degree in English, and a masters degree in Education.

My work ethic is one of striving for excellence, and focusing on producing quality work. I am self-motivated, very independent and can be relied upon to complete assignments in an efficient manner.  Technology is one of my strong points, having advanced skills in all Microsoft Office applications, especially Microsoft Access.  I have built multiple databases that have resulted in increased efficiency for my peers in the work place.

Having a family business, I have successfully litigated minor court cases in both district and Commonwealth Court for us, producing all of the necessary document and research the proper procedures..  If you are looking for someone with excellent online and library research skills, who is technology-oriented, well-spoken and highly educated, please contact me.

Thank you for your consideration.

Very truly yours,

Diane Rosetsky

PENN 001628

**DIANE ROSETSKY**
*931 Thrush Lane*
*Huntingdon Valley, PA 19006*
Telephone: 215-947-6571/ Fax: 215-947-5055
E-mail: Diane1120@comcast.net

## EDUCATION:

*B.A.*- English –University of Pennsylvania- Philadelphia, PA
*M.Ed.*-Education – Arcadia University (Beaver College)- Glenside, PA
*Paralegal Certification*- ABA-accredited -Manor College-Jenkintown, PA

## TECHNOLOGY BACKGROUND:

*Courses Completed*:
- HTML (Penn State University)
- Intro to Programming in C++ (Penn State University)
- Certification in MS Access I (ONLC)
- Intro Dreamweaver (NBME)

*Practical Experience*:

- MS Office including proficiency in MS Access, Excel, MS Powerpoint and MS Project
- Extensive experience with user interfaces of the internet and web applications.
- Intermediate skills in Adobe Photoshop
- Beginner skills in Dreamweaver, Captivate, Endnote and Quark

*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

## RELEVANT EMPLOYMENT:

*National Board of Medical Examiners* – Philadelphia, PA- Program Assistant, Test Development- Use of MS Project to monitor test development; designed and created a database to provide on site registration for Item Writing Workshops; created and maintain a database that catalogs and generates slide handouts for item writing workshops; participated in the editing of a tutorial for a test construction application. Other special projects as assigned by Executive Director and Vice President of Test Development . (September 2005-present)

*University of Pennsylvania*- School of Medicine, Philadelphia, PA -Staff Assistant C in Research Program Development. Developed grant database to track training grants, and to generate required data tables for NIH grant submissions, using MS Access. Assisted in the expedition of multidisciplinary grants. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia,PA-Manager –Pathology Transcription Services- Supervision of four medical transcriptionists providing reports for Pathology Lab and Pathologists. Assisted in development of DOS-based patient database. (1985-1987)

*The Wistar Institute of Anatomy and Biology*, Philadelphia, PA –(1979-1985)
Executive Assistant – Worked for the Associate Director. Responsibilities included coordination of scientific staff seminars and conferences; administration of patent agreements, liaison to Institute Board of Managers, Institute reimbursements.
Grants/Editorial Services:

1) <u>Assistant Manager</u>– Central support service for staff of 80 biomedical research scientists. Responsibilities included expedition of government research grants and journal manuscripts. Supervision of five wordprocessor operators, a grant coordinator and artist. Assisted with departmental budget.

2) <u>Grant Coordinator</u>-Responsible for editing and proofreading, organization of government site visits, and provision of funding source information for scientific staff, assist with visa applications, and compilation of biographical sketch information.

<u>Other Relevant Skills</u>:  Advanced training in  editing, writing and  both on and offline information research.  Knowledge of medical terminology.   Skilled in database design, and possess a high aptitude for learning new computer applications.  Ability to work independently; strong organizational skills.

**DIANE ROSETSKY**
**931 Thrush Lane**
**Huntingdon Valley, PA 19006**
Telephone: 215-947-6571/ Fax: 215-947-5055
E-mail: Diane1120@comcast.net

## EDUCATION:

*B.A.*-English –University of Pennsylvania- Philadelphia, PA
*M.Ed.*-Education – Arcadia University (Beaver College)- Glenside, PA
*Paralegal Certification*- ABA-accredited -Manor College-Jenkintown, PA

## COMPUTER SKILLS:

*Courses Completed*: Penn State- HTML, Intro to Programming in C++;
University of Pennsylvania- Certification in MS Access I.
*Practical Experience*: Advanced skills in MS Office including MS Access, Excel, and MS
Project;  Intermediate skills  in Quark and Adobe Photoshop.
*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

## RELEVANT EMPLOYMENT:

*National Board of Medical Examiners* – Philadelphia, PA- Program Assistant, Test
Development- Monitor 60 medical licensing test development projects with MS Project;
developed and maintain a digital sign-in system and database for physician item writing
workshops with MS Access.  Use of Quark for internally published manuals, and various
other computer applications for special projects as assigned by Executive Director and
Vice President of Test Development . (September 2005-present)

*University of Pennsylvania*- School of Medicine, Philadelphia, PA -Staff Assistant C in
Research Program Development. Developed grant database to track training grants,
and to generate required data tables for NIH grant submissions, using MS Access.
Assisted in the expedition of multidisciplinary grants. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia.,PA-Manager –Pathology
Transcription Services- Supervision of four medical transcriptionists providing reports
for Pathology Lab and Pathologists. Assisted in development of DOS-based patient
database. (1985-1987)

*The Wistar Institute of Anatomy and Biology*, Philadelphia, PA –
     Executive Assistant – Worked for the Associate Director.  Responsibilities
included coordination of scientific staff seminars and conferences; administration of
patent agreements, liaison to Institute Board of Managers, Institute reimbursements.
     Grants/Editorial Services – Assistant Manager– Central support service for staff
of 80 biomedical research scientists. Responsibilities included expedition of
government research grants and journal manuscripts. Supervision of five
wordprocessor operators, a grant coordinator and artist. Assisted with departmental
budget.
     Grant Coordinator-Responsible for editing and proofreading, organization of
government site visits, and provision of funding source information for scientific staff,
assist with visa applications, and compilation of biographical sketch information(1979-
1985).

**LANGUAGES**:
Proficient in English; Conversational Spanish

**DIANE ROSETSKY**
*931 Thrush Lane*
*Huntingdon Valley, PA 19006*
**Telephone: 215-947-6571/ Fax: 215-947-5055**
E-mail: Diane1120@comcast.net

**EDUCATION:**
*B.A.*- English –University of Pennsylvania- Philadelphia, PA
*M.Ed.*-Education – Arcadia University (Beaver College)- Glenside, PA
*Paralegal Certification*- ABA-accredited -Manor College-Jenkintown, PA

**TECHNOLOGY BACKGROUND:**
*Courses Completed*:
- HTML (Penn State University)
- Intro to Programming in C++ (Penn State University)
- Certification in MS Access I (ONLC)
- Intro Dreamweaver (NBME)

*Practical Experience*:

- MS Office including proficiency in MS Access, Excel, MS Powerpoint and MS Project
- Extensive experience with user interfaces of the internet and web applications.
- Intermediate skills in Adobe Photoshop
- Beginner skills in Dreamweaver, Captivate, Endnote and Quark

*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

**RELEVANT EMPLOYMENT:**

*National Board of Medical Examiners* – Philadelphia, PA- Program Assistant, Test Development- Use of MS Project to monitor test development; designed and created a database to provide on site registration for Item Writing Workshops; created and maintain a database that catalogs and generates slide handouts for item writing workshops; participated in the editing of a tutorial for a test construction application. Other special projects as assigned by Executive Director and Vice President of Test Development . (September 2005-present)

*University of Pennsylvania*- School of Medicine, Philadelphia, PA -Staff Assistant C in Research Program Development. Developed grant database to track training grants, and to generate required data tables for NIH grant submissions, using MS Access. Assisted in the expedition of multidisciplinary grants. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia,PA-Manager –Pathology Transcription Services- Supervision of four medical transcriptionists providing reports for Pathology Lab and Pathologists. Assisted in development of DOS-based patient database. (1985-1987)

*The Wistar Institute of Anatomy and Biology*, Philadelphia, PA –(1979-1985)
   Executive Assistant – Worked for the Associate Director. Responsibilities included coordination of scientific staff seminars and conferences; administration of patent agreements, liaison to Institute Board of Managers, Institute reimbursements.
   Grants/Editorial Services:

1) <u>Assistant Manager</u>– Central support service for staff of 80 biomedical research scientists. Responsibilities included expedition of government research grants and journal manuscripts. Supervision of five wordprocessor operators, a grant coordinator and artist. Assisted with departmental budget.

2) <u>Grant Coordinator</u>-Responsible for editing and proofreading, organization of government site visits, and provision of funding source information for scientific staff, assist with visa applications, and compilation of biographical sketch information.

<u>Other Relevant Skills</u>:  Advanced training in  editing, writing and  both on and offline information research.  Knowledge of medical terminology.   Skilled in database design, and possess a high aptitude for learning new computer applications.  Ability to work independently; strong organizational skills.

NBME  000150

**DIANE ROSETSKY**
**931 Thrush Lane**
**Huntingdon Valley, PA 19006**
**Telephone: 215-947-6571/ Cell: 215-287-1609**
E-mail: Diane1120@comcast.net

OBJECTIVE:  To obtain a position in medical research administration, which provides support to staff by facilitating grant applications and management.

**EDUCATION**:

*B.A.*- English –University of Pennsylvania- Philadelphia, PA

*M.Ed.*-Education – Arcadia University (Beaver College)- Glenside, PA

*Paralegal Certification*- ABA-accredited -Manor College-Jenkintown, PA

**RELEVANT SKILLS**

- Extensive previous interaction with a diverse, international constituency of high-level administrators, and medical professionals.
- Experience in both NIH and private foundation grant management.
- Experience working in academic research and nonprofit organizations.
- Advanced skills in all MS Office applications, including Access, Project and Excel.

**EMPLOYMENT**:

*National Board of Medical Examiners* – Philadelphia, PA- 19104–**Program Assistant to Executive Director/Vice President of Test Development-** NBME is a non-profit organization which develops the USMLE and board certifications for over 25 clients.  Accomplishments include the design and creation of several databases to provide on site registration for Item Writing Workshops, to generate handouts for item writing physician training, and to track test production issues- using MS Access. Duties also included the use of MS Project to monitor test development processes; maintenance and tracking of client contracts, and the production of content materials and slides for physician training.  (September 2005-December 2006)

*University of Pennsylvania- School of Medicine*, Philadelphia, PA 19104- **Research Program Development Staff Assistant C**- Expedition of government and other sponsored research grants. Developed and built a grant database to track training grants, and to generate required data tables for NIH grant submissions, using MS Access. Responsible for researching and tracking funding sources to disseminate to prospective principal investigators. Participation and organization of retreats. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia, PA 19111- **Manager** –Pathology Transcription Services- Supervision of four medical transcriptionists providing reports for Pathology Lab and Pathologists. Designed and developed with the assistance of the IT department, a proprietary  DOS-based patient database. Reorganization of transcription department to reflect trends in information technology.(1985-1987)

Page 1

87

**Diane Rosetsky**


**Employment** (*continued*)


***The Wistar Institute of Anatomy and Biology***, Philadelphia, PA 19104- **Grants/Editorial Services -Assistant Manager**– Managed central support service for staff of over 80 biomedical research scientists. Responsibilities included dealing directly with principal investigators and their research staff, to ensure the efficient expedition of government research grants and journal manuscripts. This entailed the supervision of five wordprocessor operators, a grant coordinator and a graphic artist. Management of staff included overseeing editing and proofreading, and compilation of budget and biographical sketch information. Also attended and organized government site visits, and provided funding source information for scientific staff; provided assistance with visa applications. Duties also included assisting with departmental budget.

(1979-1985 )


**TECHNOLOGY BACKGROUND**:

*Courses Completed*:
HTML (Penn State University)
Intro to Programming in C++ (Penn State University)
Certification in MS Access I (ONLC)
Intro Dreamweaver (NBME)

*Practical Experience*:
Basic knowledge of UML and SQL
MS Office including proficiency in MS Access, Excel, MS Powerpoint and MS Project
Extensive experience with user interfaces of the internet and web applications.
Intermediate skills in Adobe Photoshop
Beginner skills in Dreamweaver, Captivate, Endnote and Quark

*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

**Other Relevant Skills**:

- Advanced training in editing, writing and both on and offline information research.
- Knowledge of medical terminology.
- Skilled in database design, and possess a high aptitude for learning new computer applications.
- Ability to work independently; creativity in developing organizational procedures.
- Acclimated to the academic and scholarly environment.
- Ability to read Spanish.

# EXHIBIT "15"

## Kathy Holtzman

**From:**   Kathy Holtzman
**Sent:**   Friday, June 02, 2006 11:42 PM
**To:**   Dave Swanson
**Subject:** FW: Train Inner Monologue

How do I deal with this?

---

**From:** Diane Rosetsky
**Sent:** Fri 6/2/2006 8:40 AM
**To:** Kathy Holtzman
**Subject:** Train Inner Monologue

This feedback system is a riot.  We all get to insult each other anonymously.  Or profess our love. Of course if any of us were perfect- we would be absolutely despised and really get a lot of negative feedback.

After 48.5 years of being me, I am going to try being someone else (I need to find the perfect persona). Hopefully, the little buzzer in my head will go off at the appropriate times to remind me of who I need to be..  But really, I the way I deal with personalities is to remember the cliché that no one is perfect, and most importantly, to try to find their redeeming qualities.  Supposedly, everyone has them (except certain individuals in my family.). And anyone who cannot do this- it is they that have the real problem.

Diane Rosetsky
Test Development
National Board of Medical Examiners
Phone: 215-590-9643  Fax: 215-590-9441
E-Mail: drosetsky@nbme.org

002024