# EXHIBIT "16"

## Kathy Holtzman

**From:**    Kathy Holtzman
**Sent:**    Tuesday, September 19, 2006 8:31 PM
**To:**      Diane Rosetsky
**Subject:** RE: TD job posting

Let's chat this week.

---

**From:** Diane Rosetsky
**Sent:** Tue 9/19/2006 8:26 AM
**To:** Kathy Holtzman
**Subject:** TD job posting

I saw a job posting for TD Assoc I Special Projects- is there any possibility I would qualify for this?

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*



**Home**    ◢ **Search**    Up to NBME Enterprise Por



**Units: Human Resources**    Printe
Friend
Versio

NBME > Human Resources > Career Opportunities

## Position Summary

Click here for Instructions

| | |
|---|---|
| Title | **Test Development Associate I for Special Projects** |
| Unit | Professional Services - Test Development - Special Projects |
| Supervisor | Kathy Angelucci |
| Supervisory? | No |
| Position Status | Regular Full Time |
| Date Posted | 9/14/2006 |
| Position Summary | **Primary duties include, but not limited to:**<br><br>• Assists with the design of new applications, including customized exam construction and item review over the web; suggests design changes to the user interface and periodic enhancements of existing tools based on usability testing.<br>• Creates, updates, and/or disseminates documentation for new and existing technological procedures and routines; includes direct user support and training.<br>• Collaborates with other units and external vendors in the research, design and /or testing of new technology and software.<br>• Designs and incorporates interactive help features including wizards (smart guides), help screens, FAQs, and tips and tricks making applications more user friendly.<br>• Assists with the design of new applications, including customized exam construction and item review over the web; suggests design changes to the user interface and periodic enhancements of existing tools based on usability testing.<br>• Imports classification schemes for the development of derivative examinations including subject examinations, self-assessments, and international examinations; assists with item pool analysis in preparation for building examinations and to help maintain quality of test pools across teams;<br>• Assists with item pool analysis in preparation for building examinations and to help maintain quality of test pools across teams.<br>• Assists with examination production of assigned programs: translation of items for international examinations, CBT and web-based examinations, ATA, resource files, paper and pencil publishing, and pictorial production.<br><br>**Key Deliverables include, but not limited to:**<br><br><br><br>**Job Requirements include, but not limited to:**<br><br>• Bachelor's degree.<br>• 5 years experience working in a technical environment, including working with multi-media.<br>• Must have knowledge of software applications including test processing (e.g., Word, EPIC, XMLSPY) and multi-media development, manipulation, and presentation (e.g,, Adobe Acrobat, Photoshop, Dreamweaver, Flash).<br>• Excellent interpersonal and communication skills including the ability to "translate" technical information.<br>• Strong written skills<br>• Ability to handle multiple tasks and deadlines simultaneously<br>• Knowledge of test development helpful<br>• Strong attention to detail and problem solving skills |

- Ability to learn and apply new technology.

**Salary Range: 7**

**To send your resume for consideration:**

- Click "Apply Here" below to open a pre-addressed email.
- Attach an electronic copy of your resume to the email for each position you apply for. If you do not have a resume in electronic format, you may click here to create an optional resume form or bring a hard copy to Human Resources.
- Please note: an electronic resume is preferred.
- If you have questions or concerns about this position, contact Human Resources at 9501.
- If you have difficulty with this online form, please call the Technology Services Support Line at 9222.





## Barbara Davidson

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Wednesday, October 18, 2006 12:49 PM |
| **To:** | Lori Bacon |
| **Cc:** | Barbara Davidson |
| **Subject:** | 468: Test Development Associate I for Special Projects |
| **Attachments:** | Sept2006.doc |

Hi Lori,

Thanks for your patience and understanding today.  I was not sure whether I am allowed to apply withouth Kathy's permission, but want to send my updated resume to be considered for the Test Development Associate I for Special Projects.

I will try to talk to Kathy when she gets back- or should I wait until you contact her?

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

**DIANE ROSETSKY**
*931 Thrush Lane*
*Huntingdon Valley, PA 19006*
Telephone: 215-947-6571/ Fax: 215-947-5055
E-mail: Diane1120@comcast.net

## EDUCATION:

*B.A.*- English --University of Pennsylvania- Philadelphia, PA
*M.Ed.*-Education -- Arcadia University (Beaver College)- Glenside, PA
*Paralegal Certification*- ABA-accredited -Manor College-Jenkintown, PA

## TECHNOLOGY BACKGROUND:

*Courses Completed*:
- HTML (Penn State University)
- Intro to Programming in C++ (Penn State University)
- Certification in MS Access I (ONLC)
- Intro Dreamweaver (NBME)

*Practical Experience*:

- MS Office including proficiency in MS Access, Excel, MS Powerpoint and MS Project
- Extensive experience with user interfaces of the internet and web applications.
- Intermediate skills in Adobe Photoshop
- Beginner skills in Dreamweaver, Captivate, Endnote and Quark

*Legal applications* -LexisNexis, WestLaw, LegalKey, Elite and Docs Open.

## RELEVANT EMPLOYMENT:

*National Board of Medical Examiners* -- Philadelphia, PA- Program Assistant, Test Development- Use of MS Project to monitor test development; designed and created a database to provide on site registration for Item Writing Workshops; created and maintain a database that catalogs and generates slide handouts for item writing workshops; participated in the editing of a tutorial for a test construction application. Other special projects as assigned by Executive Director and Vice President of Test Development . (September 2005-present)

*University of Pennsylvania*- School of Medicine, Philadelphia, PA -Staff Assistant C in Research Program Development. Developed grant database to track training grants, and to generate required data tables for NIH grant submissions, using MS Access. Assisted in the expedition of multidisciplinary grants. (June -October 2004)

*Fox Chase Cancer Center/Jeanes Hospital* -Philadelphia,PA-Manager --Pathology Transcription Services- Supervision of four medical transcriptionists providing reports for Pathology Lab and Pathologists. Assisted in development of DOS-based patient database. (1985-1987)

*The Wistar Institute of Anatomy and Biology*, Philadelphia, PA --(1979-1985)
    Executive Assistant -- Worked for the Associate Director. Responsibilities included coordination of scientific staff seminars and conferences; administration of patent agreements, liaison to Institute Board of Managers, Institute reimbursements.
    Grants/Editorial Services:

1) <u>Assistant Manager</u>– Central support service for staff of 80 biomedical research scientists. Responsibilities included expedition of government research grants and journal manuscripts. Supervision of five wordprocessor operators, a grant coordinator and artist. Assisted with departmental budget.

2) <u>Grant Coordinator</u>-Responsible for editing and proofreading, organization of government site visits, and provision of funding source information for scientific staff, assist with visa applications, and compilation of biographical sketch information.

<u>Other Relevant Skills</u>:  Advanced training in  editing, writing and  both on and offline information research.  Knowledge of medical terminology.   Skilled in database design, and possess a high aptitude for learning new computer applications.  Ability to work independently; strong organizational skills.

**Kathy Holtzman**

**From:**     Kathy Holtzman
**Sent:**     Thursday, October 19, 2006 11:14 PM
**To:**       Diane Rosetsky
**Subject:** Follow-up to our discussion

Hi Diane,

I wanted to follow up to confirm that you now understand that you do not need a supervisor's permission to apply for another position within the NBME. Based on our conversation this afternoon, you misread the on-line documentation and believed that you required my permission to apply for the TD Associate I position reporting to Kathy Angelucci. We also agreed that I did not request that you not apply but rather indicated that I was hopeful that Kathy's unit would be restructured and that you would be able to make a lateral move to her unit and gain additional experience in regard to our new developments. Regardless, it is your decision to apply or not apply, and Kathy Angelucci's decision about whom to hire.

As we discussed, I appreciate all of the work that you did on editing of the video demo for the Customized Assessment program. I know from personal experience how hard it is to deal with having others change your work after you have put so much of your heart and soul into it but encourage you to view this as a development opportunity--you had the opportunity to learn more about what this exciting new program is all about as well as to test your skills. As I noted in my email to you about the changes required, I would be happy to sit down with you and go over any questions you have about what I changed and why. Please feel free to schedule an appointment to do this.

Finally, I want to reiterate what we discussed in regard to professionalism today and several months ago. It is my expectation that you will be discreet and not share information with others in regard to our interactions or those your observe because you sit directly outside my office. I was quite disappointed to hear from you that you asked several editors to compare the work you had done with my revised version to get their opinion about which was better. Diane, if you have questions or concerns you need to set up an appointment to discuss the issues directly with me rather than going around to others and venting your frustration.

I am confident that we can find a way to cultivate a better relationship. I am looking forward to talking more with you about this on Monday.

Kathy

## Suzanne Williams

| | |
|---|---|
| **From:** | Lori Bacon |
| **Sent:** | Wednesday, January 24, 2007 10:55 PM |
| **To:** | Suzanne Williams |
| **Subject:** | Diane Rosetsky FW: Interview Schedule |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

**From:** Diane Rosetsky
**Sent:** Thursday, November 09, 2006 8:28 AM
**To:** Jennifer Lepore; Barbara Davidson
**Subject:** RE: Interview Schedule

I'd like to withdraw my application. I don't think at this point I can be given a fair interview. And I am not sure why Jean D'Angelo is included in the interview ....

**From:** Jennifer Lepore
**Sent:** Wednesday, November 08, 2006 5:05 PM
**To:** Diane Rosetsky
**Subject:** Interview Schedule

Hi Diane,

I scheduled you for an interview for the Test Development Associate I, Derivative Programs position. Below is the schedule – let me know if you have any questions or concerns. Your interview is schedule for Tuesday, November 14, 2006 starting at 11:45am.

Below is the line-up:

| | |
|---|---|
| 11:45am - 12pm | Kathy Holtzman |
| 12pm - 12:30pm | Lori Bacon |
| 12:30pm - 1pm | Kathy Angelucci |
| 1pm - 1:30pm | Krista Allbee – Interview to be held teleconference in the HR Conference Room |
| 1:30pm -1:45pm | Jean D'Angelo |
| 1:45pm - 2:15pm | Kieran Hussie |

Again, any questions or concerns please let me know.

Thanks,

Jen Lepore
Human Resources Assistant
x9501

# Resume and Recruit Tracking Form

Candidate Diane Rosetsky     Source Internal

Applying For: Test Development Associate 1

11/8/06   Scheduled in Outlook
          Sent Confirmation email
          In pipeline
                    Interview 11/14/06   11:45 am - 2:15 pm
11/09/06.  Diane withdrew her application - via email
                    file closed

Page 1 of 1

For the Case Developer position it is preferable that applicants have some experience with standardized patients and for that reason we are posting the position on the Standardized Patient List Serve and doing a Nation wide search.  We have hired people with your background in the past so I have to leave it up to you to decide if you would like to apply.

I will be meeting with HR over the next couple of weeks to review resumes and in the upcoming weeks conduct interviews.

Thank you for contacting me and your interest in the position.  I'm sorry I can not be more helpful.

Penny

**Penny Garcia**
Case Development Manager
National Board of Medical Examiners
*pgarcia@nbme.org*
(215) 590-9786
*http://www.nbme.org*

---

**From:** Diane Rosetsky
**Sent:** Wednesday, September 20, 2006 4:11 PM
**To:** Penelope Garcia
**Subject:** Case Developer Position

Hi Penelope,

I was wondering if I might qualify for the position that you have open as a Case Developer.. I currently work for Kathy Holtzman- but would appreciate you not saying anything unless you feel that I may be a qualified candidate.  I have a background in medical terminology- as I managed a transcription department.  I also have a teaching certification and Masters in Education- and have been here for one year.

Thanks.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

## Kathy Holtzman

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Friday, October 20, 2006 11:17 AM |
| **To:** | HR/OD - c/o Jennifer Lepore |
| **Cc:** | Kathy Holtzman |
| **Subject:** | 468: Case Developer |
| **Attachments:** | Sept2006.doc |

Please consider my attached resume for the above position.

**Diane Rosetsky**
**Test Development**
**National Board of Medical Examiners**
**Phone:  215-590-9643**
**Fax:  215-590-9441**
**email:  drosetsky@nbme.org**

**Suzanne Williams**

**From:** Jennifer Lepore
**Sent:** Tuesday, October 31, 2006 2:30 PM
**To:** Diane Rosetsky
**Subject:** Interview Information

Diane,

This email is to confirm your scheduled interview for the Case Developer position on Thursday, November 9 2006 starting at 11am.

As promised, your interview schedule is as follows:

| | |
|---|---|
| 11am - 11:45am | Penny Garcia, Case Development Manager |
| 11:45am - 12:15pm | Colette Scott, Director of Test Material Development and Delivery |
| 12:15pm - 12:30pm | Set-up for Presentation, Atlantis Conference Room |
| 12:30pm - 1pm | Presentation, Atlantis Conference Room |
| 1pm - 1:30pm | Group: Interview to take place in the Atlantis Conference Room |
| | Jesse Delaney, SP Case Developer I |
| | Betsy Herbert, Case Developer |
| | Rich Kahn, SP Case Developer I |
| 1:30pm - 1:35pm | Wrap - Up with Penny Garcia |
| 1:35pm - 1:50pm | Walk to 3750 with Carly Daniels, SP Case Developer I |
| 1:50pm - 2:05pm | Tour of Testing Center with Carly Daniels |
| 3pm - 3:45pm | Lori Bacon, Human Resources Generalist |

Diane, let me know if you have any questions or concerns.

Thank you,

Jen Lepore
Human Resources Assistant
x9501

## Jennifer Lepore

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Monday, November 06, 2006 11:11 AM |
| **To:** | Jennifer Lepore |
| **Subject:** | Case Developer |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Jennifer,

I have decided to opt out of the Case Developer interview-so you can cancel it.   I am really only interest in the Business Analyst position and/or working in ADS.

Do you know if I am going to be interviewed for that position?

Thanks.

Diane Rosetsky

# EXHIBIT "17"

10/18/06 Diane Rozetsky - Lori, DLD

- incidiuos (last wk w/ Kathy
Started project on Tues. (150 pages) Kathy
(needs at end of wk
Good time to evale on
Did tendio to Fed Ex to Krista (was at a
was done the step Kathy actually distance
wanted ~ in the long sun)

Kathy doesn't look at the work
She does - Access: databases
4 to 6 months to build - Kathy doesn't
look at

* panel
15-20%
too man   Developed & Created Database in
"It push"   4 days - Kathy explained to
          Others - said no to Dianne when
          Diane offered.
Previous problems.
          Bought self book on Microsoft project
          - but Kathy won't use it this way

Note to self - Don't want to lose Diane
          - follow up w/ Kathy

          " Want you to do something useful "

          " Only want to work w/ people she can control "
reme to ∞ Seremielino

# EXHIBIT "18"



## Diane Rosetsky

| | |
|---|---|
| **From:** | "Diane Rosetsky" <DRosetsky@NBME.org> |
| **To:** | <diane1120@comcast.net> |
| **Sent:** | Wednesday, November 08, 2006 2:59 PM |
| **Attach:** | RE_ Flex B video screens.eml; RE_ More Demo Files.eml; RE_ More Demo Files.eml |
| **Subject:** | FW: Follow-up to our discussion |

---

**From:** Diane Rosetsky
**Sent:** Monday, October 23, 2006 12:37 PM
**To:** Barbara Davidson
**Subject:** FW: Follow-up to our discussion

I am sending this to you so you will not what continues to transpire up here. This letter by me is in response to a letter sent {below} by Kathy- to me, on Monday morning. I really felt it was time to confront my treatment here- because at this point I feel I have nothing to lose. I have learned in the past, that if I do not speak up now it will only get worse.

---

**From:** Diane Rosetsky
**Sent:** Monday, October 23, 2006 11:25 AM
**To:** Kathy Holtzman
**Subject:** RE: Follow-up to our discussion

Kathy,
I have attached some of the e-mails between Krista and I - regarding the editing of the demos. They clearly show we were on the same page. The e-mail you referenced below was sent on the 15th of October- after I had already edited the demos. (A little late to try to clarify instructions). As I said before, I never expected you to use them without changes, however, you completely ignored them. I still think that they were skillfully and professionally done. But I don't think this is the real issue here.
The real issue is— that I have reviewed most of the e-mails between you and I over the last year. They primarily consist of your requests to me to: print out files and put them on your chair, xerox articles and put them in your office, cut and paste in various word files, to file or keep track of various documents, and punching holes in final reports.
None of the assignments have been appropriate for my skills, education and technological background- and frankly, have been insulting. The only worthwhile tasks are those that I created myself-such as when asked to "organize" the workshop slides. I produced an Access database    ( which I have yet to complete due to your lack of feedback), to decrease the amount of time needed to prepare for your Item Writing Workshops.
I learned MS Project, Endnote and the use of Quark- to assist you in the efficiency of this office. Of course there is also the MS Access digital registration databases (which should be integrated to a web page as I tried to explain before), to save physicians from the tedious task of filling out paperwork at the item harvesting locations. This is what I believe Dr. Melnick's PEP program is about.. but I feel that these endeavors and my ambition to use the technology, have resulted in your feeling intimidated by me, and  that you have made every attempt to suppress any advancement I may have deserved in this department.
In your failure to acknowlege my capabilities, I have felt very frustrated for the last several months. I showed my resume to Krista and Kathy Angelucci, hoping that I could move into the Test Development Associate position that was opened. For this you insulted me, insisting  I was "bragging" about how smart I was, that I had a Master's degree and formal computer training, etc. Maybe you do have a problem with my advanced education and skills. As far as your insistence that Kathy Angelucci does the hiring, the e-mail that I attached from her last time shows clearly, as everyone knows, that you control everything that happens in this department.
I only had the best of intentions in working for you. And you are obviously aware of your shortcomings, because during my initial interview, one of my salient memories is of you stating that "you needed someone who is not insulted easily." The more reliable I was, the more disrespectful you became to me. I came in early or on time,

1/5/2007

took work home to complete when you did not allow for enough time to produce a quality product, and I did the trivial tasks you gave to me without complaint. I also did not complain when you very loudly, several times, told me not to talk to Dave. I am not sure of the purpose of this- but it was most unprofessional.
I put up with all of this, but expected to be rewarded and compensated for my hard work. It became clear that this was not going to be the case when you made clear you feel that I was not right for the Associate position, and that any move would be in another assistant position.
My only objective was and is, to be an asset to the National Board. I have a clear conscience, that I have done nothing but work to exceed what was expected of me, and have done my best to be an asset to this organization during my employment here.

Diane

---

**From:** Kathy Holtzman
**Sent:** Sunday, October 22, 2006 9:11 PM
**To:** Diane Rosetsky
**Subject:** RE: Follow-up to our discussion

Hi Diane,

It seems to me that you have misconstrued your role in this project. As we discussed at our meeting last week (and at the initial meeting with you, Kathy A, Krista, and Kieran), your role in this project was and is to provide support for the team. It was never my intention for you to play a lead role on this project. I was actually hoping that you could streamline the correction process by doing the cut and paste work after Krista, Kathy, and I edited the video text to make it easier for Kieran to finalize the product. However, when you, Krista and I met after the meeting, you seemed to have the impression that you would be doing the editing rather than the cut and paste work. I was surprised, but you presented a good case about your background in this area and it seemed reasonable to let you try your hand at this—particularly considering how quickly we needed to move forward. As I said in my last email, I viewed it as a good opportunity for you to learn about an important new product and see how you could do with the editing. No matter who did the initial editing, I was going to have to look through the work and make the final decisions about wording.

We met one time to review a few pages that you had edited and give you additional direction. It was my expectation that you would complete the work section by section within the two major steps and send me each section electronically as it was done to confirm that you were going in the right direction. Unfortunately, you decided to do the full project in pencil (rather than doing it electronically and getting feedback as you edited) and then found yourself in the position of not being able to meet the tight timeline. You were of course disappointed when we wanted it to go in a different direction and didn't have time to have an iterative process with you. I am sorry that I did not do a better job of communicating expectations.

Diane, my idea of teamwork is doing whatever is necessary to get a project done. I work up and down on a project depending on what needs to be done and that is what I expect of others—that includes xeroxing and preparing Fed Ex materials to send to Krista as well as cutting and pasting. I do not think it is a good use of anyone's time to sit around a table to collaborate over the best wording for these screens. If we did that, we would not be done for several months. As I said in my email (pasted below), I am more than willing to sit down and go over any questions you have in regard to technical writing/editing. Please be sure to bring you questions to our meeting tomorrow.

**From:** Kathy Holtzman
**Sent:** Sun 10/15/2006 10:46 PM
**To:** Kathy Angelucci; Kieran Hussle; Diane Rosetsky; Krista Allbee
**Subject:** finalizing the video help screens for FB

1/5/2007

I looked through the screens for two of the sections under Step 1 (Defining the Exam and Navigating the Content Hierarchy). The final wording that I would like to use is attached.

Diane, I would like you to start at screen 1 and copy and paste my versions into the notes section. Green text are questions for Kieran/Kathy and you will need to ignore those UNTIL we hear from Kieran or Kathy. If you have any questions about anything, please ask Kathy (although I would prefer to defer any discussions of issues related to proper technical writing until later in the week—please mark any concerns you have and we will discuss them on Thursday or Friday). For now, we need to move forward and that means I want all of the text updated by the end of the morning and than proofed ASAP (PEG—please put this on the list for the proofreaders). I want both sections completely finished by the end of the day. Diane, please send me electronic copy of the remaining sections that you have completed.

Kieran/Kathy: questions for the two of you are in green text. Please read them and make a decision before noon tomorrow so that everything can come together. Kieran, I know we have the NBE stuff tomorrow but we have to get this done.

I will look hopefully finish the remaining sections of Step 1 tomorrow night and then we can complete that on Tuesday.

Thanks to everyone for working so hard on this project.

Kathy

---

**From:** Diane Rosetsky
**Sent:** Fri 10/20/2006 8:27 AM
**To:** Kathy Holtzman
**Subject:** RE: Follow-up to our discussion

Thank you for the feedback. I think much of this would not have happened if we had more interaction, and I was able to discuss my work with you. But I felt uncomfortable coming to you at that point. Even though you mentioned that my actions were not conducive to teamwork, I feel that if instead of just e-mailing changes to me, and basically ignoring what I had done, that you could have called me in, along with the other members of this team (ie. Kathy A., Krista, Kieran), and we could have gone over all of the versions and discussed together what should be the final version. Maybe some of the versions could have been merged, or maybe yours were the best. But at least it would have been more of a team effort, and I would have appreciated the feedback to learn what style is expected. There is no right and wrong way to do these things, writing is completely subjective- like an oil painting. Some people might find one painting easy to understand, others might find it too abstract and meaningless.

That's my idea of teamwork anyway. As a matter of fact, Kathy A. told me on Monday morning that she was looking for me on Friday before I left, to tell me not to put so much into the editing- because from her experience it would be changed anyway.

The key here is communication-and treating everyone equal. Don't pet the chimpanzee on the head.

---

**From:** Kathy Holtzman
**Sent:** Thursday, October 19, 2006 11:14 PM
**To:** Diane Rosetsky
**Subject:** Follow-up to our discussion

Hi Diane,

I wanted to follow up to confirm that you now understand that you do not need a supervisor's permission to apply for another position within the NBME. Based on our conversation this afternoon, you misread the on-line documentation and believed that you required my permission to apply for the TD Associate I position reporting to Kathy Angelucci. We also agreed that I did not request that you not apply but rather indicated that I was hopeful

that Kathy's unit would be restructured and that you would be able to make a lateral move to her unit and gain additional experience in regard to our new developments. Regardless, it is your decision to apply or not apply, and Kathy Angelucci's decision about whom to hire.

As we discussed, I appreciate all of the work that you did on editing of the video demo for the Customized Assessment program. I know from personal experience how hard it is to deal with having others change your work after you have put so much of your heart and soul into it but encourage you to view this as a development opportunity—you had the opportunity to learn more about what this exciting new program is all about as well as to test your skills. As I noted in my email to you about the changes required, I would be happy to sit down with you and go over any questions you have about what I changed and why. Please feel free to schedule an appointment to do this.

Finally, I want to reiterate what we discussed in regard to professionalism today and several months ago. It is my expectation that you will be discreet and not share information with others in regard to our interactions or those your observe because you sit directly outside my office. I was quite disappointed to hear from you that you asked several editors to compare the work you had done with my revised version to get their opinion about which was better. Diane, if you have questions or concerns you need to set up an appointment to discuss the issues directly with me rather than going around to others and venting your frustration.

I am confident that we can find a way to cultivate a better relationship. I am looking forward to talking more with you about this on Monday.

Kathy

# EXHIBIT "19"

10/19/06   R

Diane Rozetsky

I told Diane "she does it too" - the same in your four behaviors,

_went after Lori - spoke to Kathy. Kathy called_
_- so I didn't have time to - Diane into her office_
they spoke   _Krista to schedule time_
for Krista.   _sends K e-mails, K ignores_
only lets   _them_
her reps stick their nose in her door (not the secretary)

Krista put pressure on _her_ to finish
something for Kathy that Kathy said
she didn't need

Tell Kathy
I can't do
to you -   "I can't do anything right for you"
Plus like
- come in early etc.
Ron -
to you -   - Trying too hard? - K - maybe you
are trying too hard

- but you never worked at
this database I took _mes_
to build.

- Kathy can't be coming down on
folks who go to others for help.
                              (re the open position)
go to Kathy Angeluce - so I did & Kathy
told me not to

Diane made an appt to see Kathy
this coming Monday (10/23)

Afraid Kathy won't promote her
because she (Diane) is upset

they stressing out all over the place

"am I talking you too nervously
Kathy" (re Kathy's instructions)
- Chris told her (Diane) she

## Suzanne Williams

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Friday, October 20, 2006 8:49 AM |
| **To:** | Barbara Davidson |
| **Subject:** | Your opinion |
| **Attachments:** | Sept2006.doc; RE: Job Application |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Barbara Davidson | Read: 10/26/2006 2:12 PM |

Hi Barbara,

Thanks for taking the time to talk with me yesterday.

I would like your expert opinion on what you may think of my skills and education as far as the Case Developer position is concerned. I have attached my updated resume..

Kathy sent a follow-up letter to me from my meeting wither her yesterday. It wasn't too bad. However, we have very different ideas of what a "team player" is..I replied to her that maybe instead of ignoring my work, that the five of us (Kathy A., Kieran, Krista included) could have gotten together again, and *together* decided which of the three script versions would be best- and maybe merged some of them together- instead her just putting in her own version. We will see how that comment goes over.

She is still intent on just moving me into a lateral position. I see that as a maneuver to not encourage anymore creative thinking, and to lessen my motivation towards excellence. She also insists that Kathy Angelucci is doing the hiring for the Test Development Associate position- but there is no way that Kathy A. does anything on her own(I am attaching the e-mail from Kathy A. when I asked about the position). Kathy H. lets people go through the motions, but has all these people here are too intimidated to do any free thinking- not as long as she controls their livelihoods. There is just a general feeling here of duress.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone: 215-590-9643*
*Fax: 215-590-9441*
*email: drosetsky@nbme.org*

#BME 001635

# EXHIBIT "20"

## Lori Bacon

| | |
|---|---|
| **From:** | Kathy Holtzman |
| **Sent:** | Thursday, October 26, 2006 10:36 PM |
| **To:** | Lori Bacon |
| **Cc:** | Barbara Davidson |
| **Subject:** | RE: hr issue |

Thanks, Lori. I think you know how much I always appreciate your insights. It is nice to have someone to bounce off ideas. Yes, I plan to tell Diane that I will work on developing a "development plan." I also like the sandwich idea. Hopefully she will let me get a word in edgewise.

Barbara, if you have ideas, please send them to me. I planned to take a day off tomorrow but will be in by noon and have a 2 pm meeting with Diane.

Thank you.

---

**From:** Lori Bacon
**Sent:** Thu 10/26/2006 10:25 PM
**To:** Kathy Holtzman
**Cc:** Barbara Davidson
**Subject:** RE: hr issue

Hi Kathy,
Thanks so much for sharing this with me. I think this looks like a good outline. For each point, you'll want to be able to give her the specific behavior you witnessed that created a problem. Be as specific as possible so she'll know what to work on. You might also want to try the "sandwich" approach. Start with something positive, discuss the problem, then give another positive comment (something you like that she does, something she does well). What I like about this is that you won't put her on the defensive right away, and she won't feel so "beat up" with just what she's doing wrong.

You might want to add in or plan for an open-ended question like, What are her suggestions for improving the working relationship between the two of you? What does she think she could do differently? What would she like you to do differently?

I think one of the many things I admire about you is your ability to admit to mistakes and be accountable for your actions. I know in our discussion Tuesday, that came across loud and clear that you knew you weren't perfect in these situations - make sure you deliver that same message to her. I think it's important for her to hear.

I know Barbara has some thoughts on the situation with Diane. She may have some additional insight/different insight that might be helpful prior to the meeting. Barbara will be in tomorrow (Friday) if you want to give her a call.

Thanks again for sharing this with me. I'm hopeful for a positive outcome.
Lori

---

**From:** Kathy Holtzman
**Sent:** Thu 10/26/2006 4:56 PM
**To:** Lori Bacon
**Subject:** hr issue

HI lori,

Here's what I plan to emphasize in my discussion with Diane:

    Communicate positively at all times as a steward of NBME core values behaviors.
    Direct all questions about projects to the project manager unless otherwise specified.
    Compile questions to address at routinely scheduled meetings, but no more frequently than once daily.
    Focus on task at hand and not tangential information unrelated to project.
    When issues arise, do not confront other staff. Discuss issues directly with project manager.
    Approach tasks with a team-oriented mindset by accepting feedback/revision of work without personalizing it.

In addition, I will be giving her specific projects to work on with others where there are clear deadlines. It will give her an opportunity to work with others and try out some of the strategies.

What do you think.

1/25/2007

## Suzanne Williams

**From:**     Kathy Holtzman
**Sent:**     Thursday, October 26, 2006 5:24 PM
**To:**       Diane Rosetsky
**Subject:** meeting on Friday

Diane,

I would like for the two of us to meet on Friday at 2 pm to discuss how to move forward given the emails and discussions over the past week. Please come to the meeting prepared to discuss positive approaches to project and problem resolution so that we can create better communication and interactions. Thank you.

NBME 000179

# EXHIBIT "21"

## Suzanne Williams

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Tuesday, October 24, 2006 11:54 AM |
| **To:** | 'Brock, Renee (Reading)' |

**Subject:** RE: Sparring

Well- will see if they finally drop a house on her (my boss). Meanwhile, the editing of this tutorial that she took away fro me- and claims she never told me to do- I just looked at it. She gave it to her mini-me- who is just using most of my stuf and calling it her own. Whatever she changed is terrible- prolix as they used to say at Penn- neither one of them can write. If you have to read something three times to understand it- then it sucks.

---

**From:** Brock, Renee (Reading) [mailto:p0003108@WorleyParsons.com]
**Sent:** Tuesday, October 24, 2006 11:42 AM
**To:** Diane Rosetsky
**Subject:** RE: Sparring

I suspect that women are harder to work for than men, with the exception of my last boss who was male but also a total Jordanian asshole. I never worked for a woman in all these years except for the one school year that I was a special ed aide. Maybe you should try to get into consulting with the database work. That way you can work from home and just ge paid enough to pay for medical insurance and other stuff that you get being an employee. I'm sure there are also consulting firms that you can work through as well if you don't want the hassle of trying to find the work yourself. My IT person from my previous job is going to do that.

**Renée B. Brock**
**Counsel**
**WorleyParsons Group Inc.**
2675 Morgantown Road
Reading, PA 19607
Phone: 610-855-2662
Cell: 610-969-8352
Fax: 610-855-2437
e-mail: renee.brock@WorleyParsons.com

---

**From:** Diane Rosetsky [mailto:DRosetsky@NBME.org]
**Sent:** Tuesday, October 24, 2006 8:51 AM
**To:** Brock, Renee (Reading)
**Subject:** Sparring

Well, the shit hit the fan yesterday. My "Boss" sent me an e-mail full of crap- and I sent one back (about 500 words) that basically I wasn't going to take her derisive comments and condescending assignments anymore.

I had a prescheduled meeting that afternoon, and I walked in and asked if we still had the meeting. She said she really didn't have anything to say, and that I should not have used the e-mail to voice my feelings- and that I was disrespectful.

Ha! She then came out and addressed the issue of the databasea that had taken me six months to build- that I was to work with her assistant and fine tune it.

I have never felt so good in my life- I had nothing left to lose once she said mayb I should start looking for another job. Hey- I'm not going anywhere! I spoke to one of the Senior Management- and they are aware of the problems she is causing here- there have been many complaints. I should have done this when I was at Penn- I just send all my communications with her to HR.

NBME001611

# EXHIBIT "22"

**From:** Kathy Holtzman
**Sent:** Thu 10/26/2006 10:50 PM
**To:** Diane Rosetsky
**Cc:** Dave Swanson; Faith Balsama; Krista Allbee
**Subject:** FW: Access database project

Hi Diane,

I would like you to focus your time on two projects over the next couple of weeks. The first is the project outlined below in the email from Kirsta (with two attachments above) and the second is the item data base that you have been working on for some time. In regard to the second project, I would like you to work with Faith to do "user testing" to see what needs to be adjusted, if anything.

In terms of priority, I would like you to start with the item data base project. Last Friday (10/20/06), I asked you to enter in the data base all item numbers that we had uniquely assigned to "bad" items and to develop instructions for how to use your data base. Please send me the instructions by end of day tomorrow. I would like you to work with Faith during the next week to test out your data base. As you know, Faith would be a prime user of this type of data base. I think it would be a good idea to send her the instructions (after I review them) and see how easy it is for her to use the data base. This will give us a lot of information about what, if anything, needs to be  changed. I would like the testing to be complete by next Friday, 10/27/06.  Faith, please schedule a meeting for you, Diane and me for 2:30 to 3:00 tomorrow.

In addition, I would like you to begin setting up for the project outlined below in the email from Krista. Please work directly with Krista to set up this project as well as keeping her informed on progress. I believe she is targeting this to be done within two weeks. I would like a progress report on this on 10/27 and 10/3. Krista will be in charge of developing the overal time line.

Finally, please give me an update (written report) of where you are with data base you have been working on with Connie Murray. I know that Connie is quite pleased with the work you have been doing but would like to see things moving a little faster. (Please do NOT work on this right now....we will schedule this in later after you complete the projects above.)I would like this report by next Friday as well.

Please let me know if you have any questions or concerns.

Thank you.

---

**From:** Krista Allbee
**Sent:** Wed 10/25/2006 12:53 PM
**To:** Kathy Holtzman
**Subject:** Access database project

Kathy,

As you know, Dave requested that we compile reviewer comments about individual items for the subject exams. So far, we have placed the information in excel files (see attached samples). However, an access database is really the best means to store and analyze the data. I am hoping that we can tap Diane's extensive expertise with Access to achieve this goal. Katie Kapson is the project lead on the Step 2 team and Diane should work through Katie for information to get started and to answer any questions throughout the project. We would like to get moving on this; it would be ideal if Katie, Diane, and I could meet to discuss particulars later next week after I return from Seattle.

Thanks,
Krista

NBME 000185

1/26/2007

# EXHIBIT "23"

**Suzanne Williams**

| | |
|---|---|
| **From:** | Kathy Holtzman |
| **Sent:** | Monday, October 30, 2006 6:36 PM |
| **To:** | Diane Rosetsky |
| **Subject:** | RE: Update: Access database project |

Diane,

All I really want in terms of the Connie project is a status update. My vision of this is for you to write a brief report of the work you have done so far and what still needs to be done. It would be nice if you could also outline the purpose of the data base and the projected date of completion. It was not my intent for you to finish this or do any additional work other than the write up.

In terms of the IWW database, I really think it will be good to get some user input from Faith. Some simple instructions (with maybe a few screen caps) was what I had in mind. I agree that the database will need some tweaking and don't wa you to to think that you have to get it to a "near-ready" state before she takes a look. I do want Faith to have the opportunity to try it out this week.

Finally, please keep a record of what you are working on each day and send me the list each Friday. It would be good to see how much time these projects are taking.

In regard to the         work, please let me know how much time was required to prepare the assignments (and be sure to charge the         program for the time). It would be great if you could write some documentation about what you did so that one of Jean's team members could run it next time.

Thanks.

**From:** Diane Rosetsky
**Sent:** Mon 10/30/2006 2:37 PM
**To:** Kathy Holtzman
**Subject:** RE: Update: Access database project

Well- even if I had nothing else to work on- Connie's project would have taken longer than one month.  There is a version of it on I:\TestDev\Prometrics-

As far as documentation for the IWW database- it's going to take longer than one day- You just asked me for it last week- and I have been helping Jean with the    :    mailing.  After having no user feedback on it ever- it's definitely going to need plenty of tweaking.

**From:** Kathy Holtzman
**Sent:** Monday, October 30, 2006 12:53 PM
**To:** Diane Rosetsky
**Subject:** Update: Access database project
**Importance:** High

Hi Diane,

Please send me the documentation today that Faith will use to try out your data base along with the status update for the project with Connie.  Thanks.

NBME 000184

1/26/2007

# Kathy Holtzman

**From:**   Diane Rosetsky
**Sent:**   Tuesday, October 31, 2006 3:01 PM
**To:**   Kathy Holtzman
**Subject:** RE: ASH

I'm just trying to remind you of the nature of the beast...you can try to do the same thing twice  on a computer. One time it may take you 5 minutes- the next time an hour.  So when you ask me to keep track of time- or why it took me five days to do something- the next time it may take me only three days.  Don't expect consistency when it comes to using developer tools.  That's all I'm getting at.

**From:** Kathy Holtzman
**Sent:** Tuesday, October 31, 2006 1:57 PM
**To:** Diane Rosetsky
**Subject:** RE: ASH

I am not sure what you are getting at. My purpose for this request is to keep track of the time we spend on developmental projects. It is good to know the amount of time spent on a project so that we can use the information to make decisions about whether to continue development and/or projecyt time required for development of similar projects in the future.  Thank you.

**From:** Diane Rosetsky
**Sent:** Tue 10/31/2006 1:19 PM
**To:** Kathy Holtzman
**Subject:** RE: ASH

Just remember all the times you have called me into your office for tech help- and said to me (quote/unquote) "Why is it that you go to do something on the computer that should take 10 seconds- and it winds up taking an hour....?"  And there is always the domino effect when you change something in a database.

**From:** Kathy Holtzman
**Sent:** Tuesday, October 31, 2006 11:46 AM
**To:** Diane Rosetsky
**Subject:** RE: ASH

Diane,

I realize that these type of projects take a long time. I would simply like you to record the time you are spending on each on a daily basis. Please send me the list of time spent by project by day every Friday before you leave. In the meantime, I think we will want to start charging specific accounts for the projects where possible. Connie will give you a number to use to charge your time for the Prometric data base project. Thanks.

**From:** Diane Rosetsky
**Sent:** Tue 10/31/2006 11:37 AM
**To:** Kathy Holtzman
**Subject:** RE: ASH

If you have any doubts as to how much time these things take, you are welcome to contact our resident MS Access expert- Debbie Brown.

BME 002697

**From:** Kathy Holtzman
**Sent:** Tuesday, October 31, 2006 10:15 AM
**To:** Diane Rosetsky
**Subject:** RE: ASH

Diane, from here on out please account for you time on a daily basis by project. It seems to me that 5 days is a lot of time to spend on this. It is definitely worth exploring whether you make it simple so that users can export to word and then reformat.

---

**From:** Diane Rosetsky
**Sent:** Tue 10/31/2006 9:01 AM
**To:** Kathy Holtzman
**Subject:** ASH

ASH:

2-3 days:  Initial re-designing of the previous tool (importing new graphics, building the new option set, loading the pre-registered participants, conforming the tables and data etc.)

1-2 days:  Re-ordering the option set (at the request of the client)  and then re-aligning the graphics took about another one to two days.  .

1- 2 days-  Printing out the variable letters- I also printed out and collated the enclosures, gathered the fedex materials (return envelopes, CDs, labels, etc.  .)   I also was missing some contact info and had to e-mail some of the recipients..

After several attempts to do the labels (including having to wait for Shipping and Receiving to add the accounting code to the Fedex billing database, and requests from you about the databases), I decided to ask Jean if one of her people could finish the online fedex labels- and let me know if they need help with the further collating of the materials for the mailing. I think this may be done today.

So I figure I spent maybe a 5- 6 days on this. It's hard to tell -since I sometimes get interrupted.

As far as one of Jean's people doing this- they probably would not be comfortable doing it the same way.  I went through MS Access.  But I could export a chart in o Excel and they could just do a variable letter through MS Word.

*Diane Rosetsky*
*Test Development*
*National Board of Medical Examiners*
*Phone:  215-590-9643*
*Fax:  215-590-9441*
*email:  drosetsky@nbme.org*

NBME 002698

**From:**   Kathy Holtzman
**Sent:**   Sunday, November 19, 2006 10:14 PM
**To:**     Diane Rosetsky
**Cc:**     Barbara Davidson
**Subject:** time sheet for week beginning 11/13

Diane,

I was surprised to see that you had not submitted in hard or electronic format a breakdown of your hours worked this week (by project by day) before you left on Friday, November 17. As we have discussed numerous times over the past month, you are required to provide me with this report each Friday BEFORE you leave. Please send this to me first thing on Monday morning. Thank you.

■BME001546

11/20/2006

EXHIBIT "24"

## Barbara Davidson

| | |
|---|---|
| **From:** | Kathy Holtzman |
| **Sent:** | Sunday, November 05, 2006 9:53 PM |
| **To:** | Barbara Davidson |
| **Cc:** | Lori Bacon |
| **Subject:** | our meeting on Monday |

**Attachments:** dr.doc_061106.doc

Hi Barbara,

I wanted to send you some documentation to read prior to our meeting (see attached). I would appreciate it if you (and Lori) would read through it to see if you see any common themes. I hear what you are saying and very much appreciate your advice but I am truly worried that we are empowering Diane by letting her have too much of an impact over a single event with me that she perceives as negative.

I am also concerned because Diane continues to disregard my requests for additional information about what she is working on and how she is charging time. She seems to want to develop projects according to her own instincts and doesn't much appreciate it if others don't agree. (I would like suggestions on dealing with this--see below).

As far as our meeting with Diane on Tuesday, I am planning on opening the meeting with Lori's suggested question: What are your suggestions for improving our working relationship? After that (and based on her answer, I need to address the following points: 1) organizaiton knowledge and teamwork. My strategy would be to point out that her work is excellent and how much I value the database she developed for use at client workshops as well as her willingness to follow the project through and work on getting out the mailings However, she needs to realize that the utility is low for this database and we will not want to invest unlimited resources into the projects. Her idea for a internet application is a good one but not practical for client projects since we cannot control the input. In the future I would like her to develop a project outline that includes a purpose, design plan, time estimated for completion and key points where feedback will be needed. I will be responsible for assigning a team leader to work on the project with her as well as to provide timely feedback.

2) Positive communication and accepting responsibility: (despite my request that she immediately stop discussing events between he two of us with staff in the unit, this has continued.) My strategy here will be to start by telling her that I appreciate that sometimes she finds herself in a frustrating position because she is working on projects that are not of an urgent nature and that this sometimes means that there is little time left to provide feedback. I will then point out that this does not mean that she should tell everyone on the floor about her situation and how poorly she is treated. Instead, she should make an appointment to see me -- it doesn't work to y to just catch me as I am going from one meeting to another. If this doesn't work, she should feel free to talk with Dave or HR. In ddition, she needs to let me help her set her priorities. Dropping me a note asking which should I do ? This or This? would be a ood stategy. Also, if a problem comes up address it with me or the project manager.

have asked her to document the amount of time she spends on each project each day and send me a weekly summary on Fridays fter a series of at least 3 replies to my requests, she still has not done this. I have also asked her to do status reports and this has een disregarded. I am not sure how to frame this but I definitely think it should be addressed.

am looking forward to meeting with you and getting input into what you think will be the best strategy for the meeting on Tuesday. I n more than willing to work with Diane including giving her more structure and feedback about her work but I am increasingly ncerned that her behavior. I think we need to convey the message that it is not acceptable.

NBME 001601