IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE ROSETSKY | CIVIL ACTION |
| Plaintiff, | No. 07-cv-3167 |
| v. | |
| | Honorable Stewart Dalzell, J. |
| NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA, INC. | |
| Defendant. | |

## ORDER

AND NOW, this         day of              , 2007, upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's Response thereto, it is hereby ORDERED and DECREED that the motion is DENIED in its entirety.

BY THE COURT:

_____
Hon. Stewart Dalzell, J.