# Exhibit "B"





 **Units: Human Resources**                Printer Friendly Version

## Position Editing Administration

| | |
|---|---|
| **Title:** | Test Development Associate I |
| **Unit:** | **P/S-Test Development** <br> Please Select Unit |
| **Supervisor:** | Kathy Holtzman |
| **Salary Range:** | **TBD** <br> ---- |
| **Position Type:** | **Temporary Full Time** <br> ------------------- |
| **Date Posted:** | 8/24/2005 |
| **Ad End Date:** | |
| **Tracking #:** | |
| **Initials:** | MF |
| **Direct Reports:** | 0 |
| **Indirect Reports:** | 0 |
| **Supervisor Position:** | **No** <br> ○ Yes  ● No |
| **Position Summary:** | |

**Primary duties include but are not limited to:**   [Edit Primary Duties]

☐ Do not display Primary Duties outside.

- Creates, updates, and/or disseminates documentation for new and existing technological procedures and routines; includes direct user support and training.
- Designs and incorporates interactive help features including wizards (smart guides), help screens, FAQ's, and tips and tricks making applications more user friendly.
- Assists with examination production of assigned programs: translation of items for international examinations, CBT and web-based examinations, ATA, resources files, paper and pencil publishing, and pictorial production.
- Work with staff across units to create and disseminate TD program plans.
- Assists in cataloging multimedia for use in test questions.
- Assists in creating and cataloging slides for presentations and workshops.
- Assist with other duties as assigned.

**Key deliverables include but are not limited:**   [Edit Key Deliverable]

☑ Do not display Key Deliverables outside.

*There is no data for Key Deliverables*

NBME  000949

**Requirements include but not limited to:** [Edit Requirements]

☐ Do not display Requirements outside.

- Bachelor's degree
- Five years experience working in a technical environment, including working with multi-media.
- Familiarity with other computer languages (e.g., XML, HTML).
- Must have experience with software applications including text processing (e.g., Word, EPIC, XMLSPY) and multi-media development, manipulation, and presentation (E.g., Adobe Acrobat, Photoshop, Dreamweaver, and Flash).
- Excellent interpersonal, organizational, and communication skills including the ability to "translate" technical information.
- Strong writing skills.
- Ability to handle multiple tasks and deadlines simultaneously.
- Knowledge of test development helpful.
- Strong attention to detail and problem solving skills.
- Ability to learn and apply new technology quickly.

**Additional Notes/Comments:**

*Please Use* **Save_Position Button** *To Save Position Information*

☑ Ready to be posted.

☐ Should this be posted internally only?

☐ Is outside posting date the same as inside? **(must be checked each time if "yes")**

[Save Position]

NBME 000950