# Exhibit "D"

## Diane Rosetsky

**From:** "Diane Rosetsky" <DRosetsky@NBME.org>
**To:** <diane1120@comcast.net>
**Sent:** Wednesday, November 22, 2006 9:45 AM
**Subject:** FW: Immaturity

---

**From:** Kathy Holtzman
**Sent:** Tuesday, April 11, 2006 10:58 PM
**To:** Diane Rosetsky
**Subject:** RE: Immaturity
**Importance:** High

I am having a hard time opening some emails. Is the one you are referring to Project Server Support? I will be home tomorrow and will call you on Wednesday. Just sit tight, okay? That means don't walk around discussing this with others and for now, don't get Dave involved. We may need to do that ultimately, but I would like for the two of us to strategize first, okay?

Hope you have a delicious and good Seder.

---

**From:** Diane Rosetsky
**Sent:** Tue 4/11/2006 9:29 PM
**To:** Kathy Holtzman
**Subject:** Immaturity

After reading this e-mail that I sent to you from Erik Sojka, it is obvious his decisions were based solely on not liking to be told what to do- whether or not he is wrong. I have to wonder if Joe Crick is a more secure administrator and interested in doing the right thing, instead of trying to just ook like he is in charge.

Erik totally avoided explaining his reasons for his answer, and does appear to understand the structure of Active Directory. Or if he does, he was too rude to be bothered composing an explanation.

That was a really juvenile and nauseating e-mail as far as I am concerned.