# Exhibit "E"



**Diane Rosetsky**

**From:** "Diane Rosetsky" <DRosetsky@NBME.org>
**To:** <diane1120@comcast.net>
**Sent:** Wednesday, November 08, 2006 2:59 PM
**Attach:** RE_ Flex B video screens.eml; RE_ More Demo Files.eml; RE_ More Demo Files.eml
**Subject:** FW: Follow-up to our discussion

---

**From:** Diane Rosetsky
**Sent:** Monday, October 23, 2006 12:37 PM
**To:** Barbara Davidson
**Subject:** FW: Follow-up to our discussion

I am sending this to you so you will not what continues to transpire up here. This letter by me is in response to a letter sent *{below)* by Kathy- to me, on Monday morning. I really felt it was time to confront my treatment here- because at this point I feel I have nothing to lose. I have learned in the past, that if I do not speak up now it will only get worse.

---

**From:** Diane Rosetsky
**Sent:** Monday, October 23, 2006 11:25 AM
**To:** Kathy Holtzman
**Subject:** RE: Follow-up to our discussion

Kathy,
I have attached some of the e-mails between Krista and I - regarding the editing of the demos. They clearly show we were on the same page. The e-mail you referenced below was sent on the 15th of October- after I had already edited the demos. (A little late to try to clarify instructions). As I said before, I never expected you to use them without changes, however, you completely ignored them. I still think that they were skillfully and professionally done. But I don't' think this is the real issue here.
The real issue is– that I have reviewed most of the e-mails between you and I over the last year. They primarily consist of your requests to me to: print out files and put them on your chair, xerox articles and put them in your office, cut and paste in various word files, to file or keep track of various documents, and punching holes in final reports.
None of the assignments have been appropriate for my skills, education and technological background- and frankly, have been insulting. The only worthwhile tasks are those that I created myself-such as when asked to "organize" the workshop slides. I produced an Access database ( which I have yet to complete due to your lack of feedback), to decrease the amount of time needed to prepare for your Item Writing Workshops.
I learned MS Project, Endnote and the use of Quark- to assist you in the efficiency of this office. Of course there is also the MS Access digitial registration databases (which should be integrated to a web page as I tried to explain before), to save physicians from the tedious task of filling out paperwork at the item harvesting locations. This is what I believe Dr. Melnick's PEP program is about.. but I feel that these endeavors and my ambition to use the technology, have resulted in your feeling intimidated by me, and that you have made every attempt to suppress any advancement I may have deserved in this department.
In your failure to acknowlege my capabilities, I have felt very frustrated for the last several months. I showed my resume to Krista and Kathy Angelucci, hoping that I could move into the Test Development Associate position that was opened. For this you insulted me, insisting I was "bragging" about how smart I was, that I had a Master's degree and formal computer training, etc. Maybe you do have a problem with my advanced education and skills. As far as your insistence that Kathy Angelucci does the hiring, the e-mail that I attached from her last time shows clearly, as everyone knows, that you control everything that happens in this department.
I only had the best of intentions in working for you. And you are obviously aware of your shortcomings, because during my initial interview, one of my salient memories is of you stating that "you needed someone who is not insulted easily." The more reliable I was, the more disrespectful you became to me. I came in early or on time,

took work home to complete when you did not allow for enough time to produce a quality product, and I did the trivial tasks you gave to me without complaint. I also did not complain when you very loudly, several times, told me not to talk to Dave. I am not sure of the purpose of this- but it was most unprofessional.
I put up with all of this, but expected to be rewarded and compensated for my hard work. It became clear that this was not going to be the case when you made clear you feel that I was not right for the Associate position, and that any move would be in another assistant position.
My only objective was and is, to be an asset to the National Board. I have a clear conscience, that I have done nothing but work to exceed what was expected of me, and have done my best to be an asset to this organization during my employment here.

Diane

---

**From:** Kathy Holtzman
**Sent:** Sunday, October 22, 2006 9:11 PM
**To:** Diane Rosetsky
**Subject:** RE: Follow-up to our discussion

Hi Diane,

It seems to me that you have misconstrued your role in this project. As we discussed at our meeting last week (and at the initial meeting with you, Kathy A, Krista, and Kieran), your role in this project was and is to provide support for the team. It was never my intention for you to play a lead role on this project. I was actually hoping that you could streamline the correction process by doing the cut and paste work after Krista, Kathy, and I edited the video text to make it easier for Kieran to finalize the product. However, when you, Krista and I met after the meeting, you seemed to have the impression that you would be doing the editing rather than the cut and paste work. I was surprised, but you presented a good case about your background in this area and it seemed reasonable to let you try your hand at this--particularly considering how quickly we needed to move forward. As I said in my last email, I viewed it as a good opportunity for you to learn about an important new product and see how you could do with the editing. No matter who did the initial editing, I was going to have to look through the work and make the final decisions about wording.

We met one time to review a few pages that you had edited and give you additional direction. It was my expectation that you would complete the work section by section within the two major steps and send me each section electronically as it was done to confirm that you were going in the right direction. Unfortunately, you decided to do the full project in pencil (rather than doing it electronically and getting feedback as you edited) and then found yourself in the position of not being able to meet the tight timeline. You were of course disappointed when we wanted it to go in a different direction and didn't have time to have an iterative process with you. I am sorry that I did not do a better job of communicating expectations.

Diane, my idea of teamwork is doing whatever is necessary to get a project done. I work up and down on a project depending on what needs to be done and that is what I expect of others--that includes xeroxing and preparing Fed Ex materials to send to Krista as well as cutting and pasting. I do not think it is a good use of anyone's time to sit around a table to collaborate over the best wording for these screens. If we did that, we would not be done for several months. As I said in my email (pasted below), I am more than willing to sit down and go over any questions you have in regard to technical writing/editing. Please be sure to bring you questions to our meeting tomorrow.

**From:** Kathy Holtzman
**Sent:** Sun 10/15/2006 10:46 PM
**To:** Kathy Angelucci; Kieran Hussie; Diane Rosetsky; Krista Allbee
**Subject:** finalizing the video help screens for FB

I looked through the screens for two of the sections under Step 1 (Defining the Exam and Navigating the Content Hierarchy). The final wording that I would like to use is attached.

Diane, I would like you to start at screen 1 and copy and paste my versions into the notes section. Green text are questions for Kieran/Kathy and you will need to ignore those UNTIL we hear from Kieran or Kathy. If you have any questions about anything, please ask Kathy (although I would prefer to defer any discussions of issues related to proper technical writing until later in the week--please mark any concerns you have and we will discuss them on Thursday or Friday). For now, we need to move forward and that means I want all of the text updated by the end of the morning and than proofed ASAP (PEG--please put this on the list for the proofreaders). I want both sections completely finished by the end of the day. Diane, please send me electronic copy of the remaining sections that you have completed.

Kieran/Kathy: questions for the two of you are in green text. Please read them and make a decision before noon tomorrow so that everything can come together. Kieran, I know we have the NBE stuff tomorrow but we have to get this done.

I will look hopefully finish the remaining sections of Step 1 tomorrow night and then we can complete that on Tuesday.

Thanks to everyone for working so hard on this project.

Kathy

---

**From:** Diane Rosetsky
**Sent:** Fri 10/20/2006 8:27 AM
**To:** Kathy Holtzman
**Subject:** RE: Follow-up to our discussion

Thank you for the feedback. I think much of this would not have happened if we had more interaction, and I was able to discuss my work with you. But I felt uncomfortable coming to you at that point. Even though you mentioned that my actions were not conducive to teamwork, I feel that if instead of just e-mailing changes to me, and basically ignoring what I had done, that you could have called me in, along with the other members of this team (ie. Kathy A., Krista, Kieran), and we could have gone over all of the versions and discussed together what should be the final version. Maybe some of the versions could have been merged, or maybe yours were the best. But at least it would have been more of a team effort, and I would have appreciated the feedback to learn what style is expected. There is no right and wrong way to do these things, writing is completely subjective- like an oil painting. Some people might find one painting easy to understand, others might find it too abstract and meaningless.

That's my idea of teamwork anyway. As a matter of fact, Kathy A. told me on Monday morning that she was looking for me on Friday before I left, to tell me not to put so much into the editing- because from her experience it would be changed anyway.

The key here is communication-and treating everyone equal. Don't pet the chimpanzee on the head.

---

**From:** Kathy Holtzman
**Sent:** Thursday, October 19, 2006 11:14 PM
**To:** Diane Rosetsky
**Subject:** Follow-up to our discussion

Hi Diane,

I wanted to follow up to confirm that you now understand that you do not need a supervisor's permission to apply for another position within the NBME. Based on our conversation this afternoon, you misread the on-line documentation and believed that you required my permission to apply for the TD Associate I position reporting to Kathy Angelucci. We also agreed that I did not request that you not apply but rather indicated that I was hopeful

that Kathy's unit would be restructured and that you would be able to make a lateral move to her unit and gain additional experience in regard to our new developments. Regardless, it is your decision to apply or not apply, and Kathy Angelucci's decision about whom to hire.

As we discussed, I appreciate all of the work that you did on editing of the video demo for the Customized Assessment program. I know from personal experience how hard it is to deal with having others change your work after you have put so much of your heart and soul into it but encourage you to view this as a development opportunity--you had the opportunity to learn more about what this exciting new program is all about as well as to test your skills. As I noted in my email to you about the changes required, I would be happy to sit down with you and go over any questions you have about what I changed and why. Please feel free to schedule an appointment to do this.

Finally, I want to reiterate what we discussed in regard to professionalism today and several months ago. It is my expectation that you will be discreet and not share information with others in regard to our interactions or those your observe because you sit directly outside my office. I was quite disappointed to hear from you that you asked several editors to compare the work you had done with my revised version to get their opinion about which was better. Diane, if you have questions or concerns you need to set up an appointment to discuss the issues directly with me rather than going around to others and venting your frustration.

I am confident that we can find a way to cultivate a better relationship. I am looking forward to talking more with you about this on Monday.

Kathy