# Exhibit "F"

**From:** Kathy Holtzman
**Sent:** Thu 10/26/2006 10:50 PM
**To:** Diane Rosetsky
**Cc:** Dave Swanson; Faith Balsama; Krista Allbee
**Subject:** FW: Access database project

Hi Diane,

I would like you to focus your time on two projects over the next couple of weeks. The first is the project outlined below in the email from Kirsta (with two attachments above) and the second is the item data base that you have been working on for some time. In regard to the second project, I would like you to work with Faith to do "user testing" to see what needs to be adjusted, if anything.

In terms of priority, I would like you to start with the item data base project. Last Friday (10/20/06), I asked you to enter into the data base all item numbers that we had uniquely assinged to "bad" items and to develop instructions for how to use your data base. Please send me the instructions by end of day tomorrow. I would like you to work with Faith during the next week to test out your data base. As you know, Faith would be a prime user of this type of data base. I think it would be a good idea to send her the instructions (after I review them) and see how easy it is for her to use the data base. This will give us a lot of information about what, if anything, needs to be changed. I would like the testing to be complete by next Friday, 10/27/06. Faith, please schedule a meeting for you, Diane and me for 2:30 to 3:00 tomorrow.

In addition, I would like you to begin setting up for the project outlined below in the email from Krista. Please work directly with Krista to set up this project as well as keeping her informed on progress. I believe she is targeting this to be done within two weeks. I would like a progress report on this on 10/27 and 10/3. Krista will be in charge of developing the overall time line.

Finally, please give me an update (written report) of where you are with data base you have been working on with Connie Murray. I know that Connie is quite pleased with the work you have been doing but would like to see things moving a little faster. (Please do NOT work on this right now....we will schedule this in later after you complete the projects above.)I would like this report by next Friday as well.

Please let me know if you have any questions or concerns.

Thank you.

---

**From:** Krista Allbee
**Sent:** Wed 10/25/2006 12:53 PM
**To:** Kathy Holtzman
**Subject:** Access database project

Kathy,

As you know, Dave requested that we compile reviewer comments about individual items for the subject exams. So far, we have placed the information in excel files (see attached samples). However, an access database is really the best means to store and analyze the data. I am hoping that we can tap Diane's extensive expertise with Access to achieve this goal. Katie Kapson is the project lead on the Step 2 team and Diane should work through Katie for information to get started and to answer any questions throughout the project. We would like to get moving on this; it would be ideal if Katie, Diane, and I could meet to discuss particulars later next week after I return from Seattle.

Thanks,
Krista

NBME 000185

1/26/2007