# Exhibit "G"

**Barbara Davidson**

**From:** Diane Rosetsky
**Sent:** Thursday, November 09, 2006 3:11 PM
**To:** Barbara Davidson
**Subject:** RE: A step above

I have been doing my work- she has been interrupting me since this all started with lengthy e-mails- and requests for project plans for things that I have already completed or am in the midst of- which she ignored the whole year. She is also wasting my time with charts so she can make pretend I'm on some sort of disciplinary action. Kathy has no business evaluating my performance- since she doesn't know how hard I have worked and has been disrespectful to me.

---

**From:** Barbara Davidson
**Sent:** Thursday, November 09, 2006 3:05 PM
**To:** Diane Rosetsky
**Subject:** RE: A step above

Diane,

In the meantime, PLEASE concentrate on getting your work done. You seem to be spending too much time focusing on this conflict

Barbara

---

**From:** Diane Rosetsky
**Sent:** Thursday, November 09, 2006 2:56 PM
**To:** Barbara Davidson
**Subject:** RE: A step above

Yes- we need to- she's coming up with all kinds of things to put pressure on me.

---

**From:** Barbara Davidson
**Sent:** Thursday, November 09, 2006 2:55 PM
**To:** Diane Rosetsky
**Subject:** RE: A step above

Hi Diane,

Sorry I haven't gotten back to you sooner. I've been in meetings and will be out Friday and Monday.

If we need to we can discuss further next week.

Thanks,

Barbara

---

**From:** Diane Rosetsky
**Sent:** Thursday, November 09, 2006 8:34 AM
**To:** Barbara Davidson
**Subject:** A step above

Is Ron Nungster aware of what is going on? At this point I have nothing to lose if you involve him. I can't allow this to go on as MY performance problem. There is no problem with my performance- it's Kathy's lack of people skills and willingness to say anything necessary to get her way. You saw it for yourself. There has to be some values that the NBME is willing to stand behind.

11/9/2006

NBME 000196

As far as me having to make a chart and account for my time minute by minute-I feel HR has to step in now-I am only required to [fil]l out my ERP- unless she can make a case that I have not been doing my job. This is retaliatory harrassment for my involving [yo]ur department.

Diane Rosetsky
Test Development
[N]ational Board of Medical Examiners
[Ph]one: 215-590-9643
Fax: 215-590-9441
[E]mail: drosetsky@nbme.org

NBME 000197

11/9/2006