# Exhibit "H"

Global Compliance.

# ALERTLINE CONFIDENTIAL MEMORANDUM

## THE INFORMATION CONTAINED IN THIS REPORT SHOULD BE HANDLED AS CONFIDENTIAL

| Report Number: | NBME-06-11-0001 | [NF2D] | Received By: | WEBALLEGATIONSUBMIT |
|---|---|---|---|---|

| Call Report Type: | WPA Initial Report | | Source: | Web Submission |
|---|---|---|---|---|
| Awareness Resource: | Intranet | | Duration: | 00:15:50 |
| Language Used: | English | | Reviewed By: | WEBALLEGATIONSUBMIT |

| Date/Time Call Received: | 9-Nov-2006 08:56 am | Eastern Time Zone |
|---|---|---|
| Call Back Date: | | |

Report Priority:    C

## WORKPLACE ALERT INITIAL REPORT

| Allegation | Class | Priority |
|---|---|---|
| Improper Employment or Disciplinary Action | Diversity, Equal Opportunity and Workplace Respect | C |

### Location Details

HQ
3750 Market Street
3750 Market Street
Philadelphia, Pennsylvania 19104
United States

| Party Type | Party Name | Party Job Title |
|---|---|---|
| Caller | Dr. Diane Rosetsky | Test Development Program Assistant |
| | Home Phone: 215 590-9643 | |
| Subject | Diane Rosetsky | Program Assistant |
| Subject | Kathy Holtzman | Senior Director of Test Develoment |

### Call Report Summary

Retaliation by my supervisor (Kathy Holtzman) for asking for mediation from the Human Resource department, involving my treatment and relationship with her.

### Call Report Details

**Report Number:**     NBME-06-11-0001

Client agrees and understands that Global Compliance neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report. Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.

Global Compliance.

# ALERTLINE CONFIDENTIAL MEMORANDUM
## THE INFORMATION CONTAINED IN THIS REPORT SHOULD BE HANDLED AS CONFIDENTIAL

I requested Barbara Davidson's (HR Director) help in resolving employment issues with Kathy Holtzman (my supervisor). After the meeting whereas Barbara mediated, Kathy proceeded to call my co-workers into her office to coerce them into making negative statements about me.

She then tried to turn a situation which involved her mistreatment of me, into a disciplinary action for me, telling me to "stay in my seat" and "not talk to anyone." She then instructed me to make a chart and give her minute to minute recording of what I do during the day. And that if I did not comply, she was going to issue a formal "Performance Plan" for me.

I have very conscientiously upheld all NBME values, especially striving for excellence in my work, being extremely creative and innnovate in trying to use our technology to improve office procedures with MS Access, specifically. My ethics and professional conduct with others is expressed in my consideration to everyone that I work with at all levels- whereas my direct supervisors have gone days without even saying good morning to me. (One of them even went months without acknowledging my presence.)

I have attempted through e-mails and office visits to communicate my progress on projects that I developed myself- but have been ignored by Kathy for close to a year now. Only being given minor clerical work to do, such as filing and printing- although my skills, practical experience and education warrant much better assignments than those. When asking to apply for a higher position, as was told by Kathy that I was not right for the job- and was discouraged from applying.

**Communications Specialist's Comments**

<None>

**Special Information Requested Of Caller**

Are you a salaried (exempt) or hourly (non-exempt) employee?

**Survey Questions**

**Responses**

Hourly (non-exempt)

**Responses**

**Report Number:**   NBME-06-11-0001

Client agrees and understands that Global Compliance neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report. Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.

Global Compliance.

# ALERTLINE CONFIDENTIAL MEMORANDUM
## THE INFORMATION CONTAINED IN THIS REPORT SHOULD BE HANDLED AS CONFIDENTIAL

| | | | | |
|---|---|---|---|---|
| **Report Number:** | NBME-06-11-0002 | [OQ5A] | **Received By:** | WEBALLEGATIONSUBMIT |
| **Call Report Type:** | WPA Initial Report | | **Source:** | Web Submission |
| **Awareness Resource:** | Intranet | | **Duration:** | 00:12:15 |
| **Language Used:** | English | | **Reviewed By:** | WEBALLEGATIONSUBMIT |

| | | |
|---|---|---|
| **Date/Time Call Received:** | 21-Nov-2006 02:38 pm | Eastern Time Zone |
| **Call Back Date:** | | |
| **Report Priority:** | C | |

## WORKPLACE ALERT INITIAL REPORT

| Allegation | Class | Priority |
|---|---|---|
| Workplace Retaliation or Retribution | Diversity, Equal Opportunity and Workplace Respect | C |

### Location Details

HQ
3750 Market Street
3750 Market Street
Philadelphia, Pennsylvania 19104
United States

| Party Type | Party Name | Party Job Title |
|---|---|---|
| Caller | Ms. Diane Rosetsky | Program Assistant |
| Home Phone: 215 590-9643 | | |
| Subject | Kathy Holtzman | Senior Director of Test Development |

### Call Report Summary

Kathy Holtzman has continually created a hostile work environment since I went down to human resources about problems with her.

### Call Report Details

**Report Number:**   NBME-06-11-0002

Client agrees and understands that Global Compliance neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report. Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.

Global Compliance.

# ALERTLINE CONFIDENTIAL MEMORANDUM

## THE INFORMATION CONTAINED IN THIS REPORT SHOULD BE HANDLED AS CONFIDENTIAL

I have had ongoing problems for the last month with Kathy Holtzman. It basically started when Krista Allbee asked me to edit something without Kathy's agreement. I spent days working on it- at which point when Kathy found out- she refused to look at my work. I had taken it home and worked on it- because Krista said it needed to be ready for Kathy by that Friday. I have multiple e-mails supporting this. Kathy claimed I never was told to work on it.

I also had suggested a position for the support of a Test Development Associate who was using Dreamweaver. Kathy told me I could take the in-house Dreaweaver course- which I did. When I asked about the position she told me I wasn't qualified.

Kathy continually is disrespectful to me to the point of making faces at me if I walk in her office- when her door is open. She has since told me that only her managers are allowed to walk in her office. She has not given me any work to do other than clerical work- which is way below my skill level-I believe to belittle me. She has showed resent at my attempts to be innovative for the department in developing Access databases where I saw they were needed. Kathy has made such comments to me in handing me clerical work and telling me to "do something useful for a change." She also required me to write an e-mail that I did not want to- about someone in another department- saying it was necessary to protect myself. Under duress- I wrote which she instructed me to write-(I have supporting e-mails for this).

My co-worker told me I should go down to HR- which I have done multiple times with no results. Finally, Kathy gave me a performance review which was very disturbing to me- to say the least. She has called my co-workers into her office and tried to get them to write down negative things about me. She instructs other not to talk to me- and has told me to "stay in my seat and not talk to anyone."

## Communications Specialist's Comments

<None>

## Special Information Requested Of Caller

Are you a salaried (exempt) or hourly (non-exempt) employee?

Responses

Hourly (non-exempt)

## Survey Questions

Responses

Report Number:    NBME-06-11-0002

Client agrees and understands that Global Compliance neither warrants, vouches for, nor authenticates the reliability of the allegations provided in this report. Client agrees that it shall have the sole responsibility for investigating or otherwise evaluating these allegations and other information provided and to comply with all local, state and federal laws pertaining to the investigation and protection of such information, as well as the protection of all rights of any person or persons accused of any wrongdoing.