# Exhibit "I"

## Kathy Holtzman

**From:** Diane Rosetsky
**Sent:** Tuesday, November 14, 2006 9:22 AM
**To:** Kathy Holtzman
**Cc:** Barbara Davidson
**Subject:** RE: time recording

Actually, I was planning to discuss with HR how I am now being singled out to do this- I believe, in retaliation for my coming to them for assistance. According to the NBME Values website– this would be considered retaliatory harassment. As far as being told to "stay in my seat" and "not talk to anyone"- those are not valid on the job requirements- this is not elementary school.

Your "warning" to me that you will put a performance plan in place- I also take that as retaliation- in as far as there has been nothing wrong with my work performance. To the contrary, I have consistently been reliable and made every effort to put out quality work. It is your performance as a supervisor that is in question here- and you are attempting to reverse the situation..

I found your behavior disturbing at the demo meeting yesterday You initially would not let me speak or explain its functions- until Dave cut in and told you to let me speak. You did not say one positive thing about it- and made critizicisms that it was lacking certain functions. The only reason it lacked these things- were because you refused to be involved with it over the last year- although I repeatedly asked you to do so. And you clearly do not appreciate, nor do you understand, the amount of work that goes into building a tool such as this database.

I am requesting my cubicle to be moved as soon as possible- and to be a direct report of Krista- as to avoid any further overlooking or confusion over my assignments as has happened with the Flexible Blueprinting demo. And if you have a valid complaint- about my work performance- I need to have it in writing.

---

**From:** Kathy Holtzman
**Sent:** Tuesday, November 14, 2006 9:03 AM
**To:** Diane Rosetsky
**Subject:** time recording

Diane,

I have repeatedly asked you to provide me with a written breakdown of time spent each of your projects by day. I initially asked you to begin recording your daily time on October 26 and have reminded you several times to send it to me each Friday. My last e-mail request was on Tuesday, November 7. To date I have not received this. Please send me the weekly list for week ending November 3 and week ending November 10 this morning. Thank you.

NBME   002867

2/8/2007