# Exhibit "J"



## Diane Rosetsky

**From:** "Diane Rosetsky" <DRosetsky@NBME.org>
**To:** <diane1120@comcast.net>
**Sent:** Monday, November 20, 2006 11:24 AM
**Subject:** FW: Meeting Follow-up

---

**From:** Kathy Holtzman
**Sent:** Thursday, November 16, 2006 1:34 PM
**To:** Diane Rosetsky
**Subject:** RE: Meeting Follow-up

Diane,

I suggest that you focus on performing your current role well so that you can be considered a strong candidate for other roles. Once you have done that consistently and successfully, I will be happy to discuss your career development. Thank you.

---

**From:** Diane Rosetsky
**Sent:** Thu 11/16/2006 12:14 PM
**To:** Kathy Holtzman
**Subject:** Meeting Follow-up

Kathy,

I am really confused by our conversation at our meeting this week. You told me that the way NBME works I would have to start as a "Production Assistant" and work my way up. I am concerned that my 10 years of work experience and my education are not being taken into account. It appears that other people, some younger and with less education and experience, are being hired into the organization in positions that are higher than Production Assistant – such as editors and test development associates. Some are being promoted without having to apply for position. They were not required to work their way up and start as Program Assistants.

I would appreciate a more specific explanation as to why I am not qualified in your department for any other position other than Program or Production Assistant.

Diane Rosetsky
Test Development
National Board of Medical Examiners
Phone: 215-590-9643
Fax: 215-590-9441
email: drosetsky@nbme.org

1/5/2007