# Exhibit "K"

## Kathy Holtzman

| | |
|---|---|
| **From:** | Diane Rosetsky |
| **Sent:** | Wednesday, November 22, 2006 9:21 AM |
| **To:** | Kathy Holtzman |
| **Cc:** | 'diane1120@comcast.net' |
| **Subject:** | Role Profile |

Since I received so much negative feedback about the databases that I built and created, and as in your words, I was not hired to do this, I am not going to complete any further work on them. This will avoid another poor performance rating for me in the future- as you lack the qualifications to evaluate my skills in this area.

However, if you would like me to continue my innovative work, I expect to be compensated for this level of performance. This would require a change to an information technology-type title, at a salary of at least $60,000. If not, I am sure that Technology Services could build you anything you need.

You really need to re-read my role profile- which is not the one you brought to HR. You have not given me any assignments that match this profile. I have created assignments that are appropriate and innovative for the department on my own- and have been penalized for it.

There is nothing in my role profile about clerical work. If you need to replace me- I don't think you will find someone for my salary.

**Printer Friendly Version of /applications/roleprofiles/DisplayTitle.asp**

### Role Profile Title: Test Development Program Assistant
**Duties**

| Duty/Activity | Percentage of Time |
|---|---|
| Acts as liaison between manager and unit staff/in-house staff and outside customers/vendors, etc. to expedite completion of projects, disseminate information, etc. | 10% |
| Builds/maintains databases, requiring the organizing and preparing of reports and documents that integrate several data sources, technology and software applications | 15% |
| Assists with management and/or monitoring of implementation of new technology, systems, and software within TDS to ensure successful transition and continued utilization. | 15% |
| Tracks/compiles budgets, and other materials. Assists in planning, developing procedures, etc. Leads managers in development of subunit budgets consistent with annual NBME and Unit goals. | 10% |
| Assists with development of processing routines to optimize operational test development activities, provide quality assurance, and/or facilitate decision-making. Manages projects as assigned. | 35% |
| Creates, updates, and/or disseminates documentation for new and existing procedures and routines; includes direct user support and training. Collaborates with other units in the design and/or testing of new technology and software; serves as TDS advocate. | 15% |

**Deliverables**

| Deliverables |
|---|

NBME 000214

2/8/2007

| |
|---|
| Annual Test Development accounting cycle report. Monthly summaries for managers. |
| Quarterly report of Test Development activities. |
| Documentation is current and available for dissemination via appropriate media. |
| User needs are adequately identified and targeted action plans are defined or implemented with input from appropriate staff |
| TDS perspectives and needs are represented effectively in the development of new technologies. |
| Effective project plans are developed and implemented to optimize resource allocation and utilization. |

**Factor 1: Innovation**

This role requires me to develop ideas that result in the creation of new knowledge, processes, methods, services or products.

**Factor 2.1: Knowledge and Skill**

(A) Core technical abilities: 1) Advanced knowledge of Microsoft Office: Word, Access, Excel, Powerpoint, Outlook and Project; 2) Must have knowledge of at least one or more of the software applications supporting the following areas: multi-media development, manipulation, and presentation (e.g. Adobe Acrobat, Photoshop, Dreamweaver, Flash); 3) data analysis/warehousing (e.g., SPSS, SAS, HLM, Excel, Oracle Discoverer, SQL). (B) Excellent interpersonal and communication skills. Knowledge of and experience with scholarly research process. Ability to communicate effectively with personnel at all levels within Assessment Programs and other NBME units, and to develop working relationships that facilitate completion of specified activities. Ability to prioritize competing requests. C) Strong attention to detail and problem solving skills. (D) Ability to learn and apply new technology quickly, including the ability to "translate" technical information E) Skilled in basic medical terminology.

**Factor 2.2: Education**

Master's degree

**Factor 2.3: Required Certification/Accreditation (Professional)**

Not required
**Designations(s):**

**Why this is required or desirable:**
**Factor 2.4: Required Certification/Accreditation (Trade/Technical/Transportation)**

Not required
**Designations(s):**

**Why this is required or desirable:**
**Factor 2.5: Minimum experience required for someone to enter your role**

Minimum 1 year
**Factor 3.1: Information Analysis**
**(Problem-solving methods needed for role-related decisions)**

In analyzing information in this role, it is typically the case that only very general organizational procedures or guidelines are in place. For example, information needs to be interpreted, analyzed, and synthesized in completing the task of creating standard routines that work across programs. When interacting with other units to develop and/or implement new technologies, information gained from other staff and personal experience needs to be synthesized to provide adequate representation of test development unit. Proposal development for research studies requires synthesis of previous research finding and organizational needs.

**Factor 3.2: Freedom to Act**
**(in making role-related decisions)**

Depending upon the project or circumstance, the latitude for decision making ranges from very broad (autonomous) to narrow (requiring supervisory or management staff input). All activities, including pursuit of research interests, are guided by broad institutional policies and goals.

**Factor 3.3: Impact of Decisions on Customers**

There is direct impact on internal customer satisfaction and quality of test development produces if analysis routines, training procedures, or documentation do not meet their expectations. Substandard support may result in difficulties in other departments processing exam related information. Impact on external customers is less direct, but may still have a major impact. If inadequate procedures are in place, the product received by client may be noticeable substandard. In terms of research, proper performance is directly related to

NBME 000215

2/8/2007

customer satisfaction (if customers are considered a journal editor or reviewer and satisfaction is indicated by acceptance of the article).

**Factor 4: Contacts and Communications**

| Contacts | Frequency | Purpose | Type |
|---|---|---|---|
| Professional colleagues | Yearly | Discuss recent technology innovations | External |
| Vendors or Contractors | Daily or weekly during project life cycle | Provide directions/clarifications or trouble shooting | External |
| Director of Test Development | Daily | Identify training/documentation/support needs, provide status reports, project planning | Internal |
| Editorial Staff | Daily during times of project implementation | Identify training/documentation/support needs, provide status reports, project planning | Internal |
| Managing Editors/Managers | Weekly to Monthly | Identify training/documentation/support needs, provide status reports, project planning | Internal |
| TS Staff | Daily or weekly during project life cycle | Provide status reports, project planning | Internal |

**Factor 5.1: Responsibility for People and Performance**

**Factor 5.2: Number of Reports**

**Direct:**
**Indirect:**
**Factor 6.1: Organization Breadth**

This role is the only one in this department responsible for this major function or duty.

**Factor 6.2: Breadth of Supervisory/Management Responsibility**

None

**Factor 6.3: Responsibility for Operating Budgets**

This role requires the incumbent to develop and manage a specific part of an operating or project budget.

Top of Page

This profile was last modified 12/15/2005 2:37:36 PM by Diane Rosetsky

**Diane Rosetsky**
**Test Development**
**National Board of Medical Examiners**
**Phone: 215-590-9643**
**Fax: 215-590-9441**
**email: drosetsky@nbme.org**

NBME 000216

2/8/2007