IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ROSETSKY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS OF THE UNITED STATES | : | |
| OF AMERICA | : | NO. 07-3167 |

<u>ORDER</u>

AND NOW, this 8th day of January, 2008, it is hereby ORDERED that the Internal Revenue Service PROVIDE to counsel for National Board of Medical Examiners of The United States of America, Inc., also consistent with plaintiff's authorization (Form 4506 (Request for Copy of Tax Return) and Form 8821 (Tax Information Authorization)), all corporate tax returns filed by 54th Street Check cashing Incorporated a/d/b/a Checks 54th, Inc., 2451 North 54th Street, Philadelphia, PA for the years 2002 through 2006.

BY THE COURT:

_____
Stewart Dalzell, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ROSETSKY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | No: 07-3167 |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS OF THE UNITED STATES | : | |
| OF AMERICA, INC., | : | |
| Defendant | : | |

### STIPULATION

The parties through their counsel, stipulate as follows:

1. Plaintiff, Diane Rosetsky, is an equal shareholder with her husband, Norman Rosetsky, in the corporate business, 54th Street Check Cashing Incorporated a/d/b/a Checks 54th, Inc. She is also a former corporate officer, and was employed by the corporation for periods of time.

2. Ms. Rosetsky has also executed Form 4506 (Request for Copy of Tax Return) and Form 8821 (Tax Information Authorization), authorizing counsel to receive the corporate returns for the years 2002 through 2006. These forms are attached hereto.

3. Plaintiff and her husband are estranged and engaged in divorce proceedings, and plaintiff has therefore not asked Mr. Rosetsky to sign a similar authorization, but has agreed that the Court may order production of same by the IRS.

4. The IRS has instructed defense counsel that the IRS requires either an authorization by both shareholders to obtain the corporate returns, or a Court Order.

5. The parties stipulate and agree that the Court may enter the attached Order.

DATE: 11/29/07

RUFUS A. JENNINGS, ESQUIRE
Attorney for Plaintiff,
Diane Rosetsky

BEBE H. KIVITZ, ESQUIRE
Attorney for Defendant,
National Board of Medical Examiners Of
The United States of America, Inc.