```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE ROSETSKY                  :   CIVIL ACTION
                                :
        v.                      :
                                :
NATIONAL BOARD OF MEDICAL       :
EXAMINERS OF THE UNITED STATES  :
OF AMERICA                      :   NO. 07-3167
```

<u>ORDER</u>

AND NOW, this 9th day of January, 2008, upon consideration of defendant's motion to compel (docket entry #7), and the parties' joint stipulation, it is hereby ORDERED that defendant's motion to compel is DENIED AS MOOT.

                                       BY THE COURT:

                                       <u>/s/ Stewart Dalzell, J.</u>