IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANE ROSETSKY

          07-3167
          District Court Docket Number

vs.

NATIONAL BOARD OF MEDICAL EXAMINERS

Notice of Appeal Filed 3/19/08
Court Reporter(s)/ESR Operator(s)     ESR


Filing Fee:
    Notice of Appeal __ Paid  X  Not Paid   __ Seaman
    Docket Fee        __ Paid  X  Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

CC:




          Defendant's Address (for criminal appeals)

_____
_____
_____

          Prepared by : _____
                         JOSEPH LAVIN, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm