## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANE ROSETSKY,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **No: 07-3167** |
| | : | |
| **NATIONAL BOARD OF MEDICAL** | : | |
| **EXAMINERS OF THE UNITED STATES** | : | |
| **OF AMERICA, INC.,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2008, upon

consideration of the defendant's Bill of Costs, it is hereby **ORDERED** that costs are imposed

against Diane Rosetsky.


                                        BY THE CLERK OF COURT:


                                        _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ROSETSKY, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
|   vs. | : | No: 07-3167 |
| | : | |
| NATIONAL BOARD OF MEDICAL | : | |
| EXAMINERS OF THE UNITED STATES | : | |
| OF AMERICA, INC., | : | |
|     Defendant | : | |

**BILL OF COSTS FILED BY DEFENDANT NATIONAL BOARD OF
MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA, INC.**

**TO MICHAEL E. KUNZ, CLERK OF COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA:**

On February 19, 2008, this Court entered summary judgment in favor of defendant and

against plaintiff Diane Rosetsky in this lawsuit.  Defendant, the National Board of Medical

Examiners of the United States of America, Inc., hereby files the attached Bill of

Costs/Declaration, with accompanying itemization and documentation, pursuant to 28 U.S.C.

§1920.

Respectfully submitted,

/s/
_____
Bebe H. Kivitz, Esquire
I.D. No. 30253
Dolores M. Troiani, Esquire
I.D. No. 21283
Troiani/Kivitz, L.L.P.
38 North Waterloo Road
Devon, PA 19333
610-688-8400

Counsel for Defendant
National Board of Medical Examiners of
the United States of America, Inc.

AO 133 (Rev. 9/89) Bill of Costs                                                              **APPENDIX R**

# UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

**Diane Rosetsky**
### V.
**National Board of Medical Examiners**                      **BILL OF COSTS**
**Of the United States of America, Inc.**
                                                       Case Number:  08-1827

Judgment having been entered in the above entitled action on <u>February 19, 2008</u>  against <u>Diane Rosetsky</u>,
                                                       Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $_____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 619.19 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 987.15 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,706.39 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) <u>(Courier/Messenger)</u>. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 101.42 |

                                                       TOTAL $3,414.15

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the
services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage
prepaid to: <u>Rufus A. Jennings, Esquire, Counsel for Diane Rosetsky.</u>

Signature of Attorney: _____

Name of Attorney:  <u>Bebe H. Kivitz, Esquire and Dolores M. Troiani, Esquire</u>

For:  <u>National Board of Medical Examiners of the United States of America, Inc.</u>        Date: <u>3/31/08</u>
                 Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
Clerk of Court                                       Deputy Clerk                                       Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

ITEMIZATION OF COSTS

DIANE ROSETSKY v. NATIONAL BOARD OF MEDICAL
EXAMINERS OF THE UNITED STATES OF AMERICA, INC.
CIVIL ACTION NO:  07-3167

## DESCRIPTION OF FEES

**Third Party Subpoenas and Records Deposition Fees Charged:
Employment Records/Medical Records/Income Tax Returns (Personal &
Corporate)**

| | |
|---|---|
| · University of Pennsylvania - Employment Records | $   25.00 |
| · Commonwealth of PA - Human Relations Records | $     7.65 |
| · Commonwealth of PA -Employment Records | $  100.00 |
| · The Wistar Institute - Employment Records | $   36.25 |
| · United States Treasury - Personal Income Tax | $  197.00 |
| · Nova (Dr. Fenstemacher) - Medical Records | $   56.29 |
| · United States Treasury - Corporate Income Tax | $  197.00 |
| | $  619.19 |

**Stenographer Costs**

| | |
|---|---|
| · Susan MacSorley | $ 987.15 |

**Other Fees - Courier**

| | |
|---|---|
| · Blue Streak | $   15.00 |
| · Blue Streak | $   70.00 |
| · Federal Express | $   16.42 |
| | $  101.42 |

**Photocopies**

| | |
|---|---|
| · Troiani/Kivitz (7,241 copies x .15) | $1,086.15 |

| | | |
|---|---|---|
| Staples | $ | 597.58 |
| Kinko's | $ | 11.64 |
| Kinko's | $ | 11.02 |
| | | $1,706.39 |

# EXHIBIT "A"

**Helen C. Logan**
*Sr. Paralegal*
Direct Dial: 215-746-5235
helen.logan@ogc.upenn.edu

# INVOICE

DATE:            10/5/07

ATTENTION:       Bebe H. Kititz

RE:              Diane Rosetsky

DESCRIPTION:
The Trustees of the University of Pennsylvania require a check payable to them for the production of documents requested via subpoena or authorization in civil matters.

AMOUNT DUE:   $25

**PLEASE SEND CHECK PAYABLE TO:**
The Trustees of the University of Pennsylvania
Tax ID ¥23-1352685

**TO THE ATTENTION OF:**
Helen C. Logan
Office of the General Counsel
University of Pennsylvania
133 S. 36th Street
Philadelphia, PA 19104-3246

TROIANI / KIVITZ LLP
38 N. WATERLOO RD.
DEVON, PA 19333-1708

4692

DATE 10/3/07

PAY TO THE ORDER OF Commonwealth of Pennsylvania $ 7.65

Seven 65/100 DOLLARS

Citizens Bank
Pennsylvania

FOR Case # 200674665 (NBME)

Deke Kivitz

⑆004692⑆ ⑆036076150⑆ 6104658558⑆ /000000765/

FOR DEPOSIT ONLY

# TROIANI/KIVITZ, L.L.P.

———————— ATTORNEYS AT LAW ————————

DOLORES M. TROIANI, ESQUIRE
BEBE H. KIVITZ, ESQUIRE

KIMBERLY C. GIBNEY, ESQUIRE
OF COUNSEL

DEVON OFFICE:
38 NORTH WATERLOO ROAD
DEVON, PA 19333

(610) 688-8400
FAX (610) 688-8426
REPLY TO DEVON OFFICE

PHILADELPHIA OFFICE:
THE SOVEREIGN BUILDING
714 MARKET STREET, SUITE 205
PHILADELPHIA, PA 19106

(267) 765-1598
FAX (215) 634-6195

October 22, 2007

Disclosure Officer
Claims Information Center, Room 501
PA Labor and Industry Building, OUCB
7th & Forster Streets
Harrisburg, PA 17121-0001

      RE:    Social Security No: 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
              Diane Rosetsky v. National Board of Medical Examiners
              U.S. District Court for the Eastern of District of Pa Civil Action No: 07-3167

Dear Sir/Madam:

      Enclosed please find our check in the amount of $100.00 made payable to the "Commonwealth of Pennsylvania". Also enclosed please find a copy of the Subpoena and your Desk Memorandum dated October 12, 2007 attaching a copy of your Cost Schedule.

      Please contact me if any additional information or documentation is required. Thanking you in advance for your cooperation in this matter.

              Very truly yours,

              Bebe H. Kivitz

BHK/cap
Enclosure
cc:    Rufus A. Jennings, Esquire(w/enclosure)
       Shelley Green, Esquire(w/enclosure)

# Invoice

Date:   October 25, 2007

Photocopying                    145 pages @ $.25/page         $36.25

                                                              _____

**Total**                                                     **$36.25**

Please make check payable to:

The Wistar Institute
3601 Spruce Street
Philadelphia PA 19104

# TROIANI/KIVITZ, L.L.P.

———————————— ATTORNEYS AT LAW ————————————

DOLORES M. TROIANI, ESQUIRE
BEBE H. KIVITZ, ESQUIRE

KIMBERLY C. GIBNEY, ESQUIRE
OF COUNSEL

DEVON OFFICE:
38 NORTH WATERLOO ROAD
DEVON, PA 19333

(610) 688-8400
FAX (610) 688-8426
REPLY TO DEVON OFFICE

PHILADELPHIA OFFICE:
THE SOVEREIGN BUILDING
714 MARKET STREET, SUITE 205
PHILADELPHIA, PA 19106

(267) 765-1598
FAX (215) 634-6195

November 29, 2007

Internal Revenue Service
Attention:  Sharon D. King, Disclosure Manager
Disclosure Office 2
Room 3214
600 Arch Street
Philadelphia, PA 19106

     RE:   Diane Rosetsky v. National Board of Medical Examiners

     U.S. District Court for the Eastern of District of Pa Civil Action No: 07-3167

Dear Ms. King:

     Per your correspondence of November 27, 2007 (copy attached), enclosed please find our check in the amount of $197.00.  Please mail the tax returns as soon as possible to my attention.

     Please contact me if any additional information or documentation is required.  Thanking you in advance for your cooperation in this matter.

Very truly yours,

Bebe H. Kivitz

BHK/cap
Enclosure
cc:   Rufus A. Jennings, Esquire
      Shelley Green, Esquire

# Copy Request - A NOVA  Company
**9 Brick Plant Rd, Ste B**
**South River NJ 08882**
**Tel: (732) 698-9950**
**Fax: (732) 698-9974    Tax ID #68-0585884**



# Invoice for Medical Records

| Invoice Date | Invoice # |
|---|---|
| 11/20/2007 | 407331 |

| Bill To | Ship To | |
|---|---|---|
| **Troiani/Kivitz LLP**<br>**38 North Waterloo Road**<br>**Devon PA 19333** | | |
| **Attention:** | **Ship Date** | **11/28/2007** |

## We appreciate your prompt payment.

| Patient Name | Your File # |
|---|---|
| Rosetsky, Diane | 07-3167 |

| Facility Name | Rep # |
|---|---|
| 4004 Abington | JD |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Base Fee + Page Fee + Postage/Handling | | 56.29 | 56.29T |

| | |
|---|---|
| Subtotal | $56.29 |
| Sales Tax (0.0%) | $0.00 |
| Total | $56.29 |
| Payments/Credits | $0.00 |
| Balance Due | $56.29 |

This is an invoice for the reproduction of medical records requested from the physician or medical facility listed above. Copy Request has been contracted to furnish these records. Payment of this invoice indicates acknowledgement and acceptance of all fees for this service. If you are not a third party requestor, please disregard any processing fees.

**METHOD OF PAYMENT**

Payment by check or money order payable to Copy Request  9 Brick Plant Rd, Ste B  South River NJ 08882

Please include invoice with payment. DO NOT STAPLE CHECKS.

Payment by Credit Card:        _____ MasterCard  _____ Visa  _____ American Express

Card # _____ Exp Date: _____

Cardholder Name: _____

Cardholder Signature: _____

White - Customer          Yellow - Remittance          Pink - Corporate

| Invoice # |
|---|
| 407331 |
| $56.29 |

# TROIANI/KIVITZ, L.L.P.
——————————— ATTORNEYS AT LAW ———————————

DOLORES M. TROIANI, ESQUIRE
BEBE H. KIVITZ, ESQUIRE

KIMBERLY C. GIBNEY, ESQUIRE
OF COUNSEL

DEVON OFFICE:
38 NORTH WATERLOO ROAD
DEVON, PA 19333
———
(610) 688-8400
FAX (610) 688-8426
REPLY TO DEVON OFFICE

PHILADELPHIA OFFICE:
THE SOVEREIGN BUILDING
714 MARKET STREET, SUITE 205
PHILADELPHIA, PA 19106
———
(267) 765-1598
FAX (215) 634-6195

January 10, 2008

Internal Revenue Service
Attention:  Sharon King, Disclosure Officer
Disclosure Office 2, Room 3214
600 Arch Street
Philadelphia, PA 19106

> RE:    Diane Rosetsky v. National Board of Medical Examiners
>           U.S. District Court for the Eastern of District of Pa Civil Action No: 07-3167

Dear Ms. King:

    Enclosed please find an original Order dated January 8, 2008, Form 8821 (Tax Information Authorization) and Form 4506 (Request for Copy of Tax Return).  Please provide all corporate tax returns filed by 54th Street Check Cashing Incorporated a/d/b/a Checks 54th, Inc., 2451 North 54th Street, Philadelphia, PA for the years 2002 through 2006.  Also enclosed is the required fee of $197.00.

    Please contact me if any additional information or documentation is required.  Thanking you in advance for your cooperation in this matter.

Very truly yours,

Bebe H. Kivitz

BHK/cap
Enclosure
cc:    Rufus A. Jennings, Esquire(w/enclosure)
       Shelley Green, Esquire(w/enclosure)

SUSAN K. MacSORLEY, R.P.R.
211 KLEYONA AVENUE
PHOENIXVILLE, PENNSYLVANIA   19460
(610)917-0221

Taxpayer's ID No. 193385126

------------------------------------------------------------

TO:     TROIANI/KIVITZ, L.L.P.
        ATTN:  BEBE H. KIVITZ, ESQUIRE
        38 North Waterloo Road
        Devon, Pennsylvania  19333

------------------------------------------------------------

Invoice Date:  11/09/07          Invoice No. 102407
Due Date:      12/09/07

------------------------------------------------------------

CAPTION:  Diane Rosetsky vs. National Board of Medical
          Examiners

DATE:     October 24, 2007

TIME:     10:00 A.M.

LOCATION:  Troiani/Kivitz, L.L.P.
           38 North Waterloo Road
           Devon, Pennsylvania  19333

DEPOSITION OF:  Diane Rosetsky

------------------------------------------------------------
DEPOSITION TESTIMONY TRANSCRIPT PRODUCTION:

Original and one copy....................... $960.00
Condensed transcript........................  Gratis
Expedited partial transcript (10/26/07).....  Gratis
49 pages, exhibit photocopies...............   17.15
Shipping/handling (hand delivered)..........   10.00
                                              _____
Amount Due.................................. $987.15

Thank you for calling me to fulfill your court
reporting needs.  It was nice to work with you again,
Bebe.
Kindly reference the invoice number on remittance.

**Blue Streak Courier Service Inc**
P.O. Box 993
Valley Forge,Pa 19482-0993
610-935-1999
FAX 610-935-1904

*INVOICE*

| Invoice Number | Page |
|---|---|
| 34304-43 | 1 |
| **Client Number** | **Terms** |
| 34304 | Net Due |
| **Invoice Date** | |
| 9/2/2007 | |
| **Invoice Total** | |
| $97.50 | |

Invoice Submitted To:
**TROIANI-KIVITZ LLP**
38 NORTH WATERLOO ROAD
DEVON,PA 19333
Attn:ACCOUNTS PAYABLE

| Date/Order# Service Received By | Reference Caller | Pickup Address | Drop Off Address | | Addl Charges | Total |
|---|---|---|---|---|---|---|
| **Charge** | **Piece** | **Pounds** | **Miles** | | | |
| 8/28/07 - 11.08280 Car M CIAMAICHELO | NBME CEILY PERKINS | TROIANI-KIVITZ LLP 38 NORTH WATERLOO F DEVON, PA 19333 | US DISTRICT COURT-PH 601 MARKET Philadelphia, PA 19102 | | | |
| $15.00 | 1 | 1.00 | 21.50 | | | $15.00 |

**Blue Streak Courier Service Inc**
P.O. Box 993
Valley Forge,Pa 19482-0993
610-935-1999
FAX 610-935-1904

**\*INVOICE\***

| Invoice Number | Page |
|---|---|
| 34304-53 | 1 |
| Client Number | Terms |
| 34304 | Net Due |
| **Invoice Date** | |
| 10/21/2007 | |
| **Invoice Total** | |
| $70.00 | |

Invoice Submitted To:
**TROIANI-KIVITZ LLP**
38 NORTH WATERLOO ROAD
DEVON,PA 19333
Attn:ACCOUNTS PAYABLE

| Date/Order# Service Received By | Reference Caller | Pickup Address | Drop Off Address | | Addl Charges | Total |
|---|---|---|---|---|---|---|
| Charge | Piece | Pounds | Miles | Tolls: | $5.00 | |
| 10/17/07 - 12.1017 Car BROOKE SALLIN $65.00 | NBME CEILY PERKINS 1 | TROIANI-KIVITZ LLP 38 NORTH WATERLOO R DEVON, PA 19333 30.00 | TIMOTHY MICHAEL KOLI 225 N. FLOWERS MILL R Langhorne, PA 19047 34.00 | | | $70.00 |

# TROIANI/KIVITZ, L.L.P.

38 North Waterloo Road
Devon, PA  19333

---

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

September 05, 2007

*Invoice* #10666

Professional Services

.

| | Additional Charges : | |
|---|---|---:|
| 8/21/2007 | Copies | 0.30 |
| | Postage | 0.99 |
| 8/28/2007 | Copies | 5.25 |
| | Postage | 1.33 |
| | Courier Cost | 15.00 |
| 9/28/2007 | Telephone | 1.40 |
| | **Total costs** | **$24.27** |

# TROIANI/KIVITZ, L.L.P.

38 North Waterloo Road
Devon, PA  19333

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

October 02, 2007

*Invoice #10699*

National Board of Medical Examiners

Page    2

Additional Charges :

|  |  | Amount |
|---|---|---:|
| 8/31/2007 | Computer generated research | 45.00 |
| 9/11/2007 | Facsimile | 2.10 |
|  | Copies | 15.75 |
|  | Postage | 4.44 |
| 9/12/2007 | Copies | 6.00 |
|  | Postage | 3.14 |
| 9/13/2007 | Copies | 0.90 |
|  | Postage | 0.82 |
| 9/14/2007 | Copies | 18.15 |
| 9/17/2007 | Parking | 7.00 |
| 9/18/2007 | Copies | 187.65 |
| 9/21/2007 | Copies | 94.80 |
| 9/24/2007 | Copies | 66.45 |
| 9/25/2007 | Copies | 3.00 |
|  | Postage | 1.23 |
| 9/28/2007 | Telephone | 2.40 |
| **Total costs** | | **$458.83** |

Please make check payable to Troiani/Kivitz, L.L.P.
Interest at the rate of 1% per month will be charged on any unpaid balance after thirty days.

# TROIANI/KIVITZ, L.L.P.

38 North Waterloo Road
Devon, PA  19333

---

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

November 01, 2007

*Invoice* #10720

National Board of Medical Examiners                                              Page      2

Additional Charges :

| Date | Description | Amount |
|------|-------------|-------:|
| 9/30/2007 | Computer generated research | 45.00 |
| 10/4/2007 | Parking | 6.50 |
| 10/5/2007 | Copies | 25.20 |
| | Service Fee - University of Pennsylvania (Records) | 25.00 |
| | Service Fee (Commonwealth of Pennsylvania - Human Relations Records) | 7.65 |
| 10/9/2007 | Postage | 6.41 |
| | Copies | 77.40 |
| 10/10/2007 | Copies | 8.10 |
| | Postage | 2.76 |

National Board of Medical Examiners

Page     3

| Date | Description | Amount |
|------|-------------|-------:|
| | | 6.60 |
| 10/11/2007 | Copies | |
| | Postage | 1.74 |
| 10/17/2007 | Courier Cost - Hand Delivery to Mr. Jennings (Discovery Documents) | 70.00 |
| | Copies - Staples | 597.58 |
| | Copies | 3.15 |
| 10/22/2007 | Service Fee - Commonwealth of Pennsylvania (copies of unemployment Records) | 100.00 |
| | Copies | 1.50 |
| | Postage | 1.40 |
| 10/23/2007 | Copies | 101.40 |
| 10/24/2007 | Copies | 3.75 |
| | Postage | 1.16 |
| 10/25/2007 | Copies | 4.95 |
| | Postage | 3.14 |
| 10/29/2007 | Copies | 48.90 |
| | Postage | 4.60 |
| 10/30/2007 | Parking | 6.50 |
| 10/31/2007 | Telephone | 3.85 |
| | Copies | 8.40 |
| | Postage | 5.77 |
| | **Total costs** | **$1,178.41** |

# TROIANI/KIVITZ, L.L.P.

38 North Waterloo Road
Devon, PA  19333

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

December 03, 2007

*Invoice* #10735

Professional Services

National Board of Medical Examiners                                      Page      2

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 11/1/2007 | The Wistar Institute - Employment Records | 36.25 |
| 11/6/2007 | Facsimile | 3.00 |
| 11/8/2007 | Copies | 0.60 |
| | Postage | 0.82 |
| | Facsimile | 0.20 |
| 11/12/2007 | Parking | 4.00 |
| | Copies (Kinko's) | 11.02 |
| 11/14/2007 | Copies | 1.50 |
| | Postage | 0.82 |
| | Facsimile | 0.50 |
| 11/15/2007 | Postage | 4.48 |
| | Facsimile | 0.20 |
| | Deposition Costs for Diane Rosetsky (transcript) | 987.15 |
| | Copies | 17.70 |
| 11/16/2007 | Facsimile | 1.00 |
| | Copies | 25.80 |
| | Postage | 6.93 |
| 11/19/2007 | Copies | 6.00 |

National Board of Medical Examiners

Page    3

| | | **Amount** |
|---|---|---|
| 11/19/2007 | Postage | 1.91 |
| 11/20/2007 | Expert Fee - Cloud, Feehery & Richter | 840.50 |
| 11/24/2007 | Copies | 151.05 |
| 11/25/2007 | Copies | 44.85 |
| 11/26/2007 | Binding (Kinko's) | 23.28 |
| | Copies | 129.90 |
| | Postage (United States Post Office) | 13.85 |
| 11/28/2007 | Copies | 3.15 |
| | Facsimile | 0.70 |
| | Postage | 1.16 |
| 11/29/2007 | United States Treasury (Personal Tax Returns 2002 through 2006) | 197.00 |
| 11/30/2007 | Telephone | 3.50 |
| | **Total costs** | **$2,518.82** |

# TROIANI/KIVITZ, L.L.P.
38 North Waterloo Road
Devon, PA  19333

---

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

January 02, 2008

*Invoice #10766*

Professional Services

| | | |
|---|---|---|
| Additional Charges : | | |
| | | 16.42 |
| 12/11/2007 | Federal Express (11/5/07) | |
| | | 0.45 |
| 12/17/2007 | Copies | |
| | | 1.23 |
| | Postage | |
| | | 0.20 |
| | Facsimile | |
| | | 3.00 |
| 12/21/2007 | Copies | |
| | | 1.74 |
| | Postage | |

National Board of Medical Examiners

Page    2

| | | Amount |
|---|---|---|
| 12/28/2007 | Copies | 14.55 |
| | Postage | 4.95 |
| | **Total costs** | **$42.54** |

# TROIANI/KIVITZ, L.L.P.
38 North Waterloo Road
Devon, PA  19333

*Invoice submitted to:*
National Board of Medical Examiners
Attention:  Shelley Green, Esquire
3750 Market Street
Philadelphia PA 19104-3102

March 03, 2008

*Invoice* #10810

Professional Services

Additional Charges :

| | | |
|---|---|---|
| 1/8/2008 | Medical records fee - Nova (Dr. Fenstemacher) | 56.29 |
| 1/9/2008 | Copies | 3.00 |
| | Postage | 1.74 |
| | Service Fee - IRS (Corporate Tax Returns) | 197.00 |
| | **Total costs** | **$258.03** |

(610) 688-8400



**that was easy.**

Low prices. Every item. Every day.
145 East Swedesford Road
Wayne, PA 19087
(610) 254-8050

SALE                          173567 13 005 33374
                              0986 10/17/07 01:32
QTY SKU                             OUR PRICE


        REWARDS NUMBER 0237369301
9000 1001-3000 BW STD
    387070        0.055ea
                                   495.00
6000 DRIL 'NG
    382794        0.010ea
                                    60.00
25  BINDER INDEX TABS
    678937        0.350ea
                                     8.75
SUBTOTAL
                                   563.75
    Standard Tax 6.00%
                                    33.83
TOTAL
                                  $597.58

American Express                   597.58
Card No.: XXXXXXXXXXX2007 <S>
Auth No.: 623770


**TOTAL ITEMS   15025**


        Compare and Save
    with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

    Shop online at www.staples.com

        Special Savings for
      Staples Rewards customers!
October 1-31 get 10% back in rewards on
     all printers and all-in-ones.



0 9 8 6 1 0 1 7 0 7 3 3 3 7 4 0 5





FedEx Kinko's
795 Lancastre Ave
Villanova, PA 19085-1517
(610) 527-0699

11/26/2007                3:18:52 PM EST
Trans.: 3921              Branch: 0587
Register: 004             Till:0074351
Team Member: Lynne M.

SALE

\* 0 5 8 7 0 0 4 3 9 2 1 \*

Bind CombVinyl > 1"            10.98 T
 0468            2.00 @ 5.4900

Sub-Total                    10.98
Deposit                       0.00
 Tax                          0.66
Total                        11.64
    AmEx (S)                 11.64
    Account: 2007
    Auth: 581484 (A)
Total Tender                 11.64
Change Due                    0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

---

FedEx Kinko's
292 E Lancaster Ave
Wynnewood, PA 19096-2126
(610) 896-2360

11/12/2007               12:06:17 PM EST
Trans.: 2831             Branch: 0808
Register: 003            Till:0193819
Team Member: Vincent P.

SALE

\* 0 8 0 8 0 0 3 2 8 3 1 \*

Fax - Local Send              10.40 T
 0711           1.00 @ 1.4900
 0711           9.00 @ 0.9900
 Item Discount Amt.     0.4500
 Price                  1.0400

Total Discount                4.50
Sub-Total                    10.40
Deposit                       0.00
 Tax                          0.62
Total                        11.02
    AmEx (S)                 11.02
    Account: 2007
    Auth: 567837 (A)
Total Tender                 11.02
Change Due                    0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

## CERTIFICATE OF SERVICE

I, Bebe H. Kivitz, hereby certify that the foregoing Bill of Costs Filed by Defendant

National Board of Medical Examiners of the United States of America, Inc. was filed

electronically and is available for viewing and downloading from the ECF system.  I further

certify that a true and correct copy of said document was served via regular First Class mail,

postage prepaid, on the following:

Rufus A, Jennings, Esquire
Timothy M. Kolman & Associates
225 North Flowers Mill Road
Langhorne, PA 19047

Troiani/Kivitz, LLP


BY:  /s/ Bebe H. Kivitz
       Bebe H. Kivitz, Esquire
       Dolores M. Troiani, Esquire
       Attorneys for Defendant

Date: March 31, 2008