```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DIANE ROSETSKY                  :    CIVIL ACTION
                                :
     v.                         :
                                :
NATIONAL BOARD OF MEDICAL       :
EXAMINERS OF THE UNITED STATES  :
OF AMERICA                      :    NO. 07-3167

                              ORDER

AND NOW, this 18th day of November, 2009, upon consideration of the Court's receipt yesterday of the Judgment of the Court of Appeals in this matter at its No. 08-1827 (3d Cir. Oct. 26, 2009), see also docket paper no. 25 in this Court, and the Court of Appeals having affirmed this Court's grant of summary judgment in favor of the defendant as to plaintiff's federal claims, and in accordance with the election the Court of Appeals extended at slip op. 9, n. 3, and in accordance with 28 U.S.C. § 1367(c)(3), it is hereby ORDERED that:

    1.   The Court DECLINES to exercise jurisdiction over plaintiff's remaining state claim; and

    2.   The Clerk shall CLOSE this matter statistically.

                           BY THE COURT:


                           __\s\Stewart Dalzell