IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE ROSETSKY | : | CIVIL ACTION |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS OF THE UNITED STATES OF AMERICA, INC. | : | NO. 07-cv-3167 |

## JUDGMENT

**AND NOW**, this 21st day of January, 2010, judgment is hereby entered in favor of National Board of Medical Examiners of the United States of America, Inc., and against Diane Rosetsky in the amount of $3,312.73.

_____
MICHAEL E. KUNZ
CLERK OF COURT